```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0153--CV (JWS)
           "AMERICAN CIVIL ET AL V ZURICH AMERICAN ET AL"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/29/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 07/05/05 receipt # 00126039
          Trial by: Court
```

```
Parties of Record:                                    Counsel of Record:

PLF 1.1           AMERICAN CIVIL CONSTRUCTORS WEST    Brooks W. Chandler
                  COAST INC                           Boyd Chandler et al
                                                      825 W. 8th Avenue, Suite 200
                                                      Anchorage, AK 99501
                                                      907-272-8401
                                                      FAX 907-274-3698

PLF 2.1           MRC HOLDINGS INC                    Brooks W. Chandler
                                                      (see above)

DEF 1.1           ZURICH AMERICAN INSURANCE CO        David W. Pease
                                                      Burr Pease et al
                                                      810 N Street
                                                      Anchorage, AK 99501
                                                      907-276-6100
                                                      FAX 907-258-2530

DEF 2.1           TRAVELERS INDEMNITY CO OF AMERICA   Clay A. Young
                                                      Delaney Wiles et al
                                                      1007 W. 3rd Avenue, Suite 400
                                                      Anchorage, AK 99501
                                                      907-279-3581
                                                      FAX 907-277-1331
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0153--CV (JWS)
                         "AMERICAN CIVIL ET AL V ZURICH AMERICAN ET AL"

                                        For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/29/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 07/05/05 receipt # 00126039
          Trial by: Court



 Document #   Filed      Docket text

      1 -  1  06/29/05   DEF 1 Notice of Removal of state court action 3AN-05-07410 CI w/att exh.

      2 -  1  06/29/05   DEF 1 Notice of Consent to Removal of Civil Action to the United States
                         District Court for the District of Alaska.

      3 -  1  07/01/05   DEF 1 Attorney Appearance of David W. Pease.

      4 -  1  07/01/05   DEF 2 Attorney Appearance of Clay A. Young.

      5 -  1  07/06/05   DEF 1 Stipulation for Extension of Time to Answer.

      6 -  1  07/06/05   JWS Minute Order subsequent to removal that w/in 10 days petitioner to
                         file copies of state court docs and svc list.  cc: cnsl

      7 -  1  07/08/05   DEF 1 Answer to Complaint.

      5 -  2  07/13/05   JWS Order approving stip for ext of time until 7/8/05 to ans (5-1). cc:
                         cnsl

      8 -  1  07/14/05   DEF 2 Answer to Complaint.

      9 -  1  07/15/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

     10 -  1  07/18/05   DEF 1 Service List.

     11 -  1  07/21/05   DEF 1 Notice of compliance of filing cy of state crt docs w/att exhs.

     12 -  1  08/12/05   PLF 1-2 Scheduling & Planning Conference Report.

     13 -  1  08/29/05   JWS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 04/28/06; Dispositive motions deadline 05/28/06; Estimate of
                         trial 5 days; TBC. cc: cnsl

     14 -  1  09/29/05   DEF 1 Preliminary Witness List.

     15 -  1  10/05/05   DEF 2 Preliminary Witness List.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0153--CV (JWS)
                       "AMERICAN CIVIL ET AL V ZURICH AMERICAN ET AL"

                                     For all filing dates


Document #   Filed      Docket text

   16 -  1   11/07/05   PLF 1-2 motion for partial summary judgment w/att exhs. (Located in
                        expando Folder)

   17 -  1   11/15/05   DEF 2 motion for extension of time of 60 days to respond to summary
                        judgment to conduct discovery under FRCvP 56(f) w/att aff.

   18 -  1   11/15/05   PLF 1-2 Notice of filing orig aff of G. Pool re: PLF 1-2 motion for
                        partial summary judgment (16-1) w/att aff.

   19 -  1   11/17/05   PLF 1-2 motion for entry of stipulated protective order w/att stip.

   20 -  1   11/18/05   DEF 2 motion seeking expedited consideration of the motion for extension
                        of time to respond to summary judgment to conduct discovery under Fed.
                        R. Civ. P. 56(f) w/att aff.

   21 -  1   11/18/05   JWS Order granting motion for entry of stipulated protective order
                        (19-1). cc: cnsl

   22 -  1   11/18/05   JWS Stipulated Confidentiality Order. cc: cnsl

   23 -  1   11/18/05   JWS Order denying mot seeking expedited consideration of the mot for ext
                        of time (20-1); crt allows DEF 2 10 days from entry of ord which might
                        deny Rule 56(f) mot in which to file response to plf's sj mot. cc: cnsl

   24 -  1   11/18/05   PLF 1-2 conditional non-oppo to DEF 2 mot seeking expedited
                        consideration of the mot for ext of time to respond to sj to conduct
                        disc under Fed. R. Civ. P. 56(f) (20-1).

   25 -  1   11/18/05   PLF 1-2 motion to amend complaint w/att memo, aff & exh & prop amended
                        cmplt.

   26 -  1   11/21/05   PLF 1-2; DEF 2 Stipulation for ext of time until 12/22/05 to file oppo
                        to plfs' mot for part sj.

   26 -  2   11/22/05   Order approving stip for ext of time until 12/22/05 to file oppo to
                        plfs' mot for part sj (26-1). cc: cnsl


ACRS: R_VDSDX               As of 12/01/05 at 3:29 PM by GARRY                         Page 2
```