

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3: 20

David W. Pease, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK 99501-3293
Telephone: (907) 276-6100
Fax No.: (907) 258-2530

Attorneys for Defendant Zurich American Insurance Co.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendant(s). | Case No. A05-153 CI (JWS)<br><br>[Originally Alaska Superior Court, Third Judicial District at Anchorage Case No. 3AN-05-7410 CI] |

## NON-OPPOSITION TO MOTION TO AMEND

Defendant Zurich American Insurance does not oppose plaintiff's motion to

amend its complaint to assert a claim against the 2000-2001 policy issued to ACC by

Zurich American Insurance

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Non-Opposition to Mtn to Amend
ACC v. Zurich & Travelers, Case No. A05-153 CI (JWS)
Page 1 of 2

1018-83/ # 80968

27

DATE: December 6, 2005

> BURR, PEASE & KURTZ
> Attorneys for Defendant Zurich American
> Insurance Company
>
> By *David Pease*
> David W. Pease
> Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I certify that on the ___6th___ day of December, 2005, copy of the above and foregoing pleading was served by mail on:

Brooks Chandler, Esq.
Boyd Chandler & Falconer, LLP
825 West Eighth Avenue, Suite 200
Anchorage, AK 99501

Clay A. Young, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

*Wilma L. French*
Wilma L. French

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Non-Opposition to Mtn to Amend
ACC v. Zurich & Travelers, Case No. A05-153 CI (JWS)
Page 2 of 2                                              1018-83/ # 80968