FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 4:04



Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax

Attorneys for Travelers Indemnity
Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendants. | Case No. A05-153 CV (JWS)<br><br>**NON-OPPOSITION TO MOTION TO AMEND** |

Defendant Travelers Indemnity Company of America does not oppose plaintiffs' motion to amend their complaint to assert a claim against the 2000-2001 policy issued to American Civil Constructors by Zurich American Insurance.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

28

DATED this 8 day of December, 2005, in Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant
Travelers Indemnity Company
Of America

_____
Clay A. Young
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of December, 2005, a true and accurate copy of the foregoing was mailed to the following:

Brooks W. Chandler
Boyd Chandler & Falconer, LLP
825 W. 8th Ave., #200
Anchorage, AK  99501

David W. Pease
Burr, Pease & Kurtz
810 N St.
Anchorage, AK  99501-3293

_____
Dru Lippert
111336

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

2