LODGED
NOV 1 8 2005

Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

**FILED**
DEC 1 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

AMERICAN CIVIL CONSTRUCTORS WEST )
COAST, INC. and MRC HOLDINGS, INC. )
f/k/a HURLEN CONSTRUCTION )
COMPANY )
 )
 )
            Plaintiffs,  )   Case No. A05-153 CV (JWS)
 )
vs. )
 )
ZURICH AMERICAN INSURANCE )
COMPANY and TRAVELERS INDEMNITY )
COMPANY OF AMERICA )
 )
            Defendants.  )
_____)

### ORDER GRANTING MOTION TO AMEND COMPLAINT

After consideration of the motion to amend the complaint filed by plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction Company ("Hurlen"), and American Civil Constructors West Coast, Inc. ("ACC") and the pleadings, memoranda and exhibits of the parties relating thereto, it is hereby ordered that the motion is **GRANTED.** The amended complaint lodged with the motion to amend is hereby

ORDER GRANTING MOTION TO AMEND COMPLAINT
lf.bc.acc.pldgs.amend.ORD.111505

1

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

29

deemed filed.  All answers to the amended complaint shall be due twenty (20) days from the date of this order.

Dated this 12th day of December, 2005.

_____
HON. JOHN SEDWICK
U. S. District Court Judge


A05-0153--CV (JWS)    12-12-05

C. YOUNG (DELANEY)
B. CHANDLER (BOYD)
D. PEASE (BURR)

ORDER GRANTING MOTION TO AMEND COMPLAINT
lf.bc.acc.pldgs.amend.ORD.111505

2