LODGED
NOV 1 8 2005

FILED
DEC 1 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendants. | Case No. A05-153 CV (JWS) |

## I. FIRST AMENDED COMPLAINT

1.  Plaintiffs American Civil Constructors West Coast, Inc. ("ACC") is a corporation currently being sued by the City of Homer as an alleged successor corporation to Hurlen Construction Company in Case No. 3AN-03-9770 pending in Alaska Superior Court ("The Homer Claim").

FIRST AMENDED COMPLAINT
lf.bc.acc.pldgs.amend.Complaint.111505f

1

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

30

2. Plaintiff MRC Holdings, Inc. f/k/a Hurlen Construction Company ("MRC Holdings") is a Washington corporation which has transacted business in the state of Alaska. MRC Holdings is also being sued by the City of Homer in the Homer claim.

3. Defendant Zurich American Insurance Company ("Zurich") is an insurance company doing business in all 50 states, including Alaska.

4. Defendant Travelers Indemnity Company of America ("Travelers") is an insurance company doing business in all 50 states, including Alaska.

5. Both Zurich and Travelers insure liability risks in Alaska.

## II. THE POLICIES

6. Travelers issued Policy No. DT-CO-348K1567-TIA-01 for the policy period June 1, 2001 to June 1, 2002.

7. Zurich issued Policy No. GLO 3495305-01, Policy No. GLO 3495305-02 and Policy No. GLO 3495305-03 for policy periods July 1, 2002 to July 1, 2003, and July 1, 2003 to July 1, 2004, respectively.

8. Plaintiffs are insured and/or are entitled to defense and/or indemnity as a result of the issuance of defendants' policies of liability insurance.

## III. THE UNDERLYING CLAIM

9. In the Homer Claim, the City of Homer seeks money damages allegedly as a result of accidental damage to piles supporting a dock in the City of Homer. The

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

FIRST AMENDED COMPLAINT
lf.bc.acc.pldgs.amend.Complaint.111505f

2

piles are part of a composite product constituting real property, namely, a finished dock.

10.  One or more plaintiffs herein duly notified defendants herein and tendered defense of the Homer Claim.

11.  Defendant Travelers has declined to defend Plaintiffs from the Homer Claim. Defendant Zurich has failed either to defend or decline to defend Plaintiffs from the Homer Claim.

### IV.  DEFENDANTS' BREACHES OF DUTIES

12.  Defendants and each of them have breached their contracts of insurance, have breached the duty of good faith and fair dealing, have breached statutory obligations under AS 21.36.125 and 3AAC Chapter 26, (including, but not limited to, duties to conduct a prompt investigation and to promptly communicate with Plaintiffs), and have breached other duties under the law.

13.  Plaintiffs herein have been damaged in an amount to be proven at time of trial, including, but not limited to, costs incurred in defending the Homer Claim.

### V.  DECLARATORY RELIEF

14.  There is a clear and present dispute between plaintiffs and defendants concerning the duty of defendants to defend plaintiffs in the City of Homer litigation. Plaintiffs are entitled to a declaration adjudicating the respective rights and obligations of the parties.

FIRST AMENDED COMPLAINT
lf.bc.acc.pldgs.amend.Complaint.111505f

3

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

## VI. DAMAGES

15.  Plaintiffs are also entitled to recover monetary damages proximately flowing from defendants' breaches.

**WHEREFORE**, plaintiffs pray for relief as follows:

1. For judgment against defendants in an amount to be proven at time of trial;

2. For a declaratory judgment adjudicating the respective rights and obligations of the parties;

3. For prejudgment interest;

4. For costs and attorneys fees pursuant to Civil Rules 79 and 82; and

5. For such other and further relief as the court deems just and equitable.

Dated this 17th day of November, 2005.

BOYD, CHANDLER & FALCONER, LLP

BY: _____
BROOKS W. CHANDLER
Attorneys for Plaintiffs

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

FIRST AMENDED COMPLAINT
lf.bc.acc.pldgs.amend.Complaint.111505f

4

Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendants. | Case No. A05-153 CV (JWS) |

## AFFIDAVIT OF SERVICE

State of Alaska            )
                           )ss
<u>Third Judicial District</u>   )

Lynn H. Ford, first being duly sworn upon oath states:

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.111105f

1

1. I am a secretary with the law firm of Boyd, Chandler & Falconer, LLP. On November 18, 2005, I caused to be mailed by United States Mail, first class, postage prepaid, the Motion to Amend Complaint, Memorandum In Support of Motion to Amend Complaint, First Amended Complaint, Affidavit of Brooks W. Chandler and Order Granting Motion to Amend Complaint to:

> David W. Pease, Esq.
> Burr, Pease & Kurtz, PC
> 810 "N" Street
> Anchorage, AK 99501
>
> Clay A. Young Esq.
> Delaney, Wiles, Hayes, et al
> 1007 W. Third Avenue; Suite 400
> Anchorage, AK 99501

Further Affiant sayeth naught.

_____
Lynn H. Ford

SUBSCRIBED AND SWORN TO this 18th day of November, 2005, at Anchorage, Alaska.

_____
Notary Public For Alaska
My Commission expires: 1-10-06

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.111105f

2