FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 2: 51

Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendants. | Case No. A05-153 CV (JWS) |

**STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO TRAVELER'S OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS MOTION
FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction

Company ("Hurlen"), and American Civil Constructors West Coast, Inc. ("ACC") and

Stipulation for Extension of Time
lf.bc.acc.pldgs.Time. Extension.122905f

1

32

Defendant Travelers Indemnity Company of America, by and through their respective counsel of record and hereby agree that Plaintiffs may file a combined reply and opposition memorandum in response to Travelers' Opposition to Plaintiffs' Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment on or before January 20, 2006.

Dated this 29th day of December, 2005.

BOYD, CHANDLER & FALCONER, LLP

BY: _____
BROOKS CHANDLER
Alaska Bar No. 8310109
Attorneys for Plaintiffs

Dated this 29th day of December, 2005.

DELANEY, WILES, HAYES, ET AL

BY: _____
Clay A. Young, Esq.
Alaska Bar No. 7410117
Attorneys for Defendant
Travelers Indemnity Company of America

FILED
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days of the date hereof.
CLERK OF COURT
Date: 12/30/05  By: _____
Deputy Clerk

Stipulation for Extension of Time
lf.bc.acc.pldgs.Time.Extension.122905f

2

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

A05-0153--CV (JWS)   12/30/05
-----------------------------------------
C. YOUNG (DELANEY)
B. CHANDLER (BOYD)
D. PEASE (BURR)