David W. Pease, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:         (907) 258-2530

Attorneys for Defendant Zurich American Insurance Co.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　　　Defendant(s). | Case No. A05-153 CI (JWS)<br><br>[Originally Alaska Superior Court, Third Judicial District at Anchorage Case No. 3AN-05-7410 CI] |

### ANSWER OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY TO AMENDED COMPLAINT

Defendant Zurich American Insurance Company answers plaintiffs' amended complaint by admitting, denying, and alleging as follows:

　　　　1.　　Answering defendant is without knowledge as to the truth or falsity of the allegations contained in this paragraph and accordingly they are denied.

2. Answering defendant is without knowledge as to the truth or falsity of the allegations contained in this paragraph and accordingly they are denied.

3. Admitted.

4. Answering defendant is without knowledge as to the truth or falsity of the allegations contained in this paragraph and accordingly they are denied.

5. Answering defendant admits that it insured liability risks in Alaska. Answering defendant is without knowledge as to the other allegations remaining in this paragraph of the complaint and accordingly they are denied.

6. This allegation is admitted upon information and belief. Answering defendant has also received a Travelers Insurance policy issued to Hurlen Construction Company effective June 1, 2002.

7. Answering defendant admits that it issued policies GLO 3495305-01, GLO 3495305-02, and GLO 34595305-03, and states that these policies speak for themselves. Answering defendant denies any other or different allegations directed to it in this paragraph of the amended complaint.

8. Answering defendant admits that it issued policies GLO 3495305-01, GLO 3495305-02, and GLO 34595305-03, and states that these policies speak for themselves. Answering defendant denies any other or different allegations directed to it in this paragraph of the amended complaint.

9. Answering defendant is without knowledge as to whether the piling at the Homer dock as driven in place constitute real property. Answering defendant denies all

other allegations in this paragraph of the amended complaint.

    10.    Denied.

    11.    Answering defendant denies that it has failed to defend or declined to defend any plaintiff subject to the terms and conditions of the applicable Zurich policy. Answering defendant is without knowledge as to the truth or falsity of the remaining allegations of this paragraph of the amended complaint.

    12.    Answering defendant denies each allegation in this paragraph directed to it.

    13.    Denied.

    14.    Answering defendant admits that there is a dispute between it and the plaintiffs over the duty to defend under the Zurich policies. Answering defendant admits that the parties are entitled to court adjudication of the respective rights and duties of the parties. Answering defendant denies any other or different allegations in this paragraph of the amended complaint.

    15.    Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' amended complaint fails to state a cause of action upon which relief can be granted.

2. Plaintiffs have failed to mitigate their damages.

3. Plaintiffs' claims are barred because plaintiffs have failed to provide timely notification to Zurich of a potential claim.

4. Plaintiffs' claims are bared by plaintiffs' failure to cooperate and assist in the investigation of this claim.

5. Plaintiffs have undertaken actions and entered into agreements without the knowledge and consent of Zurich. These actions were detrimental to Zurich's rights, prejudiced Zurich's rights to protect itself, and/or in violation of the terms and conditions of the Zurich policies.

6. Plaintiffs' claims are barred by plaintiffs' failure to comply with the terms, conditions, and obligations of their insurance policies that are the subject of this action.

7. Claims asserted in plaintiffs' amended complaint are barred in whole or in part by the terms, conditions, limitations, endorsements, and other language of the insurance policies that are the subject of this declaratory action.

8. Plaintiffs have failed to disclose, omitted, or misrepresented material information concerning this claim, and as a result plaintiffs' claims in this declaratory action are barred.

9. Answering defendant reserves the right to raise additional defenses as a basis for these defenses become known.

WHEREFORE, defendant Zurich American Insurance Company prays that the plaintiffs take nothing in their amended complaint, that Zurich American Insurance Company be awarded declaratory relief, and costs and attorney's fees incurred in defending this cause of action.

DATE:  January 3, 2006

> s/ David W. Pease
> Burr, Pease & Kurtz
> 810 N Street
> Anchorage, AK  99501
> Phone:  (907) 276-6100
> Fax:  (907) 258-2530
> E-mail:  bpk@bpk.com
> Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, copy of the above and foregoing pleading was served by mail on:

Brooks Chandler, Esq.
Boyd Chandler & Falconer, LLP
825 West Eighth Avenue, Suite 200
Anchorage, AK  99501

Clay A. Young, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK  99501

s/ David W. Pease