From: <Rwong@hrblaw.com>

To: <bchandler@acsalaska.net>; <bchandler@bcf.us.com>; <CAY@delaneywiles.com>; <dwp@bpk.com>

Sent: Friday, December 23, 2005 3:38 PM

Subject: Re: Confirmation of Partial Settlement


Gentlemen. This message is to confirm my understanding that the parties have agreed to a partial settlement, pursuant to the terms that I sent last night, which was the last proposal offered by the insureds. I also understand that the partial settlement agreement will be executed in counter-part. Brooks Chandler will circulate the final partial settlement agreement, with a provision that the agreement will be executed in counter-part. Each party should execute and return it to Mr. Chandler. I would appreciate receiving a copy of the signed agreement, as well.

Thank you for your efforts to reach this agreement. Each of the parties, I know, compromised substantially from their original positions. I predict that all of you will find that this partial settlement will inure to the benefit of all the parties.

I wish all of you well in resolving the Homer action and all other issues. If I can lend further assistance, please let me know. Regards and Happy Holidays. Ray


Ray L. Wong
Hancock Rothert & Bunshoft LLP
Four Embarcadero Center
San Francisco, CA  94111
(415) 955-2549 (Direct)
(415) 385-8579 (Mobile)
(415) 955-2599 (Fax)
mailto:rwong@hrblaw.com
http://www.hrblaw.com