Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendants. | Case No. A05-153 CV (JWS) |

## **PROPOSED STATUS CONFERENCE SCHEDULING ORDER**

A status conference will be held in this matter on _____, 2006 at __:__ _.m. Plaintiffs may delay filing an opposition and reply brief until after the settlement conference. The topics for the settlement conference include the status of settlement and whether this court needs to retain jurisdiction in this matter.

ORDER SCHEDULING STATUS CONFERENCE
lf.bc.acc.pldgs.status.ord.012006

1

Dated this _____ day of _____, 2006.

                                            _____
                                            HON. JOHN SEDWICK
                                            U. S. District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on the _____ day of _____, 2006, a true and correct copy of this Order was served upon:

    Brooks W. Chandler, Esq.
    Boyd, Chandler & Falconer, LLP
    825 W. 8th Avenue, Suite 200
    Anchorage, AK 99501

    Clay A. Young Esq.
    Delaney, Wiles, Hayes, et al
    1007 W. Third Avenue; Suite 400
    Anchorage, AK 99501

    David W. Pease, Esq.
    Burr, Pease & Kurtz, PC
    810 "N" Street
    Anchorage, AK 99501

_____
Clerk

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

ORDER SCHEDULING STATUS CONFERENCE
lf.bc.acc.pldgs.status.ord.012006