Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>           Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>           Defendants. | Case No. A05-153 CV (JWS) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I caused to be electronically served a copy of the Notice of Partial Settlement and Request for Status Conference and attachment related thereto, the Status Conference Scheduling Order and the Proposed Status Conference Scheduling Order on:

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.111105f

1

Clay A. Young
**CAY@delaneywiles.com**

David Pease, Esq.
**dwp@bpk.com**

                            Brooks W. Chandler, Esq.
                            State Bar No. 8310109
                            BOYD, CHANDLER & FALCONER, LLP
                            825 W. 8th Avenue, Suite 200
                            Anchorage, Alaska 99501
                            (907) 272-8401
                            Attorneys for Plaintiffs

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.111105f