Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>              Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>              Defendants. | Case No. A05-153 CV (JWS) |

**NOTICE OF PARTIAL SETTLEMENT AND
REQUEST FOR STATUS CONFERENCE**

Plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction Company ("Hurlen"), and American Civil Constructors West Coast, Inc. ("ACC") by and through its counsel of record, hereby provide notice to the Court of an apparent partial settlement with defendants. The word "apparent" is used because, although settlement was reached

NOTICE OF PARTIAL SETTLEMENT
lf.bc.acc.electronicpldgs.status.012006

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

December 23, (see attached e-mail from mediator Ray Wong), defendant Zurich has yet to provide a signed partial settlement agreement. Accordingly, Plaintiffs request this Court schedule a status conference to cover the following topics:

1. Why Zurich has yet to provide a signed partial settlement agreement.

2. The court's retention of jurisdiction for purposes of confirmation of any award made after the arbitration proceeding contemplated in the partial settlement.

Since the partial settlement (assuming it is effective), would refer the issues raised in the pending motion for partial summary judgment to an arbitration, Plaintiff hereby requests an additional extension for filing its reply and opposition brief until after the status of settlement has been resolved.

This request is made pursuant to LR 16.1(d) and FRCP 16(a)(5). An appropriate scheduling order is attached.

Dated this 20th day of January, 2006.

BOYD, CHANDLER & FALCONER, LLP

BY: _____
BROOKS W. CHANDLER
Attorneys for Plaintiffs

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

NOTICE OF PARTIAL SETTLEMENT
lf.bc.acc.electronicpldgs.status.012006

2