IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST INC and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendants. | CASE NO.   3:05-cv-00153 TMB<br><br>ORDER RE:   Status Conference |

**PROPOSED STATUS CONFERENCE SCHEDULING ORDER**

    A status conference will be held in this matter on March 10, 2006 at 9:00 a.m. Plaintiffs may delay filing an opposition and reply brief until after the settlement conference. The topics for the settlement conference include the status of settlement and whether this court needs to retain jurisdiction in this matter.

    Dated this the 7th day of March, 2006.

                                      s/ Timothy M.. Burgess
                                      HON. TIMOTHY M. BURGESS
                                      District Court Judge