Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY

Plaintiffs,

vs.

ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA

Defendants.

Case No. A05-153 CV (TAB)

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW the law firm of BOYD, CHANDLER & FALCONER, LLP, attorneys of record for Plaintiffs, and hereby gives notice that effective April 3, 2006, the address of the firm has changed to 911 West Eighth Avenue, Suite 302, Anchorage, Alaska 99501. The phone and fax numbers have not changed.



BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Dated this 11th day of April, 2006.

BOYD, CHANDLER & FALCONER, LLP

BY: ______________________

s/Brooks W. Chandler
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone (907) 272-8401
Facsimile (907) 274-3698
E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
State Bar No. 8310109
Attorneys for Plaintiffs

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,

Plaintiffs,

vs.

ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,

Defendants.

Case No. A05-153 CV (JWS)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006, I caused to be electronically served a copy of the Notice of Change of Address on:

Clay A. Young
CAY@delaneywiles.com

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.111105f



BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

David Pease, Esq.
dwp@bpk.com

s/ Brooks W. Chandler, Esq.
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 272-8401
Fax: (907) 274-3698
E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
State Bar No. 8310109
Attorneys for Plaintiffs

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698