Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendants. | Case No. A05-153 CV (TMB) |

## MOTION TO APPOINT ARBITRATOR
## AND TO DETERMINE SCOPE OF ARBITRATION

Plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction Company ("Hurlen"), and American Civil Constructors West Coast, Inc. ("ACC") by and through its counsel of record, hereby request appointment of an arbitrator by the Court.

MOTION TO APPOINT ARBITRATOR
lf.bc.acc.electronicpldgs.arbitrator.040906

1

As previously advised [Dkt. No. 34], a partial settlement was reached in this matter in December. At the time of settlement, the parties agreed to arbitrate the remaining issues in the case in accordance with AS 21.89.110. The parties have not been able to agree on an arbitrator. In addition, Defendants appear to contend less than all remaining issues are to be arbitrated. Accordingly, the court needs to appoint an arbitrator and require defendants to submit all remaining issues to arbitration. This motion is made pursuant to and AS 21.89.100, and AS 09.43, and LR 16.2(a) and is supported by the accompanying memorandum. ACC and Hurlen respectfully request the court appoint an arbitrator and require Defendants to participate in the arbitration of all remaining issues in this matter.

Dated this 11th day of April, 2006.

> s/Brooks W. Chandler
> Boyd, Chandler & Falconer, LLP
> 911 W. 8th Avenue, Suite 302
> Anchorage, AK 99501
> Telephone (907) 272-8401
> Facsimile  (907) 274-3698
> E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
> State Bar No. 8310109
> Attorneys for Plaintiffs

MOTION TO APPOINT ARBITRATOR
lf.bc.acc.electronicpldgs.arbitrator.040906

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>　　　　　　　　Defendants. | Case No. A05-153 CV (TMB) |

## PROPOSED ORDER GRANTING MOTION TO APPOINT ARBITRATOR

After consideration of the Motion to Appoint Arbitrator, filed by plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction Company ("Hurlen"), and American Civil Constructors West Coast, Inc. ("ACC"), and the memorandum, and documents relating thereto, it is hereby **ORDERED**:

ORDER GRANTING MOTION TO APPOINT ARBITRATOR
lf.bc.acc.pldgs.Arbitrator.order.041106

1

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

1. The Motion is Granted. All remaining issues in this case are referred to arbitration.

2. William Bankston is appointed as arbitrator.

3. This court retains jurisdiction on this matter for the limited purposes of confirmation of the arbitration award or enforcement of this order.

Dated this ____ day of _____, 2006.

_____
HON. TIMOTHY M. BURGESS
U. S. District Court Judge

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

ORDER GRANTING MOTION TO APPOINT ARBITRATOR
lf.bc.acc.pldgs.Arbitrator.order.041106

2