Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY, <br><br> Defendants. | Case No. A05-153 CV (TMB) |

### AFFIDAVIT OF BROOKS W. CHANDLER

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Brooks W. Chandler, being first duly sworn upon oath, deposes and states as follows:

AFFIDAVIT OF BROOKS W. CHANDLER
Page 1                                                           lf.bc.acc.pleadings.Chandler.aff060411f

1. I am counsel of record to plaintiffs American Civil Constructors West Coast Inc. ("ACC") and Hurlen Construction Company ("Hurlen") in the above-captioned proceeding. The statements made below are based on my personal knowledge.

2. The document attached as Exhibit 1 to the Memorandum in Support of Motion to Order Arbitration is a true and accurate copy of portions of a letter received from Defendant Zurich American Insurance Company.

3. The document attached as Exhibit 2 to the Memorandum in Support of Motion to Order Arbitration is a redacted copy of a Partial Settlement Agreement between Plaintiffs and Defendants. The redacted portions do not address resolution of the Reserved Claims.

4. The document attached as Exhibit 4 to the Memorandum in Support of Motion to Order Arbitration is a true and accurate copy of a letter received from counsel for Defendant Travelers Indemnity Company of America.

5. The parties have not been able to agree on an arbitrator. On April 10, 2006, I spoke with attorney Dan Quinn who had been proposed by Defendants as an arbitrator in this matter. The purpose of my call was to ask him to send a resume to submit to the court with Mr. Bankston's resume. Mr. Quinn told me he was actively representing Zurich in another matter and had made this known to one of the Defendants. After speaking with Mr. Quinn I called counsel for Travelers to discuss this new information. As of the date of this affidavit my telephone call has not been returned.

6. Exhibit 4 is a copy of a letter I wrote to counsel for Defendants. As of the date of this affidavit I have not received any communication from Defendants in response to

AFFIDAVIT OF BROOKS W. CHANDLER
Page 2                                              lf.bc.acc.pleadings.Chandler.aff060411f

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

the request for an explanation of their position regarding the scope of matters to be arbitrated.

FURTHER YOUR AFFIANT SAYETH NAUGHT

s/Brooks W. Chandler
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone (907) 272-8401
Facsimile (907) 274-3698
E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
State Bar No. 8310109
Attorneys for Plaintiffs

SUBSCRIBED AND SWORN to before me this 11th day of April, 2006.

Notary Public in and for Alaska
My Commission Expires: 02/03/07

AFFIDAVIT OF BROOKS W. CHANDLER
Page 3

lf.bc.acc.pleadings.Chandler.aff060411f

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698