# PARTIAL SETTLEMENT AGREEMENT

Zurich American Insurance Company ("Zurich"), Travelers Indemnity Company of America ("Travelers") (collectively the "Carriers") and RMC, LLC ("RMC"), f/k/a MRC Holdings, Inc., f/k/a/ Hurlen Construction Company, and American Civil Constructors West Coast, Inc. ("ACC") (collectively the "Insureds"), for good and valuable consideration, hereby agree as follows.

Whereas, Zurich issued CGL policy nos. GLO3495305-01 (July 1, 2001 to July 1, 2002), GLO3495305-02 (July 1, 2002 to July 1, 2003), and GLO 03459305-03 (July 1, 2003 to July 1, 2004) to ACC and Hurlen and/or MRC are allegedly insured under some or all of the above-identified Zurich policies; and

Whereas, Travelers insured Hurlen under policy nos. DT-CO-348K1567-TIA-01 from June 1, 2001, through June 1, 2002 and DT-CO-348K1567-TIA-02 from June 1, 2002, through June 7, 2002, and allegedly insured MRC Holdings under the same Travelers policies; and

Whereas, the parties dispute the coverage obligations under the above-referenced policies as set out in Case No. A05-153 CV (JWS):

PARTIAL SETTLEMENT AGREEMENT
ACC v. Zurich & Travelers, Case No. A05-153 CI (JWS)
Page 1 of 3

CONFIDENTIAL

1018-83/ # 81238

EXHIBIT 2
PAGE 1 OF 6

release all claims against the Insureds and shall waive all subrogation rights except the subrogation claims specifically preserved below.

Provided, however, that claims against the Carriers for payment of the defense costs related to the Homer claim (including costs incurred by the Insureds in Safeco's third-party action) through the date of settlement with the City of Homer, whether based on an alleged breach of the duty to defend or improper allocation of costs between covered and non-covered claims shall be reserved by the Insureds (the "Reserved Claims"). The "Reserved Claims" do not include any claims for bad faith or extra contractual damages by the Insureds against the Carriers. The parties agree that the Carriers reserve all factual, legal, contractual, policy, and/or statutory defenses to all issues relating or pertaining to the Reserved Claims.

4. The parties agree to the following procedure for resolution of the Reserved Claims:

(a) On or before January 31, 2006, the Insureds shall provide the Carriers with the actual bills as received for the defense of the City of Homer claim through the date of settlement with the City of Homer for which the Insureds seek reimbursement as Reserved Claims. The Insureds will also provide proof of payment as to all Reserved Claims.

(b) On or before February 17, 2006, counsel for the Carriers and counsel for the Insureds shall confer with regard to the bills produced for the Reserved Claims and identify disputed defense costs.

(c) If the Carriers and Insureds are unable to reach agreement on disputed defense costs by March 3, 2006, the Carriers and Insureds shall confer on that date as to an arbitration in accordance with AS 21.89.100.

CONFIDENTIAL

Dated: 2/2/06

Zurich American Insurance Company

*[signature]*

Travelers Indemnity Company of America

Dated:_____

RMC, LLC

Dated:_____

American Civil Constructors West Coast, Inc.

Dated:_____

**CONFIDENTIAL**

PARTIAL SETTLEMENT AGREEMENT
ACC v. Zurich & Travelers, Case No. A05-153 CI (JWS)
Page 3 of 3

EXHIBIT 2
PAGE 3 OF 6

1018-83/#81238

02/03/2006 FRI 14:58 [TX/RX NO 5621] @002

6. This agreement may be signed in counterpart.

                                            Zurich American Insurance Company

Dated:_____    _____

                                            Travelers Indemnity Company of America

Dated:_____    _____

                                            RMC, LLC

Dated:_____    _____

                                            American Civil Constructors West Coast, Inc.

Dated: _DECEMBER 23, 2005_    _[signature]_

PARTIAL SETTLEMENT AGREEMENT
ACC v. Zurich & Travelers, Case No. A05-153 CI (JWS)
Page 3 of 3

1018-83/ # 81238

**CONFIDENTIAL**    EXHIBIT 2
                                                                                       PAGE 4 OF 6

12/23/2005 FRI 14:43  [TX/RX NO 5485]  @002

6. This agreement may be signed in counterpart.

Zurich American Insurance Company

Dated: _____  _____

Travelers Indemnity Company of America

Dated: _____  _____

RMC, LLC

Dated: 12/23/05  _[signature]_

American Civil Constructors West Coast, Inc.

Dated: _____  _____

PARTIAL SETTLEMENT AGREEMENT
ACC v. Zurich & Travelers, Case No. A05-153 CI (JWS)
Page 3 of 3

1018-83/ # 81238

CONFIDENTIAL

EXHIBIT 2
PAGE 5 OF 6

6. This agreement may be signed in counterpart.

Zurich American Insurance Company

Dated: _____   _____

Travelers Indemnity Company of America

Dated: 12-27-05   *[signature]*
Lit dir CD claims

RMC, LLC

Dated: _____   _____

American Civil Constructors West Coast, Inc.

Dated: _____   _____

**CONFIDENTIAL**

PARTIAL SETTLEMENT AGREEMENT
ACC v. Zurich & Travelers, Case No. A05-153 CI (JWS)
Page 3 of 3

1018-23/#81238

EXHIBIT ___
PAGE ___ OF ___