DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL:
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

March 30, 2006

VIA FACSIMILE

Brooks W. Chandler
Boyd Chandler & Falconer, LLP
825 W. 8th Ave., #200
Anchorage, AK 99501

Re: American Civil Constructions West Coast, Inc., et al.
    v. Zurich American Insurance Company, et al.
    Case No. A05-153 CV (TMB)

Dear Brooks:

Ten days ago or so we spoke about our separately proposed lists of arbitrators. Our side proposed Gary Zipkin, Tim Stone, Dan Quinn, and Matt Peterson; you proposed Paul Davis, Allan Compton, Bill Bankston, and Brian Shortell.

The procedure that we agreed to employ was for each side to strike two and thus submit four names total to the court. We objected to Brian Shortell and Paul Davis, while you objected Tim Stone and Gary Zipkin.

I have since ascertained that Matt Peterson has a probable conflict in connection with Roy Longacre, as Matt is currently in a declaratory judgment action where one of the issues is the reasonableness of bills of Mr. Longacre. Accordingly, we propose to submit another arbitrator's name, and as soon as I have had a chance to consult with David Pease about that, we'll get that name to you.

EXHIBIT 3
PAGE 1 OF 2

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

Brooks W. Chandler
March 30, 2006
Page 2

                              Very truly yours,

                              DELANEY, WILES, HAYES,
                              GERETY, ELLIS & YOUNG, INC.


                              Clay A. Young

CAY/dml  115376

cc:    David Pease

EXHIBIT 3
PAGE 2 OF 2