**BOYD, CHANDLER & FALCONER, LLP**
ATTORNEYS AT LAW
SUITE 200
825 WEST EIGHTH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698
bcf@bcf.us.com

March 31, 2006

**VIA FACSIMILE**

David W. Pease, Esq.
Burr, Pease & Kurtz, PC
810 "N" Street
Anchorage, AK 99501

Clay A. Young Esq.
Delaney, Wiles, Hayes, et al
1007 W. Third Avenue; Suite 400
Anchorage, AK 99501

RE: *American Civil Constructors, et al v. Zurich American Insurance, et al*
Case No. 3AN-05-153 CI (JWS)

Dear Counsel:

I have encountered a situation similar to that described in Mr. Young's letter with regard to Justice Compton who is not willing to serve as an arbitrator in this matter. I propose we simply submit Bill Bankston and Dan Quinn to the court. Please advise if this is acceptable.

There remains the issue of what is being arbitrated. Please advise in writing by the end of next week your position on the scope of arbitration. My clients' position can be summarized as follows:

1. All parties agreed to resolve the "reserved" matters in the settlement agreement in accordance with AS 21.89.110.

2. AS 21.89.110 indicates "[a] dispute between the insurer and insured regarding attorney fees that is not resolved by the insurance policy or this section shall be resolved by arbitration under AS 09.43."

3. The reserved matters are a dispute regarding attorney fees which include all possible claims for or against payment of such fees.

EXHIBIT 4
PAGE 1 OF 2

David W. Pease, Esq.
Clay A. Young Esq.
March 31, 2006
Page 2

      Accordingly, all remaining issues were agreed to be resolved by arbitration. Refusals to arbitrate are resolved by the courts. AS 09.43.020(a). We will certainly file a motion if required to enforce the previously agreed to arbitration. We believe that motion will be favorably viewed given the preference for arbitration and the straight forward language of our agreement and AS 21.89.010.

      Very truly yours,

      BOYD, CHANDLER &
      FALCONER, LLP

BY: _____
      Brooks W. Chandler

BWC\lhf
Enclosures
lf.bc.acc.counsel.ltr.033106f

EXHIBIT 4
PAGE 2 OF 2