**BOYD, CHANDLER & FALCONER, LLP**
ATTORNEYS AT LAW
SUITE 302
911 WEST EIGHTH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698
bcf@bcf.us.com

April 11, 2006

**VIA FACSIMILE**

David W. Pease, Esq.
Burr, Pease & Kurtz, PC
810 "N" Street
Anchorage, AK 99501

Clay A. Young Esq.
Delaney, Wiles, Hayes, et al
1007 W. Third Avenue; Suite 400
Anchorage, AK 99501

RE:   *American Civil Constructors, et al v. Zurich American Insurance, et al*
Case No. 3AN-05-153 CI (JWS)

Dear Counsel:

Yesterday I called Dan Quinn to ask for his resume to submit to the court. He informed me he <u>currently</u> is representing Zurich and that this information was previously made known to at least one of you. You should have disclosed this fact. My phone call to Alex after learning this has not been returned.

Representing a client as an adversary in one matter and serving as an arbitrator in another matter involving the same client is an obvious conflict that disqualifies Mr. Quinn from serving as an arbitrator. We will proceed to request appointment of Mr. Bankston as the arbitrator.

We have yet to hear any response to my inquiry regarding your position on the scope of arbitration. We presume this means this issue is not capable of being resolved without court involvement and will proceed accordingly.

Very truly yours,

BOYD, CHANDLER &
FALCONER, LLP

BY: _____
Brooks W. Chandler

BWC\lhf
Enclosures
lf.bc.acc.counsel.ltr.033106f

EXHIBIT 5
PAGE 1 OF 1