## William M. Bankston, Managing Shareholder
Email: wbankston@bankston.to

Mr. Bankston has been practicing law in Alaska since 1971. He has extensive experience in construction, commercial, and real estate litigation. He has represented a varied clientele from public entities (Municipality of Anchorage, numerous school districts, the Fairbanks North Star Borough) and private interests. He has arbitrated more cases before the National Association of Securities Dealers both in and outside of the State of Alaska than probably any other attorney in Alaska. He is a recognized expert in construction law and resolving construction disputes. He is a recognized expert in securities law, both in the transactional method of raising monies from public and private sources, as well as arbitrating and litigating securities disputes. His experience in litigation and dispute resolution covers all phases, except criminal law. He has represented clients before arbitration panels in construction and securities cases too numerous to list. He has tried cases representing both plaintiffs and defendants before juries and in non-jury trials throughout Alaska. He has extensive transactional experience representing real estate brokers, banks, developers, contractors, syndicators, and other commercial entities with respect to the buying, selling, syndicating, and litigation over all forms of real estate and corporate matters. He has represented independent oil companies in Alaska, with experience in oil and gas dispute resolution.

He has participated as chairman of arbitration panels and served as sole arbitrator in all forms of construction and commercial disputes. He is a member of the commercial and construction panels for the American Arbitration Association and has sat on panels resolving securities disputes. He was a member of the National Association of Securities Dealers Arbitration panel for Alaska.

Bill Bankston was one of the two attorneys who created the Alaska Pacific Bank in the mid-1970's. He did the securities work for an exempt public offering in cooperation with the underwriter's attorneys. He had previously worked with two individuals to form another state bank, but those efforts were unsuccessful. He has participated in many forms of business negotiations, including financial structuring of entities, sales, mergers, and buy-outs. He has the ability to negotiate transactions and litigate them. He combines over 33 years of experience in the practice of law giving advice to business entities concerning their various alternatives and methods of structuring transactions.

<u>Dispute Resolution:</u> During the past 30 years, he has tried numerous jury and non-jury trials in courts throughout Alaska. He has represented clients for arbitration in construction, commercial, real estate and securities disputes before the American Arbitration Association, private arbitration panels and participated in numerous dispute resolution and settlement conferences. He has arbitrated more cases before the National Association of Securities Dealers both in and outside Alaska than probably any other Alaskan attorney. He has served the American Arbitration Association in the capacity of a construction, commercial and securities arbitrator. He has served as an arbitrator and is a member of the panel for the National Association of Securities Dealers.

FORMS/RESUMES/RESwmb.doc

EXHIBIT 6
PAGE 1 OF 3

He has appeared before the U.S. Court of Appeals, Ninth Circuit. He has appeared numerous times before the Supreme Court of Alaska. Reported cases are as follows: *Greisen v. US*, 831 F. 2d 916 (9th Cir. 1987); *Frontier Companies of Alaska, Inc. v. Jack White Co.*, 818 P.2d 645 (Alaska 1991); *Integrated Resources Equity Corp. v. Fairbanks North Star Borough*, 799 P.2d 295 (Alaska 1990); *Alaska Bussell Electric Co. v. Vern Hickel Const. Co.*, 688 P.2d 576 (Alaska 1984); *Bussell v. Bussell*, 623 P.2d 1221 (Alaska 1981); *Shatting v. Dillingham City School District*, 617 P.2d 9 (Alaska 1980); *Continental Insurance Co. v. Bussell*, 498 P.2d 706 (Alaska 1972); *Polar Supply Co., Inc. v. Steelmaster Industries, Inc.*, Opinion No. 5970, Dec. 23, 2005). He is admitted to practice in the following courts: United States Supreme Court; United States Court of Appeals, Ninth Circuit; United States District Court, Alaska; United States Court of Claims; and United States Tax Court. He is a member of the Alaska Bar Association and is admitted to practice before all courts in Alaska, and is an inactive member of the Texas Bar Association admitted to practice before the Texas Supreme Court.

Construction Experience: Bill Bankston began representing contractors in 1971. Since that time he has represented school districts in the resolution of numerous problems from an owner's perspective, including disputes with architects, engineers, contractors, and sub-contractors. He has both arbitrated and litigated construction disputes. He was recently retained by AEG&T to defend a $26 million dollar lawsuit by VECO, Inc. He worked his way through undergraduate school designing air conditioning, plumbing and heating systems for a mechanical engineering firm. As a result of this experience, plus 30 years of representing contractors, owners and architects in all phases of construction, he is an expert in evaluating complex construction problems from the owner's perspective. He has represented the Municipality of Anchorage in complex construction litigation. He has experience serving as an arbitrator in disputes in excess of $500,000. He has arbitrated numerous cases where the disputes are in excess of $1 million, and tried construction cases before juries in Alaska where the disputes were between $500,000 and $1 million.

In addition to the practical experience of representing contractors, architects, engineers and owners, he has spoken at seminars to train arbitrators in the construction industry for the American Arbitration Association.

School Law Experience: Since 1973, Bankston has represented school districts in Alaska. He has been instrumental in all phases of litigation involving teacher-employment relations, including administrative hearings and trials before the Superior Court. The leading case in Alaska educational law regarding the nonretention of nontenured teachers is a case which he successfully argued in the Alaska Supreme Court. See, *Shatting v. Dillingham City School District*, 617 P.2d 9 (Alaska 1980). He has participated in federal administrative cases involving the *Lau* remedies and public funding controversies which have state-wide implications. He has represented numerous school districts in the construction of Molly Hootch school sites.

Commercial Experience: For over 30 years Bill Bankston has represented real estate agents, developers, corporate entities, insurance brokerage firms in all phases of business transactions. He has negotiated agreements, drafted numerous contracts, and participated in arbitration of these commercial disputes. He has represented independent oil and gas companies in Alaska with experience in oil and gas dispute resolution.

He is listed in "The Best Lawyers in America." He has been involved in business negotiations and business dispute resolutions including cases before the Alaska Supreme Court. He has taught business law at the University of Alaska, Anchorage Community College during 1973-75. Mr. Bankston has a peer review rating of "AV" in the Martindale-Hubbel directory and is listed by Chambers USA America's Leading Business Lawyers in general commercial litigation.

Securities Experience: Bill Bankston is a recognized expert in securities law. As such, he has served in the capacity of drafting public and private syndications and offerings for registration in the State of Alaska.

He has represented customers in numerous arbitration disputes before the National Association of Securities Dealers both in and outside of Alaska. He represented the Fairbanks North Star Borough in an arbitration dispute which eventually was resolved in the Borough's favor in the Alaska Supreme Court. See, *Integrated Resources Equity Corp. v. Fairbanks North Star Borough*, 799 P.2d 295 (Alaska 1990). He has represented brokers, securities dealers and syndicators.

Mr. Bankston has been a frequent lecturer to the Alaska Bar Association's programs for continuing legal education. He has given numerous lectures in the community for various groups, including the Small Business Administration and the Real Estate Securities and Syndications Institute on securities law and real estate securities offerings. He is co-author of an article in the *Alaska Law Review* entitled "The Creation, Operation, and Dissolution of a Limited Partnership in Alaska," 2 Alaska L. Rev. 271 (1985).

Education: Mr. Bankston earned a Bachelor of Arts degree from Texas Technological College in 1968, with a major in government and minor in mathematics; a Bachelor of Science degree from Texas Technological College in 1968, with a major in international trade (business). At Texas Tech, he was a member of political science and economic honorary fraternities. He earned a Doctor of Jurisprudence degree from the University of Texas Law School in 1971 (National Order of Barristers). Mr. Bankston worked for a professional engineer throughout undergraduate school as an engineering draftsman designing air conditioning and plumbing/heating systems for large buildings. Mr. Bankston has been a Business Law instructor at the Anchorage Community College/University of Alaska at Anchorage in the mid-1970's.

Associations: Mr. Bankston is a member of American Board of Trial Advocates (ABOTA), and a former officer/director of the Alaska Community Foundation.

