Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,

Plaintiffs,

vs.

ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,

Defendants.

Case No. A05-153 CV (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2006, I caused to be electronically served a copy of the Motion to Appoint Arbitrator and to Determine Scope of Arbitration, Memorandum In Support of Motion to Appoint Arbitrator and exhibits relating thereto to:

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Clay A. Young
CAY@delaneywiles.com

David Pease, Esq.
dwp@bpk.com

s/ Brooks W. Chandler, Esq.
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 272-8401
Fax: (907) 274-3698
E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
State Bar No. 8310109
Attorneys for Plaintiffs

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698