David W. Pease, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:        (907) 258-2530

Attorneys for Defendant Zurich American Insurance Co.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>      Plaintiff(s),<br><br>   v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>      Defendant(s). | Case No. A05-153 CI (TMB)<br><br>[Originally Alaska Superior Court, Third Judicial District at Anchorage Case No. 3AN-05-7410 CI] |

## REQUEST TO POSTPONE STATUS CONFERENCE

Counsel for defendant Zurich American Insurance Company requests a

postponement of the status conference presently scheduled for April 24, 2006.

Postponement is sought because of a recent motion filed by plaintiff's counsel which

unilaterally terminated both the arbitrator selection process the parties were engaged in

and discussions concerning legal and discovery issues that make up this attorney fee

dispute. Since issues that were previously the subject of negotiations between the parties have now been placed before the court, it will undoubtedly be more beneficial for the parties and the court to postpone a status conference until briefing on the pending motions is completed and the issues raised therein can be taken up in a court conference.

On April 11, 2006, plaintiff's counsel wrote to both defense counsel concerning arbitrators and other open issues concerning the remaining attorney's fee dispute. Before defense counsel had a chance to respond to his letter, plaintiff's counsel filed a motion seeking to have the court consider and appoint only his candidate for arbitrator. His motion also sought to have the court decide other matters raised in the April 11, 2006. Defendants' response to plaintiff's pending motion will take issue with some of the allegations, assertions, and representations contained in plaintiff's memo. Because the issues raised by plaintiff's motion will not have been briefed before the presently scheduled April 24, 2006 status conference, counsel for the defendant requests that the status conference be postponed until briefing is completed, so that the court has a complete briefing package before it to consider and discuss the issues raised by the recently filed motion.

DATE: April 18, 2006

                                                 s/ David W. Pease
                                                 Burr, Pease & Kurtz
                                                 810 N Street
                                                 Anchorage, AK  99501
                                                 Phone:  (907) 276-6100
                                                 Fax:  (907) 258-2530
                                                 E-mail:  bpk@bpk.com
                                                 Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2006, a copy of the above and foregoing pleading was served electronically on Brooks Chandler and Clay A. Young.

_____
s/ David W. Pease