David W. Pease, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:        (907) 258-2530

Attorneys for Defendant Zurich American Insurance Co.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>    Defendant(s). | Case No. A05-153 CI (TMB)<br><br>[Originally Alaska Superior Court, Third Judicial District at Anchorage Case No. 3AN-05-7410 CI] |

**PROPOSED ORDER TO POSTPONE STATUS CONFERENCE**

Defendant Zurich American Insurance Company having requested that the status conference scheduled for April 24, 2006, be postponed,

IT IS ORDERED that defendant's request to postpone the status conference scheduled for April 24, 2006,  is granted, and the status conference is rescheduled for _____, 2006.

DATED: April _____, 2006

                                                                                            _____
                                                                                            TIMOTHY M. BURGESS
                                                                                            U.S. District Court Judge