Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Travelers Indemnity
Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　Defendants. | Case No. 3:05-cv-00153-TMB<br><br>**JOINDER IN ZURICH'S REQUEST TO POSTPONE STATUS CONFERENCE** |

Defendant Travelers Indemnity Company of America hereby joins in Zurich American Insurance Company's request to postpone the status conference scheduled for April 24, 2006.

/

/

/

DATED this 19th day of April, 2006, in Anchorage, Alaska.

    DELANEY WILES, INC.
Attorneys for Defendant
Travelers Indemnity Company
Of America

s/Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
E-mail: cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2006, a copy of foregoing Joinder in Zurich's Request to Postpone Status Conference was served electronically on the following:

Brooks W. Chandler
Boyd Chandler & Falconer, LLP
911 W. 8th Ave., #302
Anchorage, AK  99501
bchandler@bcf.us.com

David W. Pease
Burr, Pease & Kurtz
810 N St.
Anchorage, AK  99501-3293
dwp@bpk.com

s/Clay A. Young
116100

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

JOINDER IN ZURICH'S REQUEST TO POSTPONE STATUS CONFERENCE
American Civil Constructors W. Coast, Inc., et al. v. Zurich American Ins. Co., et al., Case No. 3:05-cv-00153-TMB
Page 2 of 2