Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY,<br><br>Defendants. | Case No. A05-153 CV (TMB) |

### PLAINTIFFS' STATUS REPORT

This Court's Minute Order of March 10, [Dkt. 42], requires the parties to submit a joint status report. This report is submitted only by Plaintiffs. The undersigned attempted in good faith to prepare a joint status report by submitting a proposed joint status report to counsels for the Defendants. [Affidavit of Brent Edwards submitted herewith.]

PLAINTIFF'S STATUS REPORT
Page 1                                                                                               lf.bc.acc.pleadings.Plaintiff's Status.rep.041906f

The parties have not agreed on appointment of an arbitrator or the scope of arbitration. These issues are the subject of a pending motion which has not been fully briefed. [Dkt. 44]. While this motion is pending, Plaintiffs may request an extension of the May 1 deadline for filing an opposition memorandum to the pending cross-motion for summary judgment filed by Travelers.

On April 18, 2006, Zurich filed a request to postpone the status conference scheduled for April 24, 2006. [Dkt. 47]. The deadline for Plaintiffs' response to Zurich's request falls after the scheduled status conference as no motion to expedite has been filed. On April 19, 2006, Travelers joined in Zurich's request to postpone the April 24, 2006 status conference. [Dkt. 48.] Plaintiffs' position on rescheduling the status conference is to defer to the Court's discretion on whether or not a status conference on April 24, 2006 will be useful to the Court. If the status conference is rescheduled, the status conference should be set soon after the motion filed in Dkt. 44 is ripe.

Mr. Chandler, counsel for the plaintiffs, has a scheduling conflict for the previously scheduled status conference. Attorney Brent Edwards will appear for Plaintiffs at the status conference on April 24, 2006 unless the court postpones that conference to a later date.

s/ Brent Edwards
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone (907) 272-8401
Facsimile (907) 274-3698
E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
State Bar No. 9811063
Attorneys for Plaintiffs