Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br>            Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY, <br><br>            Defendants. | Case No. A05-153 CV (TMB) |

**AFFIDAVIT OF BRENT EDWARDS**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Brent Edwards, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the counsels of record to plaintiffs American Civil Constructors West Coast Inc. ("ACC") and Hurlen Construction Company ("Hurlen") in

AFFIDAVIT OF BRENT EDWARDS
Page 1

lf.bc.acc.pleadings.Edwards.aff041906f

the above-captioned proceeding. The statements made below are based on my personal knowledge.

    2. The document attached as Exhibit 1 to this affidavit is a true and accurate copy of the letter and attachment thereto that was sent via facsimile to Clay Young and David Pease on April 18, 2006.

    3. On April 19, 2006, at approximately 9:45 a.m. I received a phone call from Clay Young's secretary. She informed me that Mr. Young disagreed with the proposed joint status report faxed to him on April 18, 2006. No reasons were provided. I was told that Mr. Young was traveling and to not expect any input from him before the deadline for filing the joint status report.

    4. At approximately 8:15 a.m. on April 19, 2006, David Pease left a message on Mr. Chandler's voice mail indicating that he objected to the language in the proposed joint status report faxed to him on April 18, 2006. Mr. Pease indicated that the joint status report should include the fact that he filed a request to postpone the April 24, 2006 status conference. Mr. Pease did not detail why he objected to the proposed status report.

    5. At approximately 10:00 A.M. on April 19, 2006, I left a voice mail for Mr. Pease regarding the joint status report. As of 3:00 p.m., I did not receive a return phone call from Mr. Pease.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

FURTHER YOUR AFFIANT SAYETH NAUGHT

s/Brent Edwards
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone (907) 272-8401
Facsimile (907) 274-3698
E-Mail: bcf@bcf.us.com;
brentedwards@bcf.us.com
State Bar No. 9811063
Attorneys for Plaintiffs

SUBSCRIBED AND SWORN to before me this 19th day of April, 2006.

Notary Public in and for Alaska
My Commission Expires: 11-10-06