**BOYD, CHANDLER & FALCONER, LLP**
ATTORNEYS AT LAW
SUITE 302
911 WEST EIGHTH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698
bcf@bcf.us.com

April 18, 2006

**VIA FACSIMILE - 258-2530**

David W. Pease, Esq.
Burr, Pease & Kurtz, PC
810 "N" Street
Anchorage, AK 99501

**VIA FACSIMILE - 277-1331**

Clay A. Young Esq.
Delaney, Wiles, Hayes, et al
1007 W. Third Avenue; Suite 400
Anchorage, AK 99501

RE: *American Civil Constructors, et al v. Zurich American Insurance, et al*
Case No. 3AN-05-153 CI (JWS)
Proposed Joint Status Report

Dear Counsel:

Brooks Chandler is out of town and asked me to forward the enclosed proposed Joint Status Report. Please let me know if the status report is acceptable for filing or if you suggest making changes. The report is due on April 19.

Sincerely,

BOYD, CHANDLER &
FALCONER, LLP

BY: _____
Brent Edwards

BE/lf
Enclosures
lfbwc.acc.counsel.ltr.041806f

EXHIBIT 1
PAGE 1 OF 3

**DRAFT**

Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY,<br><br>Defendants. | Case No. A05-153 CV (TMB) |

## JOINT STATUS REPORT

In accordance with this Court's Minute Order of March 10, [Dkt. 42], the parties submit the following joint status report.

The parties have not agreed on appointment of an arbitrator or the scope of arbitration. These issues are the subject of a pending motion which has not been fully briefed. [Dkt. 44]. While this motion is pending, Plaintiffs may request an extension of the May 1 deadline for filing an opposition memorandum to the pending cross-motion

JOINT STATUS REPORT
Page 1                                                         lf.bc.acc.pleadings.jt.status.rep.041806f

EXHIBIT 1
PAGE 2 OF 3

**DRAFT**

for summary judgment filed by Travelers. Counsel for Plaintiffs has a scheduling conflict for the previously scheduled status conference. Attorney Brent Edwards will appear for Plaintiffs at the status conference.

          s/Brooks W. Chandler
          Boyd, Chandler & Falconer, LLP
          911 W. 8th Avenue, Suite 302
          Anchorage, AK 99501
          Telephone (907) 272-8401
          Facsimile (907) 274-3698
          E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
          State Bar No. 8310109
          Attorneys for Plaintiffs

          s/Clay A. Young
          **Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.**
          **1007 W. 3rd Avenue, Suite 400**
          **Anchorage, AK 99501**
          **Telephone (907) 279-3581**
          **Facsimile (907) 277-1331**
          E-Mail: cay@delaneywiles.com
          State Bar No. 7410117
          **Attorneys for Defendant Travelers Indemnity Company**

          s/David W. Pease
          **Burr, Pease & Kurtz, P.C.**
          **810 "N" Street**
          **Anchorage, AK 99501**
          **Telephone (907) 276-6100**
          **Facsimile (907) 258-2530**
          E-Mail: dwp@bpk.com
          State Bar No. 8706041
          **Attorneys for Zurich American Insurance Co.**

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

JOINT STATUS REPORT
Page 2

lf.bc.acc.pleadings.jt.status.rep.041806f

EXHIBIT 1
PAGE 3 OF 3