Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　　　　　　Defendants. | Case No. A05-153 CV (TMB) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2006, I caused to be electronically served a copy of the Plaintiff's Status Report, Affidavit of Brent Edwards and exhibits relating thereto to:

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.041906f

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

1

Clay A. Young
CAY@delaneywiles.com

David Pease, Esq.
dwp@bpk.com

          s/ Brooks W. Chandler, Esq.
          BOYD, CHANDLER & FALCONER, LLP
          825 W. 8th Avenue, Suite 200
          Anchorage, Alaska 99501
          Phone: (907) 272-8401
          Fax:   (907) 274-3698
          E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
          State Bar No. 8310109
          **Attorneys for Plaintiffs**

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.041906f

2