IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., and MRC HOLDINGS, INC. f/k/a/ HURLEN CONSTRUCTION COMPANY,<br><br>            Plaintiffs,<br><br>  vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY,<br><br>            Defendants. | Case No.  3:05-cv-153  TMB<br><br><br>O R D E R |

      On March 10, 2006, the Court held a status hearing in this matter.  The Court extended deadlines for responsive pleadings on pending motions in order to allow the parties time to resolve this matter. A further status conference was scheduled for Monday, April 24, 2006.  The parties were directed to file a joint status report by April 19, 2006.  Instead,  Plaintiff has filed a Motion to Appoint Arbitrator and to determine the scope of arbitration.  Docket 44.  In response, Defendant Zurich has moved to postpone the status conference in order to oppose Plaintiff's motion.  Docket 47.  Defendant Travelers Indemnity has joined the motion to postpone.  Docket 48.  Plaintiff's status report filed on April 19, 2006, indicates that the parties have not agreed on the appointment of an arbitrator or the scope of arbitration.  Docket 49.  Counsel for Plaintiff further advises that he will be unavailable for the status conference scheduled for April 24, 2006, but that he will send an associate.

      It is hereby ordered that the Motion to Postpone Status Conference, (docket 47), is DENIED.  The status conference will go forward as scheduled.

The Court is aware that discovery closes soon in this matter, and there are several pending motions that await further briefing. The parties should be prepared to discuss any outstanding matters that need to be addressed in order to prepare this case for trial.

Dated at Anchorage, Alaska, this 21st day of April 2006.

                                                    /s/ Timothy Burgess
                                                  Timothy M. Burgess
                                                  United States District Judge