David W. Pease, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK 99501-3293
Telephone:  (907) 276-6100
Fax No.:    (907) 258-2530

Attorneys for Defendant Zurich American Insurance Co.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendant(s). | Case No. A05-153 CI (TMB)<br><br>[Originally Alaska Superior Court, Third Judicial District at Anchorage Case No. 3AN-05-7410 CI] |

### AFFIDAVIT OF DAVID PEASE
### IN SUPPORT OF RESPONSE TO PLAINTIFFS'
### MOTION TO APPOINT ARBITRATOR

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

DAVID PEASE, being first duly sworn, states:

1. I am one of the attorneys for the defendants in this declaratory judgment

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Afft of David Pease in Support of Response to Plfs' Mtn to Appoint Arbitrator
ACC v. Zurich & Travelers, Case No. A05-153 CI (TMB)
Page 1 of 2                                                       1018-83/ # 83334

action.

2. Exhibit 2 is an excerpt from the First Amendment to the Assets Purchase Agreement between ACC and Hurlen, dated November 19, 2003, which was Exhibit 5 to the deposition of Scott McKellar. Scott McKellar was the president of Hurlen Construction when it was sold.

3. Exhibit 3 is page 3 from the Assignment and Assumption Agreement between ACC and Hurlen, dated May 19, 2003. This was produced by the plaintiffs as part of the documentation provided to the insurers during the claim investigation.

_____
DAVID PEASE

SUBSCRIBED AND SWORN to before me this 28th day of April, 2006.



_____
NOTARY PUBLIC FOR ALASKA
My commission expires: 10-30-2008

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2006, copy of the above and foregoing pleading was served electronically on Brooks Chandler and Clay A. Young.

_____
s/ David W. Pease

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Afft of David Pease in Support of Response to Plfs' Mtn to Appoint Arbitrator
ACC v. Zurich & Travelers, Case No. A05-153 CI (TMB)
Page 2 of 2

1018-83/ # 83334