David W. Pease, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:       (907) 258-2530

Attorneys for Defendant Zurich American Insurance Co.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>  Plaintiff(s),<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>  Defendant(s). | Case No. A05-153 CI (TMB)<br><br>[Originally Alaska Superior Court, Third Judicial District at Anchorage Case No. 3AN-05-7410 CI] |

## PROPOSED ORDER

It is ordered that _____ is appointed as arbitrator in this matter.  This court retains jurisdiction over all issues to be resolved by the applicable insurance policies under AS 21.89.100, including what remains of the pending summary judgment motions.  The court retains jurisdiction to assign discovery disputes in this case to the

arbitrator or a discovery master until insurance policy issues are resolved.

DATED: May _____, 2006

_____
TIMOTHY M. BURGESS
U.S. District Court Judge