Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA <br><br> Defendants. | Case No. A05-153 CV (JWS) |

**STIPULATION FOR EXTENSION OF TIME TO REPLY TO RESPONSE TO PLAINTIFFS' MOTION TO APPOINT ARBITRATOR**

COME NOW the parties in the above-referenced action and hereby stipulate and agree that Plaintiffs shall have until the closed of business on Friday, May 12, 2006 within which to file a reply to Defendants' Response to Plaintiffs' Motion to Appoint Arbitrator filed with this Court on April 28, 2006.

Dated this 4th day of May, 2006.

>s/ Brent Edwards
>Boyd, Chandler & Falconer, LLP
>911 W. 8th Avenue, Suite 302
>Anchorage, AK 99501
>State Bar No. 9811063
>Telephone (907) 272-8401
>Facsimile  (907) 274-3698
>E-Mail: bcf@bcf.us.com;
>brentedwards@bcf.us.com


>s/ Clay A. Young
>Delaney, Wiles, Gerety, Ellis & Young, Inc.
>1007 W. Third Avenue, Suite 400
>Anchorage, AK 99501
>State Bar No. 7410117
>Telephone ( 907) 279-3581
>Facsimile  (907) 277-1331
>E-Mail: cay@delaneywiles.com


>s/ David W. Pease
>Burr, Pease & Kurtz, PC
>810 "N" Street
>Anchorage, AK 99502
>State Bar No.  8706041
>Telephone (907) 276-6100
>Facsimile  (907) 258-2530
>E-Mail: dwp@bpk.com