Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>              Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>              Defendants. | Case No. A05-153 CV (JWS) |

**PROPOSED ORDER GRANTING EXTENSION OF TIME TO REPLY
TO RESPONSE TO PLAINTIFFS' MOTION TO APPOINT ARBITRATOR**

After consideration of the Stipulation For Extension of Time To Reply to Response to Plaintiffs' Motion to Appoint Arbitrator filed by Defendants on April 28, 2006, it is hereby **ORDERED**:

ORDER GRANTING EXTENSION OF TIME
lf.bc.acc.pldgs.Ord.150306f

1

Plaintiff MRC Holdings, Inc, f/k/a Hurlen Construction Company and American Civil Constructors shall have until the close of business on Friday, May 12, 2006 to file their reply to said Response.

Dated this \_\_\_\_ day of _____, 2006.

_____
HON. TIMOTHY M. BURGESS
U. S. District Court Judge

ORDER GRANTING EXTENSION OF TIME
lf.bc.acc.pldgs.Ord.150306f