Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA, <br><br> Defendants. | Case No. A05-153 CV (TMB) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2006, I caused to be electronically served a copy

of the Stipulation For Extension of Time to Reply to Response to Plaintiffs' Motion to

Appoint Arbitrator to:

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.111105f

1

Clay A. Young
CAY@delaneywiles.com

David Pease, Esq.
dwp@bpk.com

                                        s/ Brent Edwards, Esq.
                                        BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 272-8401
Fax: (907) 274-3698
E-Mail: bcf@bcf.us.com;
brentedwards@bcf.us.com
State Bar No. 9811063
Attorneys for Plaintiffs

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.111105f

2