Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY, <br><br> Defendants. | Case No. A05-153 CV (TMB) |

**AFFIDAVIT OF BROOKS W. CHANDLER**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

Brooks W. Chandler, being first duly sworn upon oath, deposes and states as follows:

1. I am counsel of record to plaintiffs American Civil Constructors West Coast Inc. ("ACC") and Hurlen Construction Company ("Hurlen") in the above-captioned proceeding. The statements made below are based on my personal knowledge.

2. The document attached as Exhibit E to the Reply to Response to Motion to Appoint Arbitrator and to Determine Scope of Arbitration is a true and accurate copy of a letter sent to counsel for Defendants.

3. I have not received any communications from counsel for Defendants indicating there is any dispute about the appropriateness of the responses to the informal discovery requests contained in Exhibit E.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
BROOKS W. CHANDLER
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 272-8401
Facsimile: (907) 274-3698
E-Mail: bcf@bcf.us.com;
bchandler@bcf.us.com
State Bar No. 8310109
Attorneys for Plaintiffs

SUBSCRIBED AND SWORN to before me this 12th day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 02/03/09

AFFIDAVIT OF BROOKS W. CHANDLER
Page 2 of 2                                                    lr.bc.acc.20060512.chandler.affidavit