Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY, <br><br> Defendants. | Case No. A05-153 CV (TMB) |

**AFFIDAVIT OF BRENT EDWARDS**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Brent Edwards, being first duly sworn upon oath, deposes and states as follows:

1.     I am an attorney at Boyd, Chandler, Falconer, LLP. I have researched the legislative history for what is currently codified in Alaska Statute as AS 21.89.100.

2.     Attached as exhibit A to this affidavit is an excerpt from HB 534, the "Ombibus Insurance Reform Act", as it existed on May 7, 1994. This is the first time that language for what is now codified as AS 21.89.100 was introduced in legislation. HB 534 is available on the State of Alaska's Legislature's website at:

http://www.legis.state.ak.us/basis/get_bill_text.asp?hsid=HB0534C&session=18.

3.     Attached as exhibit B to this affidavit is an excerpt from SB 53, the "Ombibus Insurance Reform Act", as it existed on January 25, 1995, when this legislation was re-introduced. At this time, SB 53 included what later became AS 21.89.100. The January 25, 1995 version of SB 53 is available on the State of Alaska's Legislature's website at:

http://www.legis.state.ak.us/basis/get_bill_text.asp?hsid=SB0053A&session=19.

4.     Attached as exhibit C to this affidavit are minutes from the March 2, 1995 Senate Labor and Commerce Committee meeting discussing SB 53. These meeting minutes are available on the State of Alaska's Legislature's website at:

http://www.legis.state.ak.us/basis/get_single_minute.asp?session=19&beg_line=0070&end_line=0288&time=1340&date=19950302&comm=L!C&house=S.

5.     I have reviewed the March 7, 1995 version of SB 53 available on the State of Alaska's Legislature's website at:

http://www.legis.state.ak.us/basis/get_bill_text.asp?hsid=SB0053B&session=19.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

The language that later became AS 21.89.100 is not in this version of the SB 53. Text of what later became AS 21.89.100 is in the May 6, 1995 version of SB 53.

6. Attached as exhibit D to this affidavit is an excerpt from the minutes for the May 5, 1995 House Labor and Commerce Committee meeting. These meeting minutes are available on the State of Alaska's Legislature's website at: http://www.legis.state.ak.us/basis/get_single_minute.asp?session=19&beg_line=0475&end_line=1551&time=1510&date=19950505&comm=L!C&house=H. These minutes indicate that the House Labor and Commerce Committee re-inserted what became AS 21.89.100 into SB 53.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
BRENT EDWARDS
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 272-8401
Facsimile: (907) 274-3698
E-Mail: bcf@bcf.us.com;
brentedwards@bcf.us.com
State Bar No. 8811063
Attorneys for Plaintiffs

SUBSCRIBED AND SWORN to before me this 12th day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 02/03/09

AFFIDAVIT OF BRENT EDWARDS
Page 3 of 3

lr.bc.acc.20060512.Edwards.affidavit