## Firm Profile for Gilmore & Doherty, P.C.

**Gilmore & Doherty, P.C.**
Resolution Plaza, 1029 West Third Avenue, Suite 500
Anchorage, Alaska 99501-1982
(Third Judicial District)

Telephone: 907-279-4506
Telecopier: 907-279-4507

(Main Office)

---

**Firm Profile**

**Gilmore & Doherty, P.C. practices in the following areas of law:**
Civil and Criminal Litigation, Trial and Appellate Practice with a focus on Professional Liability Defense, Medical and Legal Malpractice Defense, Environmental Litigation, Business Crimes Litigation, Pharmaceutical and Medical Device Defense, and Maritime Law.

**Year Established:** 1991

**Firm Profile:**
The Firm provides defense litigation and other legal representation and consultation to individual and corporate clients with legal needs in Alaska.

**Firm Size:** 3

**Representative Clients:**
Municipality of Anchorage; Kenai Peninsula Borough; Providence Anchorage Medical Center; Norcal Mutual Insurance Co.; Medical Insurance Exchange of California; CNA Insurance; ACE USA Insurance; Ranger Insurance; Marsh & McLennan; BP Exploration Alaska; Doyon Universal; Unocal; Wyeth; Alcon Laboratories; Alaska Railroad Corp.

**Reference:**
Wells Fargo Bank.

---

**MEMBERS OF FIRM**

**James D. Gilmore**, (Member) born Independence, Kansas, February 9, 1939; admitted to bar, 1966, Kansas and U.S. Court of Appeals, Ninth Circuit; 1967, Alaska and U.S. District Court, District of Alaska. **Education:** Princeton University (A.B., cum laude, 1961); Stanford University (LL.B., 1966). Recipient, U.S. District Court Public Service Award, 1986. Assistant Public Defender, 1969-1971. Chair, Supreme Court Criminal Rules Advisory Committee, 1975-1985. Member, Alaska Judicial Council, 1984-1990. **Member:** Anchorage and Alaska Bar Associations; National Association of Criminal Defense Lawyers. Fellow, American College of Trial Lawyers. [LTJG, U.S. Navy, 1961-1963]. **Practice Areas:** Medical and Legal Malpractice Defense; Products Liability; Civil and Criminal Trial Practice.　　**AV Peer Review Rated**

**Brian M. Doherty**, (Member) born Boston, Massachusetts, November 10, 1954; admitted to bar, 1984, Alaska; 1989, U.S. District Court, District of Alaska and U.S. Court of Appeals, Ninth Circuit; 1997, U.S. Supreme Court. **Education:** University of Massachusetts, Amherst (B.A., cum laude, Political Science, 1977); Northeastern University (J.D., 1983). Law Clerk to Hon. Mark C. Rowland, Alaska Superior Court, 1983-1984. Assistant Public Defender, Alaska Public Defender Agency, 1984-1989. Adjunct Professor, Civil Procedure, University of Alaska, 1997. Member, Federal Criminal Rules Revision Committee, 1995-1996. Chair, Lawyer Representatives to Ninth Circuit Court of Appeals, District of Alaska, 1997-2001.

EXHIBIT F
PAGE 1 OF 2

**Member:** Alaska Bar Association; National Association of Criminal Defense Lawyers; Federal Bar Association (President, Alaska Chapter, 2004-2005). **Special Agencies:** Alaska State Medical Board; Alaska State Dental Board; U.S. Coast Guard Administrative Hearings. **Practice Areas:** Environmental Litigation; Business Crimes; Business Litigation; Products Liability; Legal Malpractice Defense; Civil and Criminal Trial Practice; Appeals.　**AV Peer Review Rated**

**Amy R. Ménard**, (Member) born Burlington, Vermont, May 1, 1968; admitted to bar, 1995, Alaska, U.S. District Court, District of Alaska and U.S. Court of Appeals, Ninth Circuit. **Education:** University of Vermont (B.A., magna cum laude, 1990, Phi Beta Kappa); Northeastern University (J.D., 1994). Law Clerk, Alaska Court of Appeals, 1994-1995. **Practice Areas:** Medical Malpractice Defense; Legal Malpractice Defense; Insurance Defense; Employment Litigation; Products Liability Defense.

EXHIBIT F
PAGE 2 OF 2