Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA, <br><br> Defendants. | Case No. A05-153 CV (TMB) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I caused to be electronically served a copy of the Reply to Response to Motion to Appoint Arbitrator and to Determine Scope of Arbitration, Affidavit of Brooks W. Chandler and exhibits relating thereto, Affidavit of Brent Edwards and exhibits relating thereto to:

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.051206f

1

Clay A. Young
CAY@delaneywiles.com

David Pease, Esq.
dwp@bpk.com

                                                                       s/ Brooks W. Chandler, Esq.
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
Phone:  (907) 272-8401
Fax:    (907) 274-3698
E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
State Bar No. 8310109
Attorneys for Plaintiffs

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.051206f

2