Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No.  9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>            Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>            Defendants. | Case No. A05-153 CV (JWS) |

**JOINT STATUS REPORT**

In response to this Court's order [Dkt. No. 58], this joint status report is submitted after consultation between the parties.  As the court is  aware from the previous two status

conferences held in this matter, this is an insurance coverage dispute which has been partially settled. Pending before the court is a motion to appoint an arbitrator and to determine the scope of issues to be arbitrated. Cross motions for summary judgment are not fully briefed. The outcome of the pending motion regarding arbitration will determine whether those motions are to be decided by the court or an arbitrator. Four depositions have been taken and document discovery is largely completed, however, Defendants will be identifying objections to informal discovery responses and additional material they believe should be produced to counsel for Plaintiffs by June 1. Defendants also wish to conduct additional depositions, but these have yet to be scheduled. Counsel for the parties are Clay Young of Delaney Wiles for Travelers, David Pease of Burr, Pease for Zurich and the undersigned for Plaintiffs Hurlen and American Civil Constructors.

Dated this 22nd day of May, 2006.

>s/Brooks W. Chandler
>Boyd, Chandler & Falconer, LLP
>911 W. 8th Avenue, Suite 302
>Anchorage, AK 99501
>Telephone (907) 272-8401
>Facsimile  (907) 274-3698
>E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
>State Bar No. 8310109
>Attorneys for Plaintiffs