Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendants. | Case No. A05-153 CV (TMB) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2006, I caused to be electronically served a copy of the Reply to Travelers Opposition to Plaintiffs' Motion For Partial Summary Judgment to:

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.060206f

1

Clay A. Young
CAY@delaneywiles.com

David Pease, Esq.
dwp@bpk.com

    s/ Brooks W. Chandler, Esq.
    BOYD, CHANDLER & FALCONER, LLP
    911 W. 8th Avenue, Suite 302
    Anchorage, Alaska 99501
    Phone:  (907) 272-8401
    Fax:     (907) 274-3698
    E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
    State Bar No. 8310109
    Attorneys for Plaintiffs

AFFIDAVIT OF SERVICE
lf.bc.acc.service.aff.060206f