Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Travelers Indemnity
Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:05-cv-00153-JWS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR TRAVELERS' REPLY TO PLAINTIFFS' OPPOSITION TO TRAVELERS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The parties agree that the time within which defendant Travelers Indemnity Company is required to reply to Plaintiffs' Opposition to Travelers' Cross-motion for Partial Summary Judgment may be extended until the close of business on June 23, 2006. This stipulation is entered into because of Travelers' counsel's deadlines and schedule conflicts in other matters, and

is not entered into for the purpose of delay.

DATED this 8th day of June, 2006, in Anchorage, Alaska.

Attorneys for Plaintiffs

s/Brooks W. Chandler(consent)___
Brooks W. Chandler
BOYD, CHANDLER & FALCONER
911 W. 8th Ave., Ste. 302
Anchorage, AK 99501
(907)272-8401
(907)274-3698 fax
bchandler@acsalaska.net
Alaska Bar Assoc. No. 8310109

Attorneys for Defendant
Travelers Indemnity Company
Of America

s/Clay A. Young_____
Clay A. Young
DELANEY WILES, INC.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
(907)279-3581
(907)277-1331 fax
cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

STIPULATION FOR EXTENSION OF TIME FOR TRAVELERS' REPLY TO PLAINTIFFS'
OPPOSITION TO TRAVELERS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
American Civil Constructors W. Coast, Inc., et al. v. Zurich American Ins. Co.,
et al., Case No. 3:05-cv-00153-TMB
Page 2 of 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of June, 2006, a true and accurate copy of the foregoing Stipulation was served electronically to the following:

Brooks W. Chandler
Boyd Chandler & Falconer, LLP
911 W. 8th Ave., #302
Anchorage, AK  99501
bchandler@acsalaska.net

David W. Pease
Burr, Pease & Kurtz
810 N St.
Anchorage, AK  99501-3293
dwp@bpk.com


s/Clay A. Young_____
118028