IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., and MRC HOLDINGS, INC. f/k/a/ HURLEN CONSTRUCTION COMPANY,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA CASUALTY COMPANY,<br><br>          Defendants. | Case No.  3:05-cv-153  TMB<br><br><br>O R D E R |

     Plaintiff has filed a Motion to Appoint Arbitrator and to determine the scope of arbitration. Docket 44.  The Court has reviewed the motion and all associated pleadings, (docket nos. 45, 46, 54, 59 & 60) and concludes that both proposed individuals are eminently qualified to act as arbitrator in this matter.   Accordingly, it is hereby ordered as follows:

     1.  **William M. Bankston** is appointed as arbitrator in this matter.

     2.  The scope of arbitration is limited to the terms of the Partial Settlement Agreement. Docket 46-3.  Specifically, the arbitrator shall resolve the "disputed defense costs" described as "Reserved Claims" in the Partial Settlement Agreement, and defined as "claims against the Carriers for payment of the defense costs related to the Homer claim . . . through the date of settlement with the City of Homer, whether based on an alleged breach of the duty to defend or improper allocation of costs between covered and non-covered claims."

     3.  This Court retains jurisdiction for the purposes of confirmation of the arbitration award, enforcement of this order, and resolution of any issues that remain after the arbitration of the Reserved Claims.

     4.  Discovery disputes shall be submitted to the Court.  However, the Court believes that the parties can and should resolve most discovery disputes and discourages the filing of discovery

motions.  The Court will not hear or consider any discovery dispute unless the movant has complied with the meet and confer requirements of Local Rule 37.1.

     5.  The pending motions at docket nos. 16 and 31 are **denied without prejudice**.  Counsel may renew these motions after arbitration if there are issues that remain to be resolved by the Court.

     Dated at Anchorage, Alaska, this 9th day of June, 2006.

     /s/ Timothy Burgess
     Timothy M. Burgess
     United States District Judge