Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>                    Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>                    Defendants. | Case No. A05-153 CV (TMB) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW the plaintiffs in the above-referenced action and hereby resubmit their request for partial summary judgment against Travelers Indemnity Company of America. This Court retained jurisdiction for purposes of resolution of any issues that remained after arbitration. The arbitrator has previously determined that the scope of

Motion for Partial Summary Judgment
Page 1                                                              lr.bc.acc.pleadings.arb.MPSJ mot.070330f

the arbitration will not include resolution of this duty to defend issue.  Arbitrator Order No. 2 attached.  This issue will remain after arbitration and will need to be decided by this Court.  As to this issue the arbitration is effectively over and there is no need to delay the court's consideration of the issue of Traveler's duty to defend.  This motion is supported by Plaintiff Hurlen Construction Company's previously submitted memorandum a copy of which is submitted herewith.

Dated this 30th day of March, 2007.

        s/ Brooks Chandler
        Boyd, Chandler & Falconer, LLP
        911 W. 8th Avenue, Suite 302
        Anchorage, AK 99501
        State Bar No. 9811063
        Telephone (907) 272-8401
        Facsimile  (907) 274-3698
        E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Motion for Partial Summary Judgment
Page 2
lr.bc.acc.pleadings.arb.MPSJ mot.070330f