CONSENT OF DIRECTORS
AND SHAREHOLDERS
IN LIEU OF A SPECIAL MEETING
OF
HURLEN CONSTRUCTION COMPANY

The undersigned, being all of the Directors and Shareholders of HURLEN CONSTRUCTION COMPANY, a Washington corporation (the "Corporation"), acting without a meeting DO HEREBY ADOPT the following resolutions and DO HEREBY CONSENT to the taking of the actions therein set forth:

ASSET PURCHASE AGREEMENT

WHEREAS, the Directors and Shareholders have reviewed the benefits to the Corporation and the Shareholders of selling substantially all of the assets used in the operation of the Corporation's business; and

WHEREAS, the Directors and Shareholders have reviewed that certain Asset Purchase Agreement among the Corporation, the Shareholders of the Corporation and American Civil Constructors West Coast, Inc., a California corporation, dated as of June 1, 2002 (the "Asset Purchase Agreement") and all of the other documents necessary and customary to accomplish the sale of the assets, including but not limited to the Holdback Escrow Agreement, Bill of Sale and Assignment, Assignment of Limited Liability Company Interests and Agreement to Protect Confidential Information and Prevent Unfair Competition and Unfair Solicitation (the "Transaction Documents"); now, therefore it is hereby

RESOLVED, that the Corporation is authorized to enter into the Asset Purchase Agreement for the sale of Assets (as defined in the Asset Purchase Agreement), and it is further;

RESOLVED, that S. Scott McKellar is authorized to execute said Asset Purchase Agreement and all related Transaction Documents on behalf of the Corporation; and it is further

RESOLVED, that the Corporation is authorized to execute any and all agreements, certificates and other documents as provided in the Asset Purchase Agreement, each in substantially the form attached as an exhibit to the Asset Purchase Agreement or most recently reviewed by management of the Corporation, with such changes as such management may, in its discretion approve; and it is further

RESOLVED, that the Corporation is authorized to take such other action as may be necessary or desirable to consummate the transactions described in the Asset Purchase Agreement to comply with the terms of each thereof.

HURD00 0001 de1G0504 6/6/02

-1-

TRAVELERS **200022**

*ACC/Hurlen v. Zurich & Travelers*

EXHIBIT 1
PAGE 1 OF 4

## FORMATION OF HCC SALECO, LLC

WHEREAS, pursuant to the Asset Purchase Agreement, within five (5) days prior to the Closing Date (as defined in the Asset Purchase Agreement), the Corporation shall cause to be formed a new Washington limited liability company; and

WHEREAS, the Certificate of Formation, Operating Agreement and other documents related to the formation of the new Washington limited liability company (the "Formation Documents") have been reviewed by the Directors of the Corporation; now, therefore it is hereby

> RESOLVED, that the Corporation is authorized to form a new Washington limited liability company known as HCC SALECO, LLC. ("HCC Saleco") with Hurlen Construction Company as the sole member of HCC Saleco; and it is further

> RESOLVED, that Herman L. Koempel as the sole manager of HCC Saleco, is authorized to execute on behalf of the sole member, Hurlen Construction Company, all of the Formation Documents

## SUBSCRIPTION/TRANSFER OF ASSETS

WHEREAS, pursuant to the Asset Purchase Agreement, the Corporation shall transfer all of the Corporation's right title and interest in and to the Hurlen Subsidiary Acquired Assets (as such term is defined in the Asset Purchase Agreement), described on the attached Exhibit A to HCC Saleco as a contribution to capital in exchange for one thousand (1,000) membership units, representing all of the authorized membership units of HCC Saleco; now, therefore, it is hereby

> RESOLVED, that the transfer and delivery of the Hurlen Subsidiary Acquired Assets of the Corporation to HCC Saleco is hereby approved in exchange for the Subscription of the Corporation for 1,000 membership units of HCC Saleco; and it is further

> RESOLVED, that the President of the Corporation is authorized to execute any and all documents necessary to complete said transfer.

## NAME CHANGE/ARTICLES OF AMENDMENT

WHEREAS, pursuant to the Asset Purchase Agreement, the Corporation shall transfer all right, title and interest in and to the name Hurlen Construction Company, necessitating a name change of the Corporation;

WHEREAS, the Shareholders and Directors have reviewed the attached Articles of Amendment to the Articles of Incorporation changing the name of the Corporation to MRC Holdings, Inc; now, therefore, it is hereby

HURLEN 0001 del 60504 6/6/02

- 2 -

TRAVELERS **200023**

ACC/Hurlen v. Zurich & Travelers

EXHIBIT 1
PAGE 2 OF 4

RESOLVED, that the attached Articles of Amendment are hereby approved and effective upon filing, the new name of the Corporation shall be MRC Holdings, Inc., and it is further

RESOLVED, that the President of the Corporation is authorized to execute any and all documents necessary to complete said name change.

The execution of this Consent shall constitute a written waiver of any notice (including, but not limited to, notice of any special meeting regarding the decisions and actions contemplated by the foregoing resolutions) required by the Washington Business Corporation Act, and the Corporation's Articles of Incorporation and/or Bylaws.

This Consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Consent. Execution and delivery of this Consent by facsimile transmission shall be deemed for all purposes to be due execution and delivery by the signing Directors and Shareholders.

Consented to as of June 1, 2002

DIRECTORS:

_____
S. Scott McKellar

_____
Eric F. Reichelt

_____
Wilbur H. Clark

SHAREHOLDERS:

_____
S. Scott McKellar

_____
Eric F. Reichelt

_____
Wilbur H. Clark

HI:R006 0001 de16050H G/6/02

- 3 -

TRAVELERS **200024**

ACC/Hurlen v. Zurich & Travelers

EXHIBIT 1
PAGE 3 OF 4

STATE OF WASHINGTON  SECRETARY OF STATE

MRC HOLDINGS, INC.

RECEIVED
JUN 21 2002
HURLEN CONSTRUCTION C:

700 S RIVERSIDE DR
PO BOX 80945
SEATTLE WA 98108

AMENDMENT

I, Sam Reed, Secretary of State of the State of Washington and custodian of its seal, hereby certify that documents meeting Washington statutory requirements have been filed and processed with the Secretary of State on behalf of:

MRC HOLDINGS, INC.

A Washington Profit Corporation
UBI: 600 006 554
Filing Date: June 07, 2002

Previous Name:

HURLEN CONSTRUCTION COMPANY



Given under my hand and the seal of the State of Washington at Olympia, the State Capital.

*Sam Reed*

Sam Reed, Secretary of State

TRAVELERS **200025**

ACC/Hurlen v. Zurich & Travelers

EXHIBIT 1
PAGE 4 OF 4