

# CITY OF HOMER
## PUBLIC WORKS
3575 HEATH STREET         HOMER, AK 99603

TELEPHONE (907) 235-3170
TELECOPIER (907) 235-3145

## CONTRACT

This Contract, made and entered into by and between the City of Homer, Alaska, a Municipal Corporation, hereinafter called the "City" and

_Hurlen Construction Company, 700 S. Riverside Drive, Seattle, WA 98108_

Hereinafter called the "Contractor";

WITNESSETH:

The Contractor, in consideration of the sum to be paid him by the City and of the covenants and agreements herein contained, hereby agrees at his own cost and expense to do all the work and furnish all the materials, tools, labor and all appliances, machinery and appurtenances for City to the extent of the Bid made by the contractor, dated the __6th__ day of __March__, 2001 all in full compliance with the Contract documents referred to herein as:

Kachemak Bay Multi-Purpose Ocean Dock

- a) Invitation to Bid
- b) The signed copy of the Bid
- c) The Bid Bond
- d) The fully executed Performance and Payment Bond
- e) The 2000 Standard Construction Specifications
- f) All Addenda, totaling 4
- g) The drawings which consist of 47 sheets entitled:

Kachemak Bay Multi-Purpose Ocean Dock

Are hereby referred to and reference made a part of the Contract as fully and completely as if the same were fully set forth herein.

- h) The following permits with conditions:
  Department of the Army Permit No. N-480021, Kachemak Bay 11,
  Division of Governmental Coordination Final Consistency Determination Kachemak Bay 11, AK 9811-01AA,
  Department of Fish and Game Special Area Permit No. FG 98-II-0668

In consideration of the performance of the work as set forth in these Contract Documents, the city agrees to pay to the contractor the amounts specified bid in the Bid and to make such payments upon the Contractor's invoicing as approved by the City Engineer.

Contract Page 1 of 2

EXHIBIT __2__
PAGE __1__ OF __2__

P000885

# CONTRACT

## CONTRACT COMPLETION TIME

The Contractor agrees to substantially complete phase one by ___12/31/01___.
The Contractor agrees to complete the project, in all respects by ___10/15/02___.

## CONTRACT AMOUNT

The total Contract amount based on the Basic Bid and Alternates 1 & 2 is $ 11,032,000.

## LIQUIDATED DAMAGES:

Liquidated damages will apply to the Contractor's unexcused delay in the Completion of Construction. Liquidated damages will be assessed as follows:
    Unexcused delay of substantial completion of phase one   $ 1,000.00 per day.
    Unexcused delay of completion of entire project   $ 750.00 per day.

The liquidated damage amount specified herein shall only apply to damages and expenses the Owner may incur as a result of a delay in placing the facility into use and operation exclusive of third party damages or claims. The liquidated damage amount shall not cover any damages or expenses the Owner may incur as a result of the Contractor's unexcused delay in completing any portion of all of the Project, which delay results in whole or in part in delay, disruption, hindrance, interference, damages or expenses to any third party. The Contractor shall remain liable for the full amount of any such delay damages or expenses suffered by any third party without limitation by any liquidated damage provision set forth in the Contract.

IN WITNESS WHEREOF, we, the parties hereto, each herewith subscribe the same this 10th day of April, 2001.

CITY OF HOMER

By: _____

Title: ___City Manager___

CONTRACTOR

By: _____

Title: ___President___

Contract Page 2 of 2

EXHIBIT 2
PAGE 2 OF 2

P000886