One Tower Square, Hartford, Connecticut 06183     **TravelersPropertyCasualty**
*A Member of TravelersGroup*

**COMMERCIAL GENERAL LIABILITY CONTRACTORS COVERAGE PART DECLARATIONS**

POLICY NO.: DT-CO-348K1567-TIA-01
ISSUE DATE: 06-27-01

DECLARATIONS PERIOD: From 06-01-01 to 06-01-02 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

   **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**     **LIMITS OF INSURANCE**

   | | |
   |---|---|
   | General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
   | Products-Completed Operations Aggregate Limit | $ 2,000,000 |
   | Personal & Advertising Injury Limit | $ 1,000,000 |
   | Each Occurrence Limit | $ 1,000,000 |
   | Fire Damage Limit (any one fire) | $ 300,000 |
   | Medical Expense Limit (any one person) | $ 5,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

**COMMERCIAL GENERAL LIABILITY COVERAGE IS SUBJECT TO A GENERAL AGGREGATE LIMIT**

EXHIBIT 3
PAGE 1 OF 1

CG T0 01 03 94

Page 1 of 1

PRODUCER: WILLIS OF SEATTLE INC     CP354    OFFICE: SEATTLE     199