#51

Grant 1001

Invitation to Bid

Contract Documents
and
Specifications

# KACHEMAK BAY
# MULTI-PURPOSE OCEAN DOCK

January, 2001



**City of Homer
Department of Public Works
3575 Heath Street
Homer, AK 99603**

EXHIBIT 6
PAGE 1 OF 8    P000893

## INVITATION TO BID

### By the City of Homer, Alaska, For
### Kachemak Bay Multi-Purpose Ocean Dock

Sealed Bids will be received for the Kachemak Bay Muliti-Purpose Ocean Dock at the Office of the City Clerk, 491 E. Pioneer Avenue, Homer, Alaska 99603, (907) 235-8121, Ext 2225 until 2:00 p.m., Thursday, March 1, 2001 at which time they will be publicly opened. Bids received after the time fixed for receipt of the Bid shall not be considered.

**For Bid Plans and Specifications contact the Homer City Clerk.**

A mandatory pre-bid conference will be held on Monday, February 5, 2001. At 10:00 AM, a site visit will be conducted, and at 1:00 PM, at the City Council Chambers, questions will be received and answered by the project engineer. Contractors submitting bids should have any questions submitted in writing at this conference or within one week after.

The project consists of furnishing all labor, materials, equipment, tools, supervision, and other facilities necessary to perform the project in accordance with the plans and specifications. The work includes, but is not limited to the following:

Demolish portions and upgrade other portions of existing timber dock; driving 1650 tons of 30" steel piling; install precast pile caps and deck panels, fendering system, 3 breasting dolphins and catwalk, water, sewer electrical utilities; lighting; cathodic protection; and misc. civil site work. Estimated construction cost - $9,000 000 to $12,000,000.

Please direct all questions regarding this project to Carey S. Meyer, P.E., Public Works Director, (907) 235-8121 [3170], Ext 2235, Email - cmeyer@ci.homer.ak.us

The City of Homer reserves the right to accept or reject any or all bids, and to waive irregularities or informalities in the bids.

Dated this 5th day of January, 2001          City of Homer

_____
Carey S. Meyer, Public Works Director

PUB:   Homer News              01/18/01 & 01/25/01
       Anchorage Daily News    01/21/01 & 01/28/01
       Seattle Times           01/21/01 & 01/28/01

EXHIBIT 6
PAGE 2 OF 8

P000896

# INVITATION TO BID
## By the City of Homer, Alaska
## Kachemak Bay Multi-Purpose Ocean Dock

The City of Homer, Alaska is requesting proposals from qualified firms and individuals for the project described herein.

The following subjects are discussed herein to assist you in the preparation of your proposal.

   I.   Introduction
   II.  Scope of Services
   III. General Bidding Requirements
   IV.  Instruction to Bidders

I. **Introduction**

The City of Homer requests bids for the construction of a new concrete and steel multi-purpose ocean dock. The existing timber dock is inadequate to meet the requirements of current and future users.

**All work activity associated with the project shall be completed by October 15, 2002.**

The following specifications and forms are a blend of requirements from various agencies, such as City of Homer, ADOT/PF, and EDA. Careful attention should be made in determining the various requirements of each agency. Should conflicts arise between the various requirements, the most stringent shall apply.

II. **Scope of Services**

The proposed work is located within the limits of the City of Homer and is illustrated on the plans entitled Kachemak Bay Multi-Purpose Ocean Dock.

The project consists of furnishing all labor, materials, equipment, tools, supervision and other facilities necessary for the performance of the work described herein and shown on the project drawings. The work includes but is not limited to the following:

**The construction of a new concrete and steel dock including two approach trestles, two berthing dolphins, cat walks, a mooring dolphin, partial demolition and reconstruction of the existing timber dock and utility systems, relocating an underwater rubble mound, lighting and water services.**

ITB 1

EXHIBIT 6
PAGE 3 OF 8   P000897

# Schedule

It is the intent of the City of Homer that the US Coast Guard, the Alaska Marine Highway Ferries, and the local fuel barge service company be able to use the existing dock site with the minimum possible interruptions. In recognition of this intent the project is broken into two construction phases as shown on Plan Sheet CS1. It is also the intent of the City of Homer that Phase One be substantially completed in the first construction season before any possible (optional) winter shut downs. It is hereby brought to the Contractor's attention that pile driving will only be allowed from July 1 through April 1 as required by the Department of Governmental Coordination's consistency determination stipulations. (A copy of this permit document is contained in part Appendix B, Environmental Commitments) The below schedule is predicated on a notice to proceed of March 17, 2001 . If this notice to proceed is delayed, the City will negotiate a modified schedule with the Contractor.

|  | No Later Than |
|---|---|
| Pre-Bid Conference | 02/05/01 |
| Bids Due | 03/01/01 |
| Award Date | 03/12/01 |
| Notice to Proceed | 03/17/01 |
| Pile Driving Begins | 07/01/01 |
| Phase One Construction Completion | 12/31/01 |
| Pile Driving Ends | 04/01/02 |
| Pile Driving Begins | 07/01/02 |
| Phase Two Construction Completion | 10/15/02 |
| Closeout Construction Contract | 12/31/02 |

EXHIBIT 6
PAGE 4 OF 8
P000918

driving will only be allowed in from July 1 through April 1 as required by the Department of Governmental Coordination's consistency determination stipulations. (A copy of this document is contained in Appendix B of this document.)

No work shall be allowed to proceed until the schedule has been approved. The initial approved schedule shall be named the "As Planned" schedule. The engineer may upon written request require the Contractor to submit an updated progress schedule at any time during the Contract but not more often than once a month. All subsequent schedules shall be measured against the "As Planned" schedule. The schedule shall be submitted at the pre-construction meeting. Failure to submit a satisfactory schedule prior to beginning construction will constitute sufficient grounds for the Owner to stop work. All costs such as for delays or other claims resulting from such a stop work order shall be borne by the Contractor at no expense to the City.

## SECTION 20.8 NON-PAY ITEMS

At locations on the plans are minor work items which are incidental and which are not designated as pay items. No Separate payment will be made to the Contractor for these items, and all compensation received for performance of same shall be included by the Contractor in his unit bid price for listed contract bid items.

## SECTION 20.9 SUBSTANTIAL COMPLETION

The date of substantial completion shall be the date upon which the improvements which are the subject matter of the Contract are essentially completed and available for the Owner's beneficial use for the purpose and in the manner intended by the Contract Documents as determined by the Engineer.

Phase one substantial completion shall include the completion of the East trestle, mooring and berthing dolphins and associated walkways, construction of the new dock to grid four, fender system to grid four, bullrails and mooring appurtenances to grid four, and installation of operational lighting and fire suppression water systems to grid four. In addition, interim safety devices such as signage and fencing that may be required for the safe temporary operation of the phase one portion of the dock will be considered part of phase one.

## SECTION 20.10 EROSION AND POLLUTION CONTROL

### 20.10.a   Description

This work shall consist of planning, providing and maintaining control of erosion and surface water pollution associated with the construction activities.

remain in effect in accordance with AWS D1.1 Section 4.1.3.

d.  Weld Inspection Reports

Submit six (6) copies of inspection reports prepared in accordance with Special provisions 901.6, Quality Control and Inspection.

901.4   Materials

All materials shall be new. Alternates and substitutions shall be in accordance with CHSS Section 10.05, Article 5.3. ~~Pipe pile shall be of steel, round, seamless or longitudinally welded, of sufficient strength to prevent harmful distortions during driving, after completion of driving and during driving of adjacent casings.~~ Steel pipe piles driven without the use of an internal mandrel shall have walls of a thickness sufficient to withstand the stresses. Piles shall conform to ASTM A 252 Grade 3. Pipe wall thickness shall be as indicated on the plans.

**901.4.1 MATERIALS**

Replace the third sentence of this paragraph with the following: *Added per add 3*

Pipe pile shall be of steel, round, seamless, or *spirally welded* or longitudinally welded, of sufficient strength to prevent harmful distortions during driving, after completion of driving, and shall during driving of adjacent casings.

    2.  All welding shall be in accordance with AWS D1.1. All welding shall be performed by welders currently certified in accordance with AWS D1.1 for the type of welding specified.

b.  Pile Lengths

Piles shall be furnished by the Contractor in sufficient quantity to meet the requirements for the various pile types shown on the drawings. The lengths shown on the drawings are based on lengths which are assumed to remain in the completed structure. The Contractor shall, at his own expense, increase the lengths given to provide for fresh heading and for such additional length as may be necessary to suit the Contractor's method of operations.

c.  Coating

Coat piles in accordance with Section 913.

d.  Driving Equipment

    1.  Pile Hammers: Pile hammer for driving steel piles shall be air or steam powered, capable of providing a driving energy of 40,000 to 80,000 ft.-lbs or a diesel hammer

SP - 37

EXHIBIT 6
PAGE 6 OF 8
P000933

Paragraph 901.8-c. "Payment"

Delete this paragraph in its entirety and add the following paragraphs: *Per Add #2*

c. Additional Piles Furnished as defined herein, includes pile material delivered to the site, coatings, pile tips, pile crew time and equipment costs associated with furnishing additional piles as directed by the engineer. All other costs associated with additional pile work will be paid for under Additional Piles Installed and Pile Splices Beyond Plan Dimensions. Piles furnished without direction of the Engineer will not be paid for.

d. Additional Piles Driven includes all work which is not included in Additional Piles Furnished and Pile Splices Beyond Plan Dimensions including but no limited to: pile driving equipment, cutoffs, templates, crane or work platforms and other fixed or variable items. Additional piles driven without the direction of the Engineer will not be paid for.

e. Pile Splices Beyond Plan Dimensions as defined herein, includes all material equipment and labor to splice additional pile lengths as directed by the Engineer. This items also includes all material, equipment and labor to repair the pile coating.

f. Pile Redrive as defined herein, includes all material equipment and labor to provide restrikes described in 901.5-e.

g. **Payment**

Payment for this work shall be in accordance with CHSS Section 10.07, Measurement and Payment, and shall include payment in full for all work described under this section.

| Item | Description | Unit |
|---|---|---|
| 1 | Piles – 30" x ½"-Furnished | L.F. |
| 2 | Piles Driven | EA. |
| 6a | Additional Piles Furnished | L.F. |
| 6b | Additional Piles Driven | L.F. |
| 6c | Pile Splices Beyond Plan Dimension | EA. |
| 6d | Pile Restikes | EA. |

*See Sections below this clip*

*End of Sed 901-8*

SP - 42

EXHIBIT 6
PAGE 7 OF 8
P000938

g.  **Payment**

Payment for this work shall be in accordance with CHSS Section 10.07, Measurement and Payment, and shall include payment in full for all work described under this section.

| Item | Description | Unit |
|------|-------------|------|
| 1 | Piles – 30" x ½"-Furnished | L.F. |
| 2 | Piles Driven | EA. |
| 6a | Additional Piles Furnished | L.F. |
| 6b | Additional Piles Driven | L.F. |
| 6c | Pile Splices Beyond Plan Dimension | EA. |
| 6d | Pile Restikes | EA. |

**Section 913 COATING FOR DOCK PILE**

Paragraph 913.1 General

Insert the following sentence:

Pile coatings are not required for the portions of piling permanently embedded twenty or more feet below existing mudline.

**ITEM 11    REVISIONS TO DRAWINGS**

Sheet C6 of 47

*Where?* Delete Sheet C6 of 47 in its entirety and replace with new Sheet C6 of 47 referencing this Addendum 2

Sheet S7 of 47

*Where?* Add the attached Detail 6/S7/S7 noted with "Addendum No. 2"

Sheet E2 of 47

Add note number 7 as follows: "Coordinate the exact location of the USCG shore power receptacles with the USCG prior to installation. The location shown is within 30 feet of the location shown.

EXHIBIT 6
PAGE 8 OF 8

P001001