

EXHIBIT 7
PAGE 1 OF 1