( Scott's Jo

# CITY OF HOMER
## PUBLIC WORKS
3575 HEATH STREET   HOMER, AK 99603

TELEPHONE (907) 235-3170
TELECOPIER (907) 235-3145

**ADDENDUM NO. 3**

TO THE CONTRACT DOCUMENTS

February 22, 2001

Project Name:   Kachemak Bay Multi-Purpose Ocean Dock

TO ALL PLAN HOLDERS:

The following changes, clarifications, additions, and/or deletions are hereby made part of the Contract Documents for the City of Homer, Kachemak Bay Multi-Purpose Ocean Dock Project as if the same were fully set forth therein:

**ITEM 1    BID DATE**

The Bid Date is changed to 2:00 pm, Tuesday, March 6, 2001.

**ITEM 2    PILE DRIVING WORK HOURS & CONTROL OF WORK**

Delete Item 7 of Addendum No. 2 and replace with the following:

In an effort to minimize noise and disruption as it relates to tourism, the contractor will be <u>restricted from driving piles between the hours of 8:00 pm and 8:00 am Monday through Sunday.</u> This restriction only applies to the actual driving/hammering of piles.

SAm-8

The Contractor will be required to maintain 2-way traffic on the Homer Spit Road (Sterling Highway) at all times. All work must be completed in accordance with the "Dust and Mud Control" requirements of the City of Homer Standard Specifications, General Conditions, (Article 5.10 (h)). The work site shall be kept clean in accordance with Article 5.18, Cleaning Up; to the satisfaction of the City. The Contractor is prohibited from using outdoor loudspeakers or amplification systems as a means of on-site communications.

**ITEM 3    COORDINATION REQUIREMENTS WITH DOCK USERS**

The Contactor will be required to coordinate construction of the new dock to allow existing users to continue their operations. At the weekly on-site project meeting, the details of the operations discussed below will be coordinated with the Contractor. Below are the requirements relative to each user:

**U.S. Coast Guard** - The project has been divided into two phases to minimize conflict with the berthing of the Coast Guard vessel. During Phase 1 construction, the Coast Guard vessel will dock at its existing berth. During Phase 2, the vessel will utilize the

EXHIBIT 8
PAGE 1 OF 19

P001028

*Bob / Angi*

face of the phase 1 dock, or tie-up temporarily at the dolphins when the Marine Ferry is in port. Phase 1 is required to be substantially complete and operational by December 31 2001.

**Alaska Marine Ferry System** - During Phase 1 of the project (July 1 to December 31, 2001), the ferry will dock at the Deepwater Dock. Phase 1 is required to be operational by December 31. The Ferry schedule may be obtained on-line at **www.akmhs.com.**

**Petro Marine** - Petro Marine delivers all fuel utilized in the Homer area across the existing dock. Generally, a fuel barge arrives to off-load twice a month. It takes approximately 8 hours to off-load the vessel. During the construction of Phase 1, the Contractor is required to stop all work that might create safety problems (no welding or other activities that could produce an ignition source) during Petro Marine's off-loading period, and allow access to the face of the dock. This access may include allowing the fuel barge to tie to the Contractors barge and provide assistance in supporting the fuel discharge line from the fuel barge to the face of the dock. Petro Marine will strive to initiate all unloading activities after 6:00 PM and will complete before 6:00 AM. The Contactor will be given 24 hours notice of the arrival of the fuel barge. Phase 1 must be completed by December 31, 2001 to the extent that the project will allow fuel to be delivered across Phase 1 area during Phase 2 construction.

**ITEM 4       BID SCHEDULE**

The quantity in Bid Item 2, Piles 30"x ½" Driven, should be 184. Replace the last Bid Schedule Addendum No. 2 with the **attached Bid Schedule Addendum No. 3.**

**ITEM 5       SECTION 901 PILE FOUNDATIONS**

**901.5, e. 3, Test Piles** – Add the following:

The purpose of the test piles is to confirm pile driving conditions as early as possible. The intent is to have the test piles driven first and that they remain as permanent piles.

**901.5 h. 4, Tolerances** – Change pile tolerance from 3" to 1 ½". *kyht*

**ITEM 6       SECTION 911 PRECAST STRUCTURAL CONCRETE**

**911.4 Materials, a.:** Change the maximum C3A content to 8 percent. For Clarification, Flyash is not required in the mix.

EXHIBIT 8
PAGE 2 OF 19
P001029

ITEM 7    SECTION 912 PRECAST PRESTRESSED CONCRETE

912.6 Erection, e. – This section states to provide stainless steel shim as required to provide an even deck surface between panels. <u>Shims are required at the corners unless the manufacturer requires more.</u>

ITEM 8    SECTION 913 COATINGS FOR DOCK PILE – AMENDED

The attached Section 913, 913A COATINGS FOR DOCKE PILE – AMENDED, supersedes the original Section 913 Coatings for Dock Piles.

ITEM 9    SECTION 915 DOCK SAFETY EQUIPMENT

915.5    CONSTRUCTION

Add the following:

Required number of life rings = 2. Required number of fire extinguishers = 2. Locate and mount life rings and extinguishers on face of prefabricated buildings. Life rings and extinguishers shall be mounted on the buildings in accordance with all recommendations of life ring and extinguisher manufacturer's as appropriate for the referenced item. Coordinate with the manufacturer of the premanufactured building to ensure that mounting is in accordance with structural and material limitations of the building. Furnish and install all mounting hardware and appurtenances necessary to mount the life rings and extinguishers. Submit dimensioned mounting sketch for approval by the engineer in accordance with the Submittals section of the specifications.

Mount life ring and extinguisher on the Port Utility Building facing north, and in full view of the dock. Furnish and install reflective signs for each side, west and east of the building. Signs shall have min 3" tall letters in colors that contrast to the background. Signs shall state, respectively 'LIFE RING' and 'FIRE EXTINGUISHER'. Mount signs at 60" off the dock deck to the centerline of the signs.

[handwritten margin: 2 Life Ring / 2 Fire Ext.]

Mount life ring on the Guard Shack facing north. Mount the extinguisher on the Guard Shack facing south. Furnish and install reflective signs on the west of the Guard Shack. Signs shall have min 3" tall letters in colors that contrast to the background. Signs shall state, respectively 'LIFE RING' and 'FIRE EXTINGUISHER'. Furnish and install reflective sign on the north of the Guard Shack above the extinguisher that states 'LIFE RING' (to indicate the life ring on the south side of the Guard Shack). Furnish and install reflective sign on the south of the Guard Shack that states 'FIRE EXTINGUISHER' (to indicate the extinguisher on the north side of the Guard Shack). Mount signs at 60" off the dock deck to the centerline of the signs

[handwritten margin: 2 Fire ext, 2 Life Ring]

[handwritten bottom: 4 Life Ring / 4 Fire Ext]

EXHIBIT 8
PAGE 3 OF 19
P001030

SECTION 913                                                           Addendum No. 3

913A   COATINGS FOR DOCK PILE - AMMENDED

913.1   Addenda Applicability

This specification and its products and procedures supersede the requirements of the original project specification, **913 COATINGS FOR DOCK PILE**.

913.2   Scope of Work

The Work covered by these Specifications consists of providing all plant, labor, equipment, supplies, material, transportation, handling, and storage and performing all operations required for shop application, shop repair, and field application and field repair of coatings on pile foundations in accordance with the Specifications and the Drawings.

It is the intent of this document to have the pile and pile attachment coating application be completed and inspected in a shop to the extent practical, with only pile splice coating and minor repair applications and inspection accomplished in the field.

a. Requirements

   1. This Specification defines the requirements for surface preparation, materials, application of protective coatings, Owners coating inspection, Contractor's coating inspection, and Applicators coating inspection for dock pile and attachments coated in a shop environment. Piles and other attachments will be coated with the same approved coating system in a shop prior to arrival at the installation site.

   2. Coating of piles surfaces deeper than 20 feet below the mud line is not required.

   3. Pile caps shall be hot dip galvanized galvanized per **DIVISION 902, METAL FABRICATION**.

   4. The shop applied coating shall be compatible with the field applied coating as a coating system. The shop and field coating submittals shall be reviewed and approved prior to starting any work.

   5. The Contractor is responsible for repair of holidays and coating damage and repairs due to welding, transportation, handling, rigging, installation, or any other reason. The Contractor and Engineer shall inspect piles and attachments on arrival at the job site. All required repairs shall be completed prior to installation. Any coating damage that occurs during installation shall be repaired. Repairs to portions that will be at or below high tide shall be completed prior to driving (installing) below high tide elevation.

1

EXHIBIT 8
PAGE 4 OF 19

Add #3 Cont'd

    6. Where a conflict exists between this Specification, the referenced standards, and the Manufacturers' product data sheets, this Specification applies.

    7. The Engineer and Engineer's designated Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Engineer. Failure of the Engineer to discover or reject defective work or materials shall not be construed as an acceptance of such or material.

    8. The Applicator shall have the responsibility to follow all applicable OSHA, EPA and other state and local regulations concerning safety and environmental standards. Adhere to all pertinent safety regulations listed in the General Requirements documentation. In addition, abide by all safety precautions noted on the Manufacturer's product data sheets and MSDS.

  b. Site Conditions

    1. The shop coating application site is provided by the Applicator who controls all conditions.

    2. The field coating site conditions are sub-arctic marine. Field welded pile butt splices, field welds at attachments to piles, and other coating repairs may be repaired insitu over water when coating prior to installation is not feasible.

    3. Coordination of the work shall be made with all other crafts.

    4. Site ambient temperatures and service requirements during coating will vary from -20°F to 100°F. Precipitation in the form of snow and rain is anticipated. Winds in excess of 40 miles per hour are encountered.

    5. Tide changes up to 30 feet in six hours occur and shall be considered when planning the work.

    6. Service temperature requirements are -20°F to 100°F. Service conditions also include galvanic (sacrificial) cathodic protection, extreme tides, seawater with silt content, sea ice, and impact by marine vessels.

**913.3 Applicable Standards**

This section is a listing of references used in this Specification. Comply with the latest revision of the references at the time of bid.

  a. Alaska Statute (AS)

    18.63, "Hazardous Painting Certification"

  b. American Petroleum Institute (API)

Add #3

API Recommended Practice 5L1, "Railroad Transportation of Line Pipe"   Cont'd

c. American Society for Testing and Materials (ASTM)

B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus"

D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser"

D4285, "Standard Test Method for Indicating Oil or Water in Compressed Air"

D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

E337, "Standard Test Method for Measuring Humidity with a Psychrometer (the Measurement of Wet-and Dry-Bulb Temperatures)"

G8-96, "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

d. NACE International

RP0287 (Latest Revision), "Field Measurement of Surface Profile of Abrasive Blast Cleaned Steel Surfaces Using a Replica Tape"

NACE No. 2/SSPC-SP 10, "Surface Preparation Specification No. 10 Near-White Blast Cleaning"

TM0175-75 "Visual Standard for Surface of New Steel Centrifugally Blast Cleaned with Steel Grit and Shot"

e. National Institute of Standards and Technology (NIST)

Certified Coating Thickness Standards for Nonmagnetic Coating on Steel

f. Steel Structures Painting Council (SSPC)

PA 1, "Paint Application Specification No. 1 Shop, Field, and Maintenance Painting"

PA 2, "Paint Application Specification No. 2 Measurement of Dry Paint Thickness With Magnetic Gages"

VIS 1 (Latest Revision), "Visual Standard for Abrasive Blast Cleaned Steel (Standard Reference Photographs)"

SSPC-SP 1, "Surface Preparation Specification No. 1 Solvent Cleaning"

**913.4 Definitions**

| | |
|---|---|
| DFT | Dry film thickness |
| MSDS | Material Safety Data Sheet |
| OSHA | Occupational Safety and Health Administration |

3

EXHIBIT 8
PAGE 6 OF 19

Add #3 Cont

| | |
|---|---|
| WFT | Wet film thickness |
| Applicator | Pile Coating Contractor |
| Contractor | Project General Contractor |
| Pile | All sections of a pipe that constitute a single pile |

**913.5 Submittals**

Items a. through h. require the approval of the Engineer prior to initiating work. Item i. shall be submitted as specified. Submit the following:

a. Product Data

  1. Manufacturer's product data sheet and MSDS's for all coatings, thinners, cleaning solvents, and blasting abrasives.

  2. Coating Product Test Data: Results for the following tests if not provided in the manufacturers standard data sheet.

     B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus "

     D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser"

     D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

     G8-96, "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

     G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

  3. Curing temperature-time schedules for all products.

  4. Surface profile requirements for all products.

  5. Compatible field application coating system and procedures.

  6. Samples and Colors: Finish color shall be an approved medium to dark gray. If more than one coat is applied there will be color contrast between coats. Submit two (2) sets of steel samples plates, 8 1/2 x 11 x 1/8 inches, illustrating surface preparation, primer coat, intermediate coat, and finish coat. The engineer shall approve finish color and contrasting primer and intermediate colors.

b. Holidays Test Procedure

Manufacturers approved holiday test procedure and equipment with voltage parameters. The entire coated surface of each pile shall be holiday tested.

c. Equipment Data

Equipment specifications and performance data for water blasting, abrasive blasting, solvent cleaning, air and substrate heating, and coating application equipment.

d. Plans

1. A shop application coating plan. Include detailed description of the shop or plant procedures and capacity to provide specified pile handling, cleaning, abrasive blasting, humidity control, temperature control, coating application, and testing.

2. A field application and repair coating plan. Include detailed description of the product and blasting media storage, equipment, shelters, scaffolding, air heaters, substrate heaters, coating heaters, procedures and capacity to provide specified pile handling, cleaning, abrasive blasting, humidity control, temperature control, coating application, pile to hot dipped galvanized pile cap coating procedure, and testing. Environmental and substrate conditions for field weld and other repairs must be accomplished and maintained throughout the coating process and cure.

3. A quality control plan and coating inspection forms for all coating applic repair work are required. Provide separate quality control and inspection shop and field work. At a minimum, include test method, frequency, and thresholds and tolerances of tests for substrate contamination, abrasive and moisture content, air cleanliness and moisture content, substrate te substrate cleanliness, blast profile, humidity, dew point, ambient temperatu dry film thickness, holidays, and visual inspection.

e. Certificates

One copy of the AS 18.63 certificate for each painter, supervisor, and helper as required in Article 913.5.g.3, for coatings applied in Alaska.

f. Manufacturer's Approval

Contractor shall provide manufacturer's written approval of shop coating application plans, quality control plans, and procedures including shipping, storage, cleaning, surface preparation, application, repairs, pile splice coating, applicator inspection, and force curing.

g. Qualifications

1. Coating Manufacturer: Company specializing in manufacturing the products specified in this Specification with a minimum of 5 years documented experience. Provide documentation of manufacturers' qualifications and successful use of the product on similar projects.

*Add #3 cont'd*

2. Applicator: Company specializing in performing the work of this Specification with a minimum of 5 years documented experience. Provide documentation of Applicators' qualifications and successful application of the product on similar projects and five years experience in the coating application industry.

3. Painters, supervisors, and helpers: individuals specializing in performing work of this Specification with a minimum of 1 year documented experience. Current certification in the Sate of Alaska in accordance with AS 18.63 is required for coating work performed in Alaska.

    he inspector shall be a NACE International Certified Coating Inspector having successfully completed all required sessions and peer review.

    of Specification compliance from the blast media supplier.

    on Report

    completed "Coating Inspection Form," daily to the engineer.

### 913.6 Condition and Handling of Bare Pile

a. Pile delivered to the Applicator for coating shall be free from protective oils, lacquers, mill primer, or surface contamination.

b. Pile shall be as free as possible of scabs, slivers, and laminations, so as to be suitable for the application of the coating material. The cost of repairing scabs, slivers, and laminations to meet this specification shall not be borne by the Owner. The Applicator should consider the repair cost before accepting pile with scabs, slivers, and laminations for coating.

c. Proper equipment for unloading, handling, and temporary storage of pile shall be used to avoid any damage to the pile or pile ends. Any pile damaged by mishandling by the Applicator shall be repaired in accordance with the Owner's pile specifications and applicable Standards at the Applicator's expense.

d. The Applicator shall visibly inspect the pile upon receipt for damage such as dents, flat ends, and bevel damage. The cost and execution of pile repairs are the responsibility of the Contractor.

### 913.7 Coating Materials Handling

a. Deliver all coating materials to the project in the original unopened containers with plainly mark packaging with the name of the Manufacturer, product, date of manufacture, shelf life, batch number, and destination.

b. Time, temperature, and humidity limitations for each of the coating system components shall be maintained in strict accordance with coating manufacturer's recommendations

EXHIBIT 8
PAGE 9 OF 19

during shipping and storage. If the coating materials freeze or are overheated, reject the coating materials and immediately notify the Engineer.

c. Only new materials shall be used. Stocks of materials whose shelf life has expired shall not be used.

**913.8 Surface Preparation and Inspection for Shop Coating and Repairs**

a. Prior to surface preparation, the pile shall be checked for residual magnetism. Pile with sufficient magnetism to hold grit or shot on its surface shall be demagnetized.

b. D4285, "Standard Test Method for Indicating Oil or Water in Compressed Air" shall be performed daily, at a minimum, on all equipment supplying air to the coating process.

c. Prior to blast cleaning, the surfaces shall be visually inspected for salt, oil, grease, and loosely adhering deposits. Surfaces shall be tested for salt. Those with salt contamination in excess of 50 parts per million (ppm) shall be marked, segregated, and washed per Article 913.8.l. and Article 913.8.m prior to blasting. All such contaminants shall be removed by cleaning in accordance with SSPC-SP1. Detergents, fresh water (less than 50 ppm chlorides), steam or non-oily solvents shall be used for cleaning as appropriate. After pre-cleaning and immediately before blast cleaning, the pile shall be uniformly heated to a minimum of 5°F above the dew point and as recommended by the manufacturer to remove all moisture and to preclude any condensation of moisture on the pile after blasting.

d. The exterior of the pile shall be blast cleaned with grit or a combination of steel grit and shot to achieve the surface cleanliness and anchor profile specified by the manufacturer with a minimum cleanliness standard of NACE No. 2/SSPC-SP 10. An angular tooth profile of the depth recommended by the manufacturer is required.

e. A consistent abrasive working mix shall be maintained by frequent additions of small quantities of new grit commensurate with abrasive consumption. Avoid infrequent large additions, greater than 10%, of abrasive.

f. Abrasive shall be either sharp grit or a mixture of steel grit and steel shot, and meet the following requirements:

1. Contain less than 1% free silica.

2. Be free of harmful quantities of toxic metals.

3. Contain less than 125-ppm water-soluble chlorides.

4. Contain less than 200-ppm water-soluble sulfates.

5. Be free of clay, limestone, shells, undersize and oversize particles, organic material and other detrimental foreign material.

      6. Be of the proper size to provide the coating manufacturers required surface profile.

      7. Contractor must obtain certification from the abrasive supplier that the abrasive meets the above requirements.

  g. Following cleaning and prior to heating the pile, abrasive remaining on the outside of the pile shall be removed by air blast, vacuum, or other suitable method as recommended by the manufacturer. Care shall be taken during this operation to avoid contaminating other previously cleaned pile. Inspection of cleaning equipment for the presence of oil, salts and other contaminants is required.

  h. All cleaned pile shall be visually checked for surface imperfections, including slivers, scabs, weld spatter, and gouges. All edges that will not be welded over shall be rounded to 1/8" radius, minimum, at the shop prior to abrasive blasting. Remove all slivers, scales and other imperfections by filing or grinding or other suitable means, which do not contaminate the surface, destroy the anchor profile, or conflict with other sections of the project specifications. If the surface to be coated is polished or burnished in any of the above processes, restore the anchor pattern by re-blasting the repaired area prior to coating application.

  i. All pile shall be inspected for surface cleanliness and anchor profile. Surface cleanliness shall be determined by comparison with NACE TM0175-75 Visual Standard for Surface of New Steel Centrifugally Blast Cleaned with Steel Grit and Shot or SSPC Vis-1. The anchor profile shall be measured with Testex Press-O-Film per NACE RP0287. Measure the anchor profile at the start of each shift, and whenever the profile is suspected of not complying with the specifications.

  j. All pile not meeting the degree of surface cleanliness and specified anchor profile shall be rejected and recleaned at the Applicator's expense.

  k. All pile accepted as meeting the surface cleanliness and anchor profile requirements shall be coated before any flash rusting occurs. Any pile showing flash rust or not coated within 4 hours of blasting shall be reblasted before coating.

  l. Following blast cleaning and prior to coating application, any pile with greater than 50 ppm salt prior to cleaning shall be washed with a minimum of 5% OAKITE 33 wash (a phosphoric acid compound made by OAKITE Products, Inc.) to remove organic salts and other contaminant from the steel surface.

  m. Following the phosphoric acid wash, the pile shall be washed with high pressure, 2500-psi minimum, fresh water, less than 50ppm chloride, to remove residues.

### 913.9 Surface Preparation and Inspection for Field Coating and Repairs

  a. D4285, "Standard Test Method for Indicating Oil or Water in Compressed Air" shall be performed daily, at a minimum, on all equipment supplying air to the coating process.

b. Prior to blast cleaning, the surfaces shall be visually inspected for salt, oil, grease, and loosely adhering deposits. Surfaces shall be tested for salt. Those with salt contamination in excess of 50 parts per million (ppm) shall be washed per Article 913.8.m. prior to blasting. All such contaminants shall be removed by cleaning in accordance with SSPC-SP1. Detergents, fresh water (less than 50 ppm chlorides), steam or non-oily solvents shall be used for cleaning as appropriate. After pre-cleaning and immediately before blast cleaning, the surfaces to be coated shall be uniformly heated to a minimum of 5°F above the dew point and as recommended by the manufacturer to remove all moisture and to preclude any condensation of moisture on the surfaces after blasting.

c. The surfaces to be coated shall be abrasive blast cleaned as specified by the manufacturer to achieve the surface cleanliness and anchor profile specified by the manufacturer with a minimum cleanliness standard of NACE No. 2/SSPC-SP 10. An angular tooth profile of the depth recommended by the manufacturer is required.

d. For pile splice coating, the shop applied coating on each side of the splice shall be abraded and "feathered" to meet he coating manufacturers recommendations.

e. For coating the pile to cap joint, the shop applied coating on each side of the splice shall be abraded and "feathered" to meet he coating manufacturers recommendations. The hot dipped galvanized pile cap shall be prepared to coating manufacturers recommendations.

f. Abrasive shall be either sharp grit, a mixture of steel grit and steel shot, garnet, nickel slag, or aluminum oxide and meet the following requirements:

   1. Contain less than 1% free silica.

   2. Be free of harmful quantities of toxic metals.

   3. Contain less than 125-ppm water-soluble chlorides.

   4. Contain less than 200-ppm water-soluble sulfates.

   5. Be free of clay, limestone, shells, undersize and oversize particles, organic material and other detrimental foreign material.

   6. Be of the proper size to provide the coating manufacturers required surface profile.

   7. Contractor must obtain certification from the abrasive supplier that the abrasive meets the above requirements.

g. Following blast cleaning and prior to heating the surfaces to be coated, abrasives remaining shall be removed by air blast, vacuum, or other suitable method as recommended by the manufacturer. Care shall be taken during this operation to avoid contaminating other previously cleaned pile. Inspection of cleaning equipment for the presence of oil, salts and other contaminants is required.

Add #3 cont'd

h.  All cleaned surfaces to be coated shall be visually checked for surface imperfections, including slivers, scabs, weld spatter, and gouges. All edges, including welds, shall be rounded to 1/8" radius, minimum, and prior to abrasive blasting. Remove all slivers, scales, weld splatter, and other imperfections by filing or grinding or other suitable means, which do not contaminate the surface or destroy the anchor profile. If the surface to be coated is polished or burnished in any of the above processes, restore the anchor pattern by re-blasting the repaired area prior to coating application.

i.  All surfaces to be field coated shall be inspected for surface cleanliness and anchor profile. Surface cleanliness shall be determined by comparison with NACE TM-0175-75 Visual Standard for Surface of New Steel Centrifugally Blast Cleaned with Steel Grit and Shot or SSPC Vis-1-89 as applicable. The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287. Measure the anchor profile at the start of each shift and whenever the profile is suspected of not complying with the specifications.

j.  All surfaces to be coated not meeting the degree of surface cleanliness and specified anchor profile shall be rejected and recleaned at the Applicator's expense.

k.  All surfaces to be coated accepted as meeting the surface cleanliness and anchor profile requirements shall be coated before any flash rusting occurs. Any surfaces to be coated showing flash rust or not coated within 4 hours of blasting shall be reblasted before coating.

### 913.10 Coating Systems Other Than Repairs

a.  Do not tint, shade, or modify the coating formulation at the job site.

b.  Minimum coating performance test values for "equal" coatings submitted for engineering approval.

   1. Abrasion Resistance per D4060-95, less than 55 mg loss/1000 cycles with CS-22 or CS 17 wheel.

   2. Impact resistance per ASTM G-14, greater than 100 in-lbs @ 75°F.

   3. Cathodic Disbondment per ASTM G-8, less than 12mm @ 28 days (1.5 V @ 3% NaCl).

   4. Adhesion per ASTM D-4541, greater than 1,000 psi.

   5. Salt Spray Resistance per ASTM B-117, 1,000 hours with no blisters

c.  Use the acceptable coating system listed in the table below or engineer approved equal.

*Add #3 cont'd*

### Coating System No. 1

| Product & Number of Coats | Color | Coating Thickness (DFT Mils) | | |
|---|---|---|---|---|
| | | Minimum | Maximum | Average Total |
| **Shop and Repair Product 1** DeVoe Bar-Rust 236 @ 5 to 8 Mils / coat | Med. to Dark gray | 18.0 | 22.0 | 20.0 |
| **Pile Splice Product 1A** Specialty Polymer Coatings SP-2888 spray or brush grade, single coat | Med. to Dark gray | 18.0 | 22.0 | 20.0 |
| **Pile Splice Product 1B** Denso Protal 7200, brush single coat | Med. to Dark gray | 22.0 | 30.0 | |

### Coating System No. 2

| Product & Number of Coats | Color | Coating Thickness (DFT Mils) | | |
|---|---|---|---|---|
| | | Minimum | Maximum | Average Total |
| **Shop and Repair Product 2** International Interseal 670 HS @ 5 to 8 Mils / coat | Med. to Dark gray | 18.0 | 22.0 | 20.0 |
| **Pile Splice Product 2A** Global Eco Technologies, Inc. Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat | Med. to Dark gray | 36.0 | 44.0 | 40.0 |

*[Handwritten annotations in margin: "Will Counter $ splices + contractors to but ups pile length anticipd"]*

11

EXHIBIT 8
PAGE 14 OF 19

*Add #3 Cont'd*

| Coating System No. 3 | | | | |
|---|---|---|---|---|
| Product & Number of Coats | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| **Shop Product 3** Specialty Polymer Coatings, SP-1864 spray grade, single coat | Med. to Dark gray | 36.0 | 44.0 | 40.0 |
| **Repair Product 3A** Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | Med. to Dark gray | 36.0 | 44.0 | 40.0 |
| **Pile Splice Product 3B** Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | Med. to Dark gray | 36.0 | 44.0 | 40.0 |

| Coating System No. 4 | | | | |
|---|---|---|---|---|
| Product & Number of Coats | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| **Shop Product 4** Global Eco Technologies, Inc. Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat | Med. to Dark gray | 36.0 | 44.0 | 40.0 |
| **Repair Product 4A** Global Eco Technologies, Inc. Endura Flex 1988 Elastomeric Polyurethane spray or brush grade, single coat | Med. to Dark gray | 36.0 | 44.0 | 40.0 |
| **Pile Splice Product 4B** Global Eco Technologies, Inc. Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat | Med. to Dark gray | 36.0 | 44.0 | 40.0 |

**913.11 Coating Application**

a. Only the coating material specified shall be applied to the pile or attachments.

b. At a minimum before initial start-up, all application equipment including spray booth, pots, hoses, and guns shall be thoroughly cleaned to remove all residual product and contaminants. New equipment shall be used if required by the manufacturer.

EXHIBIT 8
PAGE 15 OF 19

*Add #3 Cont'd*

   c. All application equipment including spray booth, pots, hoses, and guns shall be cleaned and maintained daily.

   d. For application of the coating, the pile shall be preheated to a temperature within the tolerances of the manufacturer. The surface temperature range shall be maintained in accordance manufacturers specifications throughout the coating and curing process.

   e. The pile shall be continually checked for proper temperature prior to coating with a "Tempil stick" heat indicator or an optical pyrometer, which must be calibrated twice each day.

   f. Coating material shall be applied uniformly to the pile to the thickness specified using good commercial practice and adhering to the manufacturer's requirements. A "cutback" of not less than 2 inches or more than 6 inches shall be maintained during shop application at all pile and attachment field weld locations. A "cutback" of not less than 2 inches or more than 4 inches shall be maintained between coats when more than one is applied.

   g. The coating shall be cured according to the approved temperature-time schedule submitted by the manufacturer.

   h. After the coating has cured for the specified time, the pile shall be cooled to a temperature not to exceed 100°F (38°C) for inspection and repair.

   i. Pile with coating that is not satisfactorily cured shall be completely cleaned, re-blasted and re-coated at the Applicator's expense.

**913.12 Shop and Field Coating Process Audit and Final Inspection**

   a. The Applicator shall perform normal quality control procedures as described in the approved Quality Control Plan throughout the coating process to assure that the pile is being coated to these specifications. Inspection reports shall be submitted daily and at the completion of the project.

   b. The Contractor shall have a third party NACE Certified Coating Inspector on site 100% of the time while coating preparation or application work is being performed during the shop applications. The inspector shall audit the work at each stage of the coat and shall inspect the finished coated pile.

   c. Except as noted, all inspections and tests shall be performed at the shop and field.

   d. The Contractor shall have a third party NACE Certified Coating Inspector on first 5 pile splice coating applications, first 5 pile to pile cap coating appli thereafter for 20% of the time while pile splice, pile to pile cap joints, and coating preparation or application work is being performed.

13

EXHIBIT 8
PAGE 16 OF 19

Add #3 Conta'

e. The Inspector shall inspect every pile for conformance to the specifications for surface cleanliness, anchor pattern, pile preheat temperature, time to quench, coating thickness, and holidays. Initially for shop application, a Tooke gauge or measurement of the cross section of a sample of the finished film under a microscope shall be used to determine coating thickness. Maintain the primer/intermediate/finish coat ratio as specified if more than one coat is applied. Once control is established, the use of a magnetic gauge to determine overall thickness is acceptable.

f. The Inspector shall check coating adhesion on the first pile and one pile in every five at the shop using the method herein described. Using a utility knife, cut through the coating to the substrate, creating an "X" pattern. At the intersection of the "X", insert the tip of the blade under the coating. Using a levering action, the coating should demonstrate a definite resistance. For proper adhesion, the coating shall not strip or peel when the knife is moved in a "whittling" motion against the pile surface. The test shall be conducted near one end of the pile adjacent to the cutback area.

g. Using D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers" test 20 percent of all coating applications and repairs in the shop. Using D4541-95e1, test the first 5 pile splice coatings and 10 percent of all coating applications and repairs in the field thereafter. Test to 100 psi less than the manufacturers submitted performance data. The cost of repairs from this test shall be bourn by the Applicator.

h. If during the audit, a coated pile or attachment is found which does not meet the specifications or exhibits poor adhesion, the Applicator shall immediately take steps to correct the processing problem.

i. All pile or attachments coated before and after the defective coated pile shall be inspected until the beginning and end of the problem is established. All defective coated pile and attachments shall be recleaned and coated at the Applicator's expense.

j. Upon completion of the coating application, all coated pile and attachments shall be given a final inspection for coating thickness, holidays, and visible defects. All pile shall be numbered consecutively at the shop by the Applicator with a permanent marking material near both ends prior to final inspection.

k. The coating thickness shall be checked with a Mikrotest gauge, or equivalent gauge, calibrated to National Bureau of Standards Certified Coating Thickness Calibration Standards. Coating thickness measurements shall be conducted at three equally spaced locations along the length of the pile. Two measurements shall be made equally spaced around the pile circumference at each location. Attachments shall be inspected for DFT per SSPC-PA-2 or at a minimum of three locations. The coating thickness shall be as specified. All pile with nonconformance coating shall be recleaned and recoated at Applicator's expense.

Add #3 Cont'd

l.  Each coated pile and attachment shall be inspected for holidays using a calibrated high voltage detector operating at the voltage specified by the manufacturer and approved by the Engineer. The holiday detector shall be a coil spring or conductive rubber properly sized for the pile being inspected. All holidays shall be marked.

m.  Pile and attachments with more than one holiday per ten square feet or with holidays greater than 1/16 inch in diameter shall be rejected. Rejected pile and attachments shall have the coating removed and shall be cleaned and recoated in accordance with these specifications, unless the pile or attachment is determined to be uncoatable. Pile and attachments meeting the holiday requirements shall have the holidays repaired as specified in Article 913.13.

n.  All coated pile shall be visually inspected for coating defects. The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, and other irregularities. All pile containing visible defects shall be recleaned and recoated at the Applicator's expense.

**913.13 Coating Repairs and Coating of Pile Splices**

a.  All repairable defects disclosed by the holiday detector, DFT measurements, adhesion tests, and visual inspection shall be repaired by the Applicator.

b.  The area surrounding the defect shall be abraded using 25 grit Carborundum cloth, a coarse file, or spot blasting as approved by the Manufacturer to promote repair adhesion. The minimum specified surface profile, cleanliness, and coating thickness is required on all repairs.

c.  No repairs shall be made in the shop within 6 inches (150mm) of the pile end.

d.  Repairs shall be allowed to cure prior to handling as per the manufacturer's specified curing schedule.

e.  Coating Repairs Products
Repairs, other than at pile splices, shall be made with originally applied product or as listed in the product system tables in Section 913.10. The manufacturer and the engineer shall approve any substitutions in writing.

f.  Pile Splice Coating Products
Pile splice coatings shall be made with products listed in the product system tables in Section 913.10. The manufacturer and the engineer shall approve any substitutions in writing.

EXHIBIT 8
PAGE 18 OF 19

*End Add #3*

### 913.14 Coated Pile and Attachment Handling and Storage

Coated pile and attachments shall be handled and transported in a manner to prevent damage to the pile walls, beveled ends, and the coating. No chains, metal protrusions, or other metal objects shall be permitted to contact the pile or pile attachments after they are coated.

g. The coated pile and attachments shall be shipped and stored using sufficient and proper dunnage to adequately protect the coating.

h. Padding, separators, or dividers as approved by the Engineer shall protect all individual coated pile and attachments that is handled, stored, or shipped.

i. All pile shipped by rail shall be loaded in accordance with API Specification RP 5L1, Latest Edition.

j. Contractor is responsible for repair of holidays and coating damage due to transportation, handling, rigging, or any other reason.

k. Proper equipment for unloading, handling, and temporary storage of pile shall be used to avoid any damage to the pile or pile ends, or coating. The Contractor shall repair piles in accordance with the Owner pile specifications and applicable to Standards at the Contractor's expense.

l. The Contractor and Engineer shall visibly inspect the coated pile upon receipt for coating and other pile damage such as holidays, dents, flat ends, and bevel damage. The cost and execution of pile and coating repairs are the responsibility of the Contractor. All damage observed at this point shall be noted on an inbound tally and shall be supplied to the Engineer within 48 hours of receipt of the pile.

### 913.15 Measurement and Basis of Payment

All work performed under this section shall be included in Bid Item, "Piles - 30" x ½" Furnished."

*End Add #3*

EXHIBIT 8
PAGE 19 OF 19