| | Addendum |
|---|---|
| **BID SCHEDULE** | **No.3** |

Project No. 75267, Kachemak Bay Multi-Purpose Ocean Dock

Bidders Please Note:   Before preparing the bid schedule, read carefully the contract documents.

The Bidder shall insert a unit bid price or a lump sum price in figures opposite each pay item for which an estimated quantity appears in the bid schedule. The estimated quantity of work for payment on a lump sum basis will be "all required" and as further specified in the contract.

Wherever a contingent amount is shown for any item in this bid schedule, such amount shall govern and be included in the bid total.

The basis for award shall be determined by considering the basic bid and additive alternate (s) in the order listed up to the budgeted dollar amount.

> The DBE Utilization Goal for this Project is <u>5.7 %</u> of the total contract Award amount. See Section 120 for details.

Bid Schedule
Page 1 of 5

004184
EXHIBIT 9
PAGE 1 OF 5

| | | City of Homer<br>Kachemak Bay Multi-Purpose Ocean Dock<br>Basic Bid Schedule | | | |
|---|---|---|---|---|---|
| Bid Item | Section | Description and Written Unit Price in Words | Estimated Quantity | Unit Bid Price | Total Price |
| 1 | 901<br>913 | Piles— 30" x 1/2" Furnished Per Linear Foot | 26,524 L.F. | 88.⁰⁰ | 2,334,112.⁰⁰ |
| 2 | 901 | Piles— 30" x 1/2", Driven | 184 EA | 4,350.⁰⁰ | 800,400.⁰⁰ |
| 3 | 902, 903, 904, 905, 910, 911, 912, 914, 915, 916 | Construct Dock | L.S. | 5,976,482.⁰⁰ | 5,976,428.⁰⁰ |
| 4 | 906 | Existing Dock Demolition | L.S. | 208,000.⁰⁰ | 208,000.⁰⁰ |
| 5 | 906 | Relocate Underwater Rubble Mound | 500 C.Y. | 50.⁰⁰ | 25,000.⁰⁰ |
| 6a | 901, 913 | Additional Piles Furnished | 1000 L.F. | 76.⁰⁰ | 76,000.⁰⁰ |
| 6b | 901 | Additional Piles Driven | 1000 L.F. | 24.⁰⁰ | 24,000.⁰⁰ |
| 6c | 901 | Pile Splices Beyond Plan Dimensions | 50 EA | 700.⁰⁰ | 35,000.⁰⁰ |
| 6d | 901 | Pile Restrikes | 50 EA | 1,250.⁰⁰ | 62,500.⁰⁰ |
| 7 | 101 | Mobilization/Demobilization | L.S. | 1,090,000.⁰⁰ | 1,090,000.⁰⁰ |
| 8 | Sheet C6 | Dredging and Disposal | 6240 CY | 19.⁰⁰ | 118,560.⁰⁰ |
| 9 | Sheet C6 | Riprap | 2500 TON | 52.⁰⁰ | 130,000.⁰⁰ |

Bid Schedule
Page 2 of 5

Addendum
No.3

004185

EXHIBIT 9
PAGE 2 OF 5

City of Homer
Kachemak Bay Multi-Purpose Ocean Dock
Additive Alternates

| Bid Item | Section | Description and Written Unit Price in Words | Estimated Quantity | Unit Bid Price | Total Price |
|---|---|---|---|---|---|
| 10 | 908 | Additive Alternate #1 Relocate Existing fenders Lump Sum | L.S. | 78,000.00 | 78,000.00 |
| 11 | 907 | Additive Alternate #2 Pedestrian Walkways Lump sum | L.S. | 74,000.00 | 74,000.00 |
| 12 | 909 | Additive Alternate #3 Redeck Existing Dock Lump Sum | L.S. | 402,000.00 | 402,000.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Bid Schedule
Page 3 of 5

Addendum No.3

004186

EXHIBIT 9
PAGE 3 OF 5

# City of Homer
## Kachemak Bay Multi-Purpose Ocean Dock
## Bid Summary

**Total Basic Bid**         $ 10,880,000.00
                            In Numbers

**Total Basic Bid**         *Ten Million Eight Hundred Eighty Thousand Dollars and 00/100*
                            In Words

**Total Additive Alternate #1**   $ 78,000.00
                                  In Numbers

**Total Additive Alternate #1**   *Seventy-Eight Thousand Dollars and 00/100*
                                  In Words

**Total Additive Alternate #2**   $ 74,000.00
                                  In Numbers

**Total Additive Alternate #2**   *Seventy-Four Thousand Dollars and 00/100*
                                  In Words

**Total Additive Alternate #3**   $ 402,000.00
                                  In Numbers

**Total Additive Alternate #3**   *Four Hundred Two Thousand Dollars and 00/100*
                                  In Words

Bid Schedule                                Addendum
Page 4 of 5                                 No.3

004181

EXHIBIT 9
PAGE 4 OF 5

| | |
|---|---|
| Name of Firm: | Hurlen Construction Company |
| | Typed or Printed Name |
| | S. Scott McKell__ |
| Typed or Printed Name of Signatory: | S. Scott McKellar |
| Title of Signatory | President |
| Date of Bid: | 6 March, 2001 |

If signature on the Bid is by an agent, other than an Officer of a corporation of a member of a Co-partnership, a Power of Attorney must either be on file with the City Clerk prior to the Bid opening or submitted with the Bid in Part A.

Bid Schedule
Page 5 of 5

Addendum
No.3

004188

EXHIBIT 9
PAGE 5 OF 5