04/05/2001  16:29   2534719130   ICI DULUX                          PAGE 02

# DEVGRIP® 238
## Abrasion Resistant Epoxy Coating
Cat. # 238KXXXXX

**DEVOE HIGH PERFORMANCE COATINGS**
ICI Devoe Coatings is a member of the ICI Paints World Group

## PRODUCT DESCRIPTION

**Generic:** Advanced Technology Epoxy

**General Description:** DEVGRIP 238 Coating is designed to protect surfaces subject to unusual abrasive and wear conditions common to many heavy-duty industrial service operations.

**Typical Uses:** DEVGRIP 238 Coating is ideal for use on pipe linings, drill pipe storage areas and any other surfaces subject to abrasive wear.

## SPECIFICATION DATA

**Color:** Haze Gray 238K2904, Oxide Red 238K7821, Black 238K9903
**Finish:** Semi-Gloss
**Reduction Solvent:** T-10 Thinner
**Clean-up Solvent:** T-10 Thinner
**Weight/Gallon:** 12.7 lbs./gal. (1.52 kg/L)
**VOC (EPA 24):** 1.7 lbs/gal. (206 g/L)
**Solids By Volume (ASTM D 2697-7 days):** 77%
**Theoretical Coverage at 1.0 Mil (25 microns) Dry:** 1235 sq. ft./gal. (30.5 m²/L)
**Recommended Film Thickness:** 10 mils (250 microns) dry – 13 mils (325 microns) wet.
**Systems:** Please consult the appropriate system guide, the particular job specification or your ICI Devoe Coatings' Industrial Coatings Specialist for proper systems using this product. Systems must be selected considering the particular environment involved.
**Service Temperature Limits:** 250°F (121°C) Dry
**Minimum Dry Time (ASTM D 1640):** At 10 mils (250 microns) DFT

| Substrate Temperature | 40°F (4°C) | 60°F (16°C) | 80°F (27°C) |
|---|---|---|---|
| Minimum Recoat | 18 Hours | 9 Hours | 3 Hours |
| Dry Hard | 26 Hours | 13 Hours | 6 Hours |
| Maximum Recoat Self | 30 Days | 30 Days | 30 Days |
| 368 | 5 Days | 5 Days | 5 Days |

**Warning:** The above table provides general guidelines only. Always consult your ICI Devoe Coatings Specialist for appropriate recoat windows since the maximum aged recoat time of this product may be significantly shortened or lengthened by a variety of conditions, including, but not limited to humidity, surface temperature, and the use of additives or thinners. The use of accelerators or force curing may shorten the aged recoat of individual coatings. The above recoat windows may not apply if recoating with a product other than those listed above. If the maximum aged recoat window is exceeded, please consult your ICI Industrial Coatings Specialist for appropriate recommendations to enhance adhesion. Failure to observe these precautions may result in intercoat delamination.

**Shelf Life:** Over 24 months at 77°F (25°C) – unopened
**Hardness (ASTM D 3363, 7 day cure @ 77°F (25°C)):** 6H
**Mix Ratio By Volume:** 4 (base) : 1 (converter) – see mixing instructions.
**Induction:** 15 minutes at 77°F (25°C) – see mixing Instructions.
**Pot Life:** 4 hours @ 77°F (25°C) & 50% R.H.

## FEATURES

**Advantages:**
- Tough epoxy binder and special hard reinforcing minerals outwear glass flake polyesters
- Resists heavy direct impacts without delamination or separation
- Resistant to seawater immersion
- Resists many chemicals and solvents
- Suitable for areas subject to mechanical damage
- Applies with standard airless or air spray equipment
- Excellent low temperature cure

**Limitations of Use:** Exterior exposure will cause early loss of sheen and chalking, as is normal for epoxy coatings but this does not affect protective properties of the coating.

Shop primers are not suitable to properly anchor DEVGRIP 238 Coating for heavy-duty service. For lesser services, DEVRAN® 201, or CATHA-COAT® 302H Primers can be used.

## PERFORMANCE DATA

**Adhesion:** (ASTM D 4541) – Excellent
**Abrasion Resistance:** (ASTM D 4060) – Excellent
**Chemical Resistance:** (ASTM D 1308) – Excellent
**Humidity Resistance:** (ASTM D 2247) – Excellent
**Salt Spray Resistance:** (ASTM B 117) – Excellent
**Impact Resistance:** (ASTM D 2794) – Excellent

**Chemical & Solvent Resistance:** (ASTM D 1308 24 hr. contact) – Excellent. Resists splash and spillage of alkalis, salts, moisture, oils, greases, foodstuffs and detergents, 50% Sodium Hydroxide, 28% Ammonia, 5% Trisodium Phosphate, 25% Citric Acid, 25% Lactic Acid, 10% Sulfuric Acid, Crude Oil, 10% Hydrochloric Acid, 20% Tannic Acid, 5% Sodium Chloride, 10% Ammonium Hydroxide, sewage.*

09800

| DANGER! FLAMMABLE. HARMFUL OR FATAL IF SWALLOWED. Read label and Material Safety Data Sheet Prior to Use. See other cautions on last page. | DSF3-0696 |

6/9

EXHIBIT 10
PAGE 1 OF 2

P001204

04/05/2001  16:29   2534719130                          ICI DULUX                                          PAGE  03

## GENERAL SURFACE PREPARATION

All surfaces must be sound, dry, clean, free of oil, grease, dirt, mildew, form release agents, curing compounds, loose and flaking paint and other foreign substances.

**New Surfaces:** Steel – Blast to near-white metal surface cleanliness in accordance with SSPC-SP10 or SSI-Sa2½. Blast profile on steel should be 2 mils (50 microns) in depth and be of a sharp, jagged, nature as opposed to a "peen" pattern (from shot blasting). Surfaces must be free of grit dust. Roto blasted surfaces are not suitable.

**Previously Painted Surfaces:** Remove old paint. Prepare surface and prime as for new steel. Achieve a minimum of SSPC-SP10 or SSI-Sa2½.

## DIRECTIONS FOR USE

**Tinting:** Do not tint.

**Thinning:** Thinning is not normally required. However, at lower temperatures, small amounts (10% or less) of Devoe Coatings T-10 Thinner can be added to the mixed components depending on local VOC and air quality regulations. Any solvent addition should be made after the two components are thoroughly mixed. Higher temperatures will reduce working life of the coating; lower temperatures will increase it.

**Mixing:** DEVGRIP 238 Coating is a two component product supplied in 5 gallon and 1 gallon kits which contain the proper ratio of ingredients. The entire contents of each container must be mixed together. Power mix the base portion first to obtain a smooth, homogeneous condition. After mixing the base portion, add the converter slowly with continued agitation. After the converter add is complete, continue to mix slowly. DEVGRIP 238 Coating requires a 15 minute induction time before using. At temperatures below 70°F (21°C), add 10 minutes to the induction time for each 10°F (5°C) lower temperatures.

**Application:** DEVGRIP 238 Coating can be applied by heavy-duty airless spray equipment such as Graco 63 to 1 King or a minimum 45 to 1 King, equipped with Tungsten carbide tips and teflon coated pistons and seals. DEVGRIP 238 Coating is abrasive to tips and seals. Expect more frequent than normal replacement. Take all screens out of the pump. Put the pump directly over the pail with no right angles on the suction feed. Make sure that the suction feed pipe or hose is not less than 1" in diameter. Most pumps are reduced down to 3/8" or less on the bottom. 3/8" ID fluid hoses are recommended for work under 50 feet. Over 50 feet use a 1/2" ID fluid hose. Fluid hose should be directly connected to the silver gun equipped with a .025" to .031" tip size.

**Spreading Rate:** Apply at 124 sq.ft. per gallon (3.4 m²/L) depending on surface texture and porosity. Make allowances for overspray loss and surface irregularities.

**Ventilation:** It is very important for the safety of the applicator and the proper performance of the DEVGRIP 238 Coating that good ventilation be provided to all portions of the enclosed area. It is equally important to bring into the enclosed area dry, fresh air to remove all solvent vapors. Since all solvent vapors are heavier than air, ventilation ducts should reach to the lowest portions of the enclosed areas as well as into any structural pockets. Ventilation should be provided throughout the cure period to insure all the solvents are removed from the coating.

**Topcoats:** We recommend DEVGRIP 238 Coating be applied in two coats of 10 mils (250 microns) per coat in contrasting colors.

**Dry Time:** At 77°F (25°C) & 50% R.H., dries to recoat with epoxy or urethane in 4 hours and hard in 8 hours. Cooler temperatures, higher humidity and degree of ventilation extend dry time.

**Clean-up:** Use T-10 Thinner.

## PRECAUTIONS

**DANGER!** FLAMMABLE LIQUID AND VAPOR. CORROSIVE. CAUSES EYE AND SKIN BURNS. HARMFUL OR FATAL IF SWALLOWED. ASPIRATION HAZARD-CAN ENTER LUNGS AND CAUSE DAMAGE. HARMFUL IF INHALED. MAY CAUSE CENTRAL NERVOUS SYSTEM EFFECTS, INCLUDING DIZZINESS, HEADACHE OR NAUSEA. CAUSES RESPIRATORY TRACT IRRITATION. MAY CAUSE ALLERGIC SKIN REACTION. MAY BE HARMFUL IF ABSORBED THROUGH SKIN. OVEREXPOSURE MAY CAUSE BLOOD, LIVER, KIDNEY DAMAGE. CONTAINS CRYSTALLINE SILICA WHICH CAN CAUSE LUNG CANCER AND OTHER LUNG DAMAGE IF INHALED. CONTAINS MICA WHICH MAY CAUSE PNEUMOCONIOSIS. POTENTIAL CANCER HAZARD. CONTAINS FORMALDEHYDE WHICH HAS BEEN SHOWN TO CAUSE UPPER RESPIRATORY TRACT CANCER AND ALLERGIC RESPIRATORY REACTION. USE ONLY WITH ADEQUATE VENTILATION. KEEP OUT OF THE REACH OF CHILDREN. NOTICE: This product contains solvents. Reports have associated repeated and prolonged occupational overexposure to solvents with permanent brain and nervous system damage. Intentional misuse by deliberately concentrating and inhaling the contents may be harmful or fatal. For emergency information call (800) 545-2643. For additional safety information, refer to the Material Safety Data Sheet for this product. Keep away from heat, sparks and flame. Do not smoke. Vapors may ignite. Extinguish all flames, burners, stoves, heaters and pilot lights and disconnect all electrical motors and appliances before use and until all vapors are gone. If sanding is done, wear a dust mask to avoid breathing of sanding dust. Do not breathe vapors or spray mist. If you experience eye watering, headaches, or dizziness, leave the area. If properly used, a respirator may offer additional protection. Obtain professional advice before using. Close container after each use. **FIRST AID:** In case of skin contact, wash off quickly with plenty of soap and water, remove contaminated clothing. For eye contact flush immediately with large amounts of water, for at least 15 minutes. Obtain emergency medical treatment. If swallowed, obtain medical treatment immediately. If inhalation causes physical discomfort, remove to fresh air. If discomfort persists or any breathing difficulty occurs, get medical help. The contents of these packages must be blended with other components before the product can be used. Any mixture of components will have hazards of all components. Before opening the package, read all warning labels. Follow all precautions. Note: These warnings encompass the product series. Prior to use, read and follow product-specific MSDS and label information.

## SHIPPING

**Freight Classification:** Paint, 3, PG III, UN1263 (Flammable Liquid)     **Shipping Weight:** 4 -1 gallon kits - 57 lbs. (25.9kg)
**Flash Point:** 80°F (27°C)                                                                           5 gallon kit - 69 lbs. (31.3 kg)
**Packaging:**  1 gallon kit (3.785L)         5 gallon kit (18.925L)
                        0.80 gallon base             4.00 gallon base
                        0.20 gallon converter      1.00 gallon converter

238IXXXX (12/99)
Ad Stock #80639B

**Devoe High Performance Coatings**
Cleveland, Ohio, U.S.A.
800-654-2616
www.devoecoatings.com
ICI Devoe Coatings is a member of the ICI Paints World Group

LIMITATION OF LIABILITY: To the best of our knowledge, the technical data contained herein are true and accurate at the date of issuance but are subject to change without prior notice. We guarantee our product to conform to the specifications contained herein. WE MAKE NO OTHER WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. Liability, if any, is limited to replacement of the product or refund of the purchase price. LABOR OR COST OF LABOR AND OTHER CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED.