

# City of Homer

# Standard Construction Specifications

# 2000 Edition



EXHIBIT 11
PAGE 1 OF 6
P001117

**Bidder** – Any individual, firm, partnership, corporation, or combination thereof formally submitting a Bid for the work contemplated, or any portion thereof, acting directly or through an authorized representative.

**Bidding Documents** – The Invitation to Bid, Bid Guarantee, Provisions, Specifications, Forms, Schedules, Bidders Checklist, proposed Contract Documents, and all Addenda.

**Bid Guarantee** – The security furnished by the Bidder as a guarantee to enter into a Contract for the Work contemplated if the Bidder is awarded the Contract.

**Bonds** - Performance and Payment bonds and other instruments of security.

**Change Order** – Any written agreement entered into between the Contractor and the Owner to supplement or clarify or alter the plans, specifications, or contract, or to otherwise provide for extra work, contingencies, alterations in plans, and other matters not contemplated by or adequately described in the plans and specifications.

**City** – Municipality of the City of Homer, Alaska.

**Construction Schedule** – "Construction Schedule" shall mean the time and activities plan for completion of the work prepared in the format required by the Contract Documents.

**Contract** – The written agreement executed by the City and the Contractor covering the performance of the work.

**Contractor** - The individual, firm or corporation undertaking the execution of the work under the terms of the contract and acting directly or through its agents or employees.

**Contract Completion Date** – The calendar date specified in the proposal for the full completion of all Work required by the Contract Documents, except as otherwise provided in the Contract.

If a number of calendar days is specified in the proposal for the completion of the Contract, the Contract Completion Date will be those specified number of days after the effective date of the Notice to Proceed, including authorized time extensions.

**Contract Documents** – The plans, specifications, agreements, performance and payment bond, including all agreed modifications thereof incorporated in the documents before their execution and all agreements of a supplemental nature that may be entered into during the progress of the work.

**Date of Substantial Completion** – For all construction contracts, the term "date of substantial completion of work" shall mean that date upon which the improvements which are the subject matter of the Contract, are accepted as essentially completed and available for Owner's beneficial use for the purposes and in a manner intended by the Owner.

**Plans** – The maps, plans, and drawings as listed and referred to in the "Contract Documents" together with any additional maps, plans, or drawings, and any supplemental drawings furnished by the Engineer.

**Project Manager** – The authorized representative of the City assigned to manage the contract administration and construction progress and quality control of the project. The terms Project Manager, Engineer, and City's Representative may or may not be synonymous.

**Samples** – Physical examples which illustrate materials, equipment, or workmanship and establish standards by which Work or a product will be judged.

**Shop Drawings** – All drawings, diagrams, illustrations, brochures, schedules, and other data which are prepared by the Contractor, a subcontractor, manufacturer, supplier, or distributor and which illustrate the equipment, material or some portion of the work.

**Special Provisions** – That portion of the Specifications entitled SPECIAL PROVISIONS containing specific clauses setting forth conditions or requirements peculiar to the work and supplementary to the Standard Specifications.

**Specifications** – The directions, requirements, explanations, terms, and provisions pertaining to the various features of the work to be done; the manner and method of performance, and the manner and method of measurement and payment.

**Street Closure** – Any action which renders one or more lanes of a street unusable to vehicular traffic.

**Subcontractor** – Any individual, firm or corporation, partnership or joint venture acting for or on behalf of the Contractor in the performance of a part of the contract. This does not include those working for hire or suppliers of material or equipment except that production of materials or supplies at the project site shall be deemed as being produced by a subcontractor where such is not produced by the Contractor's own forces and equipment.

**Supplemental Specifications** – Supplemental Specifications are those adopted subsequent to the Standard Specifications and generally involve alterations to standard specifications or the addition of a new construction item

**Surety** – The company or association which is legally bound to the Contractor for the acceptable performance of the contract, and for payment of all the Contractor's obligations arising out of the contract. Where applying to the "Proposal Guaranty," it refers to the Company or Association which will forfeit the sum of the Guarantee if the Bidder fails to execute the Contract after the Bid is accepted by the City.

**Time and Material Work** – Work performed by the Contractor at the written direction of the Engineer for which no item is provided in the Contract and for which no unit price or lump sum basis can be agreed upon.

c.  **Materials Approval Data**

Only materials conforming with the specified requirements in the Contract Documents shall be used in the work.

Before delivery to the job site of any material to be used in the work, the Contractor shall have provided to the Engineer for review and approval such product data, samples or other submittal needed to demonstrate the way the Contractor proposes to conform to the requirements and design concept expressed in the Contract Documents. The approval of any material or source of supply by the Engineer will not imply that all material from that source will be approved, and should material from an approved source fail to maintain a quality meeting the requirements of the specifications, use of material from that source shall be discontinued, and the Contractor shall furnish approved material from other sources. Regardless of prior approval, any material incorporated into the work which fails to meet the requirements may not be allowed to be incorporated in the work. Material which after approval has, for any reason, become unsuitable for use, shall be rejected and not used.

The approval of any Submittal for materials by the Engineer shall not relieve the Contractor from responsibility for deviations from drawings or specifications, unless he has in writing called the Engineer's attention to such deviations at the time of submission and secured the Engineer's written approval, nor shall it relieve him from responsibility for errors of any sort in the items submitted.

The Contractor shall check and approve the item described by the Product Data with the Contract Documents for deviations and errors prior to submittal to the Engineer for approval. It shall be the responsibility of the Contractor to insure that items to be furnished fit the space available.

Satisfactory proof of compliance with the specifications shall be submitted in one of the following ways:

  1. **Manufacturer's Certificate**

For standard labeled stock products of standard manufacture which give a record of satisfactory performance in similar work over a period of not less than two (2) years, the Owner may accept a notarized statement from the manufacturer certifying that the product conforms to the applicable specification.

  2. **Mill Certificates**

For materials, where such practice is the usual standard, the Owner may accept manufacturer's certified mill and laboratory certificate.

  3. **Laboratory Certification**

The Owner may accept a certificate from a commercial testing laboratory satisfactory to

GP21

EXHIBIT 11
PAGE 4 OF 6

P001142

Subcontractor is incompetent or undesirable, he will notify the Contractor accordingly and the Contractor will take immediate steps to correct the performance of the Subcontractor.

Subletting by Subcontractors shall be subject to the same regulations. The City will not approve of the subcontracting of more than fifty percent (50%) of the work to be done under the Contract.

The Contractor shall be fully responsible to the City for the acts and omissions of his Subcontractors and of persons either directly or indirectly employed by them. Nothing contained in the Contract Documents shall create any contractual relation between any Subcontractor and the City.

Insofar as is practicable, the Contractor shall make payment for Subcontract work in the same units and on the same basis of measurements as apply under the main Contract. The City will not be responsible for loss resulting from the Contractor's failure to do so. In making payment to Subcontractors, the Contractor shall protect himself against the possibility of overpayment and he shall assume such losses as may result from overpayment.

### Article 5.27        Assignments

The Contractor shall not assign the Contract or assign any monies due or to become due under the Contract without previous written consent of the City. No assignment of the Contract by the Contractor shall be valid unless it contains a provision wherein funds to be paid to the assignee under the assignment are subject to all the Contractor's obligations under the Contract.

### Article 5.28        Limitations of Operations

Operations on the various units or portions of the work shall be conducted during the times and at the locations specified in the Contract Documents or as may be approved by the Engineer. No part of the work shall be undertaken without his approval, and no work shall be carried on contrary to his instructions.

In an emergency affecting the safety of life or property, including adjoining property, the Contractor, without special instructions or authorization from the Engineer, is authorized to act, at his discretion, to prevent such threatened loss or injury; and he shall so act if instructed to do so by the Engineer. Any compensation claimed by the Contractor on account of such emergency work, shall be processed according to *Article 5.21, Additional or Extra Work*.

The Contractor shall not perform excavation, backfill or other earthwork when weather conditions are such that the desired grades, tolerances, compactions or other performance standards as outlined in these Contract Documents cannot be met.

**Article 5.33**          **Use of Completed or Uncompleted Portions**

The City shall have the right to take possession of and use any completed or partially completed portions of the work, notwithstanding that the time for completing the entire work or such portions may not have expired, and such taking and use shall be deemed an acceptance of that work completed in accordance with the Contract Documents. If such prior use increases the cost of or delays the completion of uncompleted work or causes refinishing of completed work, the Contractor may be entitled to extra compensation, or extension of time or both. Claims for additional compensation shall follow procedures set forth in *Article 5.22 Claims for Damage or Extra Work*. The City shall be responsible for routine maintenance or damages caused by its use of such portions of the Work.

**Article 5.34**          **Contractor's Right to Stop Work or Terminate Contract**

If the work should be stopped under an order of any court, or other public authority, for a period of three (3) months, through no act or fault of the Contractor or of anyone employed by him or if the City should fail to pay the Contractor within thirty (30) days of its presentation, any sum certified by the Engineer and approved by the City, then the Contractor may, upon seven (7) days written notice to the City and Engineer, stop work or terminate this Contract and recover from the City payment for all work executed and any loss sustained upon any plant or materials and reasonable profit and damages.

**Article 5.35**          **Disposal Sites**

Except as otherwise stated in the specifications, the Contractor shall make his own arrangements for and shall assume all costs in connection with disposal sites or areas. Any and all disposal sites or areas shall be in such locations and so maintained, that they shall be neither offensive nor become a menace to public health and welfare. Disposal sites must be approved by the City.

The Contractor shall obtain written permission from the property owner or owners for such disposal sites and furnish the Engineer with a copy of this agreement. The written permission shall specifically provide that the property owner will not hold the City of Homer, its employees, agents or consultants liable for use of or damage to this property. The Contractor shall be held liable for any trespass and property damage incurred outside of disposal area.

Prior to construction, the Contractor shall submit a description of his plan for disposing of unsuitable materials and waste resulting from the Work under this Contract. If any material is placed in unauthorized areas, the Contractor shall remove the material and restore the area to the condition of the adjacent undisturbed areas.

**Article 5.36**          **Load Restrictions**

The Contractor shall comply with all legal road restrictions as set forth in "Alaska Oversize and Overwidth Permit Manual," current edition, and current revisions to Title 17, Chapter 25, of the Alaska Administrative code in the hauling of materials on public