Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>            Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>            Defendants. | Case No. A05-153 CV (TMB) |

## NOTICE OF SUBMISSION OF EXHIBITS

COME NOW the plaintiffs in the above-referenced action and hereby submit Exhibits Nos. 12-24 which represent the remaining exhibits to the Motion For Partial Summary Judgment filed with this Court under separate cover on this date.

Notice of Submission
Page 1                                                                                   lf.bc.acc.pleadings.arb.Submission Notice.20070330f

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Dated this 30th day of March, 2007.

                                  s/ Brooks Chandler
                                  Boyd, Chandler & Falconer, LLP
                                  911 W. 8th Avenue, Suite 302
                                  Anchorage, AK 99501
                                  State Bar No. 9811063
                                  Telephone (907) 272-8401
                                  Facsimile  (907) 274-3698
                                  E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Notice of Submission
Page 2                                          lf.bc.acc.pleadings.arb.Submission Notice.20070330f