

**HURLEN CONSTRUCTION COMPANY**

<u>Supply Agreement No. 01-020.7</u>

# SUPPLY AGREEMENT

HCC JOB NO: __01-020.07__

DATE: __March 30, 2001__

PROJECT TITLE: <u>CITY OF HOMER, KACHEMAK MULTI-PURPOSE OCEAN DOCK</u>

This agreement is made this __13th__ day of __June__, and effective the __30th__ day of __March__ 20__01__, by and between __HURLEN CONSTRUCTION COMPANY__ (Contractor) and

__THERIAULT INDUSTRIES, INC.__ (Supplier) to perform the Work identified in Article 2 in accordance with the Project's Contract Documents

    PROJECT: <u>CITY OF HOMER, KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK</u>
    OWNER: **CITY OF HOMER, ALASKA**
    ENGINEER/ARCHITECT: **TRYCK NYMAN HAYES, INC. & COLMAN ASSOCIATES**
    CONTRACTOR: **HURLEN CONSTRUCTION COMPANY, INC.**
    SUPPLIER: **THERIAULT INDUSTRIES, INC.**

## ARTICLE 1

**CONTRACT PAYMENT.** The Contractor agrees to pay Supplier for satisfactory performance of Supplier's Work in the sum of:

<u>One Million, Ninety Three Thousand and 00/100</u>

_____ Dollars ($ **1,093,000.00** )

Progress payments, less retainage of __0__ %, shall be made to Supplier for Work satisfactorily produced at the Supplier's Plant. Such products will be billed as produced and invoiced by the 5th day of each month for production through the 10th day of that same month. Payment for this invoice shall be fully paid no later than the 10th day of the following month. These payments are subject to receipt of such lien waivers, affidavits, warranties and guarantees required by the Contract Documents or Contractor. Final Payment of the balance due shall be made to Supplier once the Supplier executes Contractor's form titled "Supplier's Final Release of Lien Rights"

## ARTICLE 2

**SCOPE OF WORK.** Supplier agrees to commence Supplier's Work herein described upon notification by Contractor, and to perform and complete such Work in accordance with Contract Documents and under the general direction of Contractor in accord with Contractor's schedule as mutually agreed to by Supplier. This shall include all work necessary or incidental to complete the:

<u>Offsite fabrication of 30-inch diameter steel pipe piles complete with end plates and cleats, and off-site fabrication of 24-inch diameter fender piles. All materials to be manufactured from steel that has been melted and formed in the U.S.A.</u>

Work for the Project as more particularly, though not exclusively specified in_____

    *** Refer to Appendix A, B, C, & D attached ***

## ARTICLE 3

**SCHEDULE OF WORK.** Time is of the essence. Supplier shall provide Contractor with any requested scheduling information of Supplier's Work. The Schedule of Work, including that of this Supply Agreement shall be prepared by Contractor and may be revised as the Work progresses.

Supplier recognizes that changes may be made in the Schedule of Work and agrees to comply with such changes at a mutually agreeable change in cost if any. Supplier shall coordinate its work with all other Contractors, Subcontractors, and Suppliers on the Project so as not to delay or damage their performance, work, or the Project.

THERCONTRACT                  1

EXHIBIT __12__
PAGE __1__ OF __15__

### ARTICLE 4

**CHANGES.** Contractor, without nullifying this Agreement, may direct Supplier in writing to make changes to Supplier's Work. Adjustment, if any, in the contract price or contract time resulting from such changes shall be set forth in a Supply Agreement Change Order pursuant to the Contract Documents.

### ARTICLE 5

**FAILURE OF PERFORMANCE.** Should Supplier fail to satisfy contractual deficiencies within three (3) working days from receipt of Contractor's written notice, then the Contractor, without prejudice to any right or remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Supplier, who shall be liable for payment of same, including reasonable overhead, profit and attorneys fees.

### ARTICLE 6

**INSURANCE.** Prior to the start of Supplier's Work, Supplier shall procure and maintain in force for the duration of the Work, Worker's Compensation Insurance, Employer's Liability Insurance, and Comprehensive General Liability Insurance.

### ARTICLE 7

**INDEMNIFICATION.** To the fullest extent permitted by law, Supplier shall indemnify and hold harmless Owner, Architect, Architect's Consultants, Engineer, Engineer's Consultants and Contractor from all damages, losses, or expenses, including attorneys fees, from any claims or damages for bodily injury, sickness, disease, or death, or from claims for damage to tangible property, other than the Work itself. This indemnification shall extend to claims resulting from performance of this Supply Contract and shall apply only to the extent that any negligent act or omission of Supplier or any of its agents, employees, or Suppliers causes the claim or loss, in whole or in part. This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. The obligation of Supplier under this Article shall not extend to claims or losses that are primarily caused by the Architect, Architect's Consultant's, Engineer, or Engineer's Consultant's performance or failure to perform professional responsibilities.

### ARTICLE 8

**WARRANTY.** Supplier warrants its work against all deficiencies and defects in materials and/or workmanship and agrees to satisfy same without cost to Owner or Contractor for a period of one (1) year from the date of Substantial Completion of the Project or per Contract Documents, whichever is longer.

### ARTICLE 9

**SPECIAL PROVISIONS.** (Insert any special provisions required by this Supply Contract).

\* Refer to Appendices "A", "B", "C", & "D" for additional Terms and Conditions particularly related to the exclusions and inclusions of Appendix "C" which is the Supplier's quote.

In witness whereof the parties have executed this Agreement under Seal the day and year first written above.

_[signature]_ Dated 6/13/01
**HURLEN CONSTRUCTION COMPANY** (Contractor's Signature)

_Grant E. Pool, Project Manager_
BY (Print signer's name and title)

----------------------------------------------------

_Marilyn J. Theriault_ Dated 6/9/01
**THERIAULT INDUSTRIES, INC.** (Supplier's Signature)

_MARILYN J. THERIAULT, V.P._
BY (Print signer's name and title)

Supplier's Federal Tax ID Number: 91-1387637

(Supplier's Notary Seal)

THERCONTRACT                               2

EXHIBIT 12
PAGE 2 OF 15

CONTRACT NO: 01-020.07
PROJECT: CITY OF HOMER – KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK
HCC AGREEMENT WITH: THERIAULT INDUSTRIES, INC.

## APPENDIX A

| Item No. | Description | Est. Qty | Units | Unit Price | Estimated Total Price |
|---|---|---|---|---|---|
| **FURNISH PERMANENT MATERIALS** | | | | | |
| 1 | Fabricate & Deliver Spirally-Welded, Domestic ASTM A252, gr 3 Pipe Piles | 26,574 | LF | $50.22 | $1,334,546.28 |
| 2 | Coat Piles with Devoe Dev-Grip 238 Haze Grey Epoxy Coating | 11,244 | LF | $16.20 | $182,152.80 |
| 3 | Perform N.A.C.E. Inspection for Devoe Coating on the Pipe Piles. | 1 | LS | $20,000.00 | $20,000.00 |
| 4 | Fab & Deliver Straight-Seam, Domestic ASTM A53, grb, Galv. Fender Piles | 4,248 | LF | $60.60 | $257,428.80 |
| 5 | Fab & Deliver Spiral-Weld, Coated, Domestic, ASTM A252, gr 3, 40' Piles | 500 | LF | $59.70 | $29,850.00 |
| | | | | **TOTAL (NOT TO EXCEED)** | **$1,823,977.88** |

**TERMS AND CONDITIONS:**

1. SUPPLIER shall conduct its work according to a mutually negotiated schedule with CONTRACTOR and in a manner that will not delay the progress of work.

2. If CONTRACTOR requires SUPPLIER to furnish a payment and performance bond per article 4 of this SUPPLY AGREEMENT, SUPPLIER's surety must be listed in Circular 570, Department of the Treasury Fiscal Service, "Companies Holding Certificates of Authority as Acceptable Sureties" on federal bonds. CONTRACTOR SHALL reimburse SUPPLIER for bond costs per the actual invoice from the SUPPLIER'S Bonding Agent. A copy of this invoice shall be furnished to the CONTRACTOR. A bond is **is not** required for this SUPPLY AGREEMENT.

3. CONTRACTOR shall furnish SUPPLIER with certificates of insurance naming SUPPLIER as additional insured for all work to be performed by CONTRACTOR, its subcontractors, or agents, at SUPPLIER'S facility. Said certificate shall contain a "hold harmless" clause in favor of SUPPLIER.

4. Extra work and work specifically excluded, but performed by SUPPLIER, or delays resulting from interference or non-performance of others, shall be compensated at the applicable time and material rates per Project Specifications or at a mutually negotiated price agreed to by both the CONTRACTOR AND SUPPLIER.

5. If CONTRACTOR elects to accelerate SUPPLIER's work, CONTRACTOR shall pay overtime premiums.

6. SUPPLIER understands that project inspection will be performed by the OWNER's agent and the CONTRACTOR'S Site Manager. The OWNER's Quality Control Inspectors and the CONTRACTOR'S Supervision have the authority to accept and reject the work. Costs resulting from rework and re-inspection of non-conforming work will be borne by the SUPPLIER when rework is the result of SUPPLIER's use of non-conforming materials or the result of defective work by SUPPLIER. Approval of submittals by the OWNER & CONTRACTOR shall not relieve the SUPPLIER of its obligation to provide materials and workmanship in conformance with the Contract Documents.

7. All other Special Conditions shall be per SUPPLIER's revised quote dated **March 6, 2001**. These are included in Appendix C, and have not been amended by HCC.

HURLEN CONSTRUCTION CO.  THERIAULT INDUSTRIES, INC.
(CONTRACTOR)            (SUPPLIER)

_[signature]_            _[signature] Marilyn J. Theriault_
                         6/9/01

Date: _____     Date: _____

THERCONTRACT                            3

EXHIBIT 12
PAGE 3 OF 15

CONTRACT NO:        01-L...07
PROJECT:            CITY OF HOMER – KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK
HCC AGREEMENT WITH: THERIAULT INDUSTRIES, INC.

---

### EXHIBIT B
### NOTICE TO SUBCONTRACTOR, SUPPLIER, OR PROFESSIONAL SERVICES PROVIDER

---

TO:  **THERIAULT INDUSTRIES, INC.**         ATTN:   **MS. MARILYN THERIAULT**
     19929 10th Dr. SE                      Phone:  (425) 481-3380
     Bothell, WA 98012                      Fax:    (360) 668-9534

You have been identified as a subcontractor, materials or equipment supplier, or professional services provider on the project identified below. The following information is being provided to you pursuant to RCW 60.04.261:

1. The construction site is identified as:

   **PROJECT:**          KACHEMAK MULTI-PURPOSE OCEAN DOCK
   **CONTRACT NUMBER:**  Executed by HCC on March 28, 2001
   **LOCATION:**         Homer, Alaska

2. The owner's name, address, and telephone number are:

   **OWNER:**            City of Homer, Alaska
   **CONTACT:**          Mr. Carey S. Meyer, P.E.
   **ADDRESS:**          911 W. 8th Ave., Suite 300, Anchorage, Alaska 99501
   **TELEPHONE NUMBER:** (360) 475-0238

3. The prime contractor's business name, address, telephone number and current state contractor's registration number are:

   **PRIME CONTRACTOR:**     Hurlen Construction Company
   **CONTACT:**              Mr. Grant Pool
   **ADDRESS:**              P.O. Box 89405, Seattle, WA 98108
   **TELEPHONE NUMBER:**     (206) 763-1230
   **REGISTRATION NUMBER:**  223-01 HU-RL-EC-*307B6

4. The name, address and telephone number of the lender administering the interim construction financing are:

   **LENDER:**           See Owner Above – Owner Provided Funds
   **ADDRESS:**
   **TELEPHONE NUMBER:**

   - or -

5. The name and address of the firm that has issued a payment bond on behalf of the prime contractor of not less than 50% of the total amount of the project are:

   **BONDING AGENT:**    Willis Corroon Corporation of Seattle
   **CONTACT:**          Mr. Don Bacic
   **ADDRESS:**          P.O. Box 34201, Seattle, WA 98124
   **TELEPHONE NUMBER:** (206) 386-7925

X *Marilyn J. Theriault* (signature)
SIGNATURE OF ACKNOWLEDGEMENT BY SUBCONTRACTOR/SUPPLIER/PROFESSIONAL SERVICE PROVIDER.

X  6/9/01
DATED

THERCONTRACT                                                     4

EXHIBIT 12
PAGE 4 OF 15

CONTRACT NO:        01-020.07
PROJECT:            CITY OF HOMER – KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK
HCC AGREEMENT WITH: THERIAULT INDUSTRIES, INC.

# EXHIBIT C

This exhibit includes **THERIAULT INDUSTRIES, INC.'S** price quotation dated March 6, 2001 and is accepted as the unit price values for determining the overall contract value of the above referenced subcontract. This quote is added to the contract terms and conditions as modified by Hurlen Construction (if any). – *There are no modifications.*

Refer to *Exhibit "D"* for the quantities established to calculate the amount of this contract.

THERCONTRACT                                  5

SUP | HCC

EXHIBIT 12
PAGE 5 OF 15

# Theriault Industries Inc.

**PIPE & PILING FABRICATION**
19808 19th DR. S.E., BOTHELL, WA 98012
(425) 481-3380   fax (360) 668-9534

Bid Date: March 6, 2001
                 2 pm

shop: 20433 Broadway Ave.
      Snohomish, WA (Maltby) 98296

City of Homer Project No. 75267
KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK

DBE: #9204001
(60% count)

New Domestic Steel Spiralweld Pipe Piling ASTM A252 Grade 3, fabricated to order length with pile tips and cleats installed, coated and tested per plans & specs, FOB Seattle, WA

Item 1   184 Piles  30ODx.500 x 120' max   26524 LF   $ 50.22/LF
         120' max piles furnished full length
         piles over 120' furnished in 2 sections
         120' max tops - bevelled one end for field splice
         120' max bottoms - pile tips & cleats installed
         157.53#/ft
                                Coating + $ 16.20/LF coating
                                NACE Inspection + $ 20,000.00 LS

Item 6a  25 pcs  30ODx.500 x 40' coated   1000 LF   $ 59.70/LF
                   (coating & inspection included)

Delivery: Mill rolling 6-8 weeks

*42,000 ADD TO FAB*
*FULL LENGTH*

New Domestic Steel Staight Seam Pipe Piling ASTM A53 Grade B, galvanized & fabricated to order length, FOB Seattle, WA

Item 3   36 Piles  24ODx.500 x 115.5'     4158 LF   $ 60.60/LF
                   125.49#/ft    Apx.

         ALTERNATE: ASTM A252 Grade 2    DEDUCT  ($ 2.30/LF)

Delivery: Mill rolling mid May 2001

All welding per AWS D1.1 using qualified procedures and certified welders. Pile splices and pile tip welds are full penetration with 100% VT/UT inspection included, per plans & specs.

No taxes are included. No retainage.

                            THERIAULT INDUSTRIES INC.
                            *Marilyn Theriault*
                            Marilyn Theriault

EXHIBIT 12
PAGE 6 OF 15

| | |
|---|---|
| CONTRACT N0: | 01-020.07 |
| PROJECT: | CITY OF HOMER – KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK |
| HCC AGREEMENT WITH: | THERIAULT INDUSTRIES, INC. |

# **_EXHIBIT D_**

This exhibit includes the spreadsheet produced by Hurlen Construction Company and sent to Theriault Industries for production of pipe piles on the project. The quantities shown on this spreadsheet represent the payment quantities for this subcontract. The quantities also represent the order lengths and coating lengths of the piles for the project.

## PRODUCTION PILE TAKEOFF

| WORK LOCATION | ROW - E/W | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT - CUTOFF TO TIP FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA. | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPORT BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E. Trestle | R' | 3 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 1 | Thor | 32 | 20 | Cleat/Cone | 1 |
| E. Trestle | R' | 3 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 2 | Thor | 32 | 20 | Cleat/Cone | 2 |
| E. Trestle | R' | 2 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 3 | Thor | 32 | 20 | Cleat/Cone | 3 |
| E. Trestle | R' | 2 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 4 | Thor | 32 | 20 | Cleat/Cone | 4 |
| E. Trestle | R' | 1 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 5 | Thor | 32 | 20 | Cleat/Cone | 5 |
| E. Trestle | R' | 1 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 6 | Thor | 32 | 20 | Cleat/Cone | 6 |
| E. Trestle | Q' | 4 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 7 | Thor | 24 | 23 | Cleat/Cone | 7 |
| E. Trestle | Q' | 4 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 8 | Thor | 24 | 23 | Cleat/Cone | 8 |
| E. Trestle | Q' | 3 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 9 | Thor | 24 | 23 | Cleat/Cone | 9 |
| E. Trestle | Q' | 3 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 10 | Thor | 24 | 23 | Cleat/Cone | 10 |
| E. Trestle | Q' | 2 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 11 | Thor | 24 | 23 | Cleat/Cone | 11 |
| E. Trestle | Q' | 2 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 12 | Thor | 24 | 23 | Cleat/Cone | 12 |
| E. Trestle | Q' | 1 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 13 | Thor | 24 | 23 | Cleat/Cone | 13 |
| E. Trestle | Q' | 1 | 25.33 | 60 | 85.33 | 4 | 1.054 | 89.9 | 90 | 1 | 92.0 | 14 | Thor | 24 | 23 | Cleat/Cone | 14 |
| M. Dolpin | D | 2 | 29.88 | 95 | 124.88 | 3 | 1.054 | 131.6 | 132 | 1 | 134 | 123 | M1 | -16 | 67 | Plate | 15 |
| M. Dolpin | D | 2 | 29.88 | 95 | 124.88 | 3 | 1.054 | 131.6 | 132 | 1 | 134 | 122 | M1 | -16 | 67 | Plate | 16 |
| M. Dolpin | D | 1 | 29.88 | 110 | 139.88 | 3 | 1.054 | 147.4 | 148 | 1 | 150 | 121 | M1 | -18 | 69 | Plate | 17 |
| M. Dolpin | D | 1 | 29.88 | 110 | 139.88 | 3 | 1.054 | 147.4 | 148 | 1 | 150 | 120 | M1 | -18 | 69 | Plate | 18 |
| Dolpin 2 | D | 3 | 29.38 | 150 | 179.38 | 5 | 1.077 | 193.2 | 194 | 1 | 196 | 119 | M1 | -40 | 91 | Plate | 19 |
| Dolpin 2 | D | 3 | 29.38 | 150 | 179.38 | 5 | 1.077 | 193.2 | 194 | 1 | 196 | 118 | M1 | -40 | 91 | Plate | 20 |
| Dolpin 2 | D | 2 | 29.38 | 150 | 179.38 | 3 | 1.054 | 189.1 | 190 | 1 | 192 | 117 | M1 | -42 | 93 | Plate | 21 |
| Dolpin 2 | D | 2 | 29.38 | 150 | 179.38 | 3 | 1.054 | 189.1 | 190 | 1 | 192 | 116 | M1 | -42 | 93 | Plate | 22 |
| Dolpin 2 | D | 1 | 29.38 | 150 | 179.38 | 1 | 1 | 179.4 | 180 | 1 | 182 | 115 | M1 | -42 | 93 | Plate | 23 |
| Dolpin 1 | D | 3 | 29.38 | 150 | 179.38 | 5 | 1.077 | 193.2 | 194 | 1 | 196 | 114 | M1 | -38 | 89 | Plate | 24 |
| Dolpin 1 | D | 3 | 29.38 | 150 | 179.38 | 5 | 1.077 | 193.2 | 194 | 1 | 196 | 113 | M1 | -38 | 89 | Plate | 25 |
| Dolpin 1 | D | 2 | 29.38 | 150 | 179.38 | 3 | 1.054 | 189.1 | 190 | 1 | 192 | 112 | M1 | -40 | 91 | Plate | 26 |
| Dolpin 1 | D | 2 | 29.38 | 150 | 179.38 | 3 | 1.054 | 189.1 | 190 | 1 | 192 | 111 | M1 | -40 | 91 | Plate | 27 |
| Dolpin 1 | D | 1 | 29.38 | 150 | 179.38 | 1 | 1 | 179.4 | 180 | 1 | 182 | 110 | M1 | -40 | 91 | Plate | 28 |
| Dock | A | 1 | 26.75 | 140 | 166.75 | 1 | 1 | 166.8 | 167 | 1 | 169 | 109 | M1 | -50 | 98 | Plate | 29 |
| Dock | A | 2 | 26.75 | 140 | 166.75 | 1 | 1 | 166.8 | 167 | 1 | 169 | 108 | M1 | -50 | 98 | Plate | 30 |
| Dock | A | 3 | 26.75 | 140 | 166.75 | 1 | 1 | 166.8 | 167 | 1 | 169 | 107 | M1 | -48 | 96 | Plate | 31 |
| Dock | B | 1 | 26.75 | 132 | 158.75 | 1 | 1 | 158.8 | 159 | 1 | 161 | 106 | M1 | -44 | 92 | Plate | 32 |

BARGE LOADOUT 6/3/2001 8:51 PM

EXHIBIT 12
PAGE 8 OF 15

| WORK LOCATION | ROW - E/W | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT - TIP TO CUTOFF FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA. | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPORT BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dock | B | 2 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 105 | M1 | -42 | 88 | Plate | 33 |
| Dock | B | 2 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 104 | M1 | -42 | 88 | Plate | 34 |
| Dock | B | 3 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 103 | M1 | -41 | 87 | Plate | 35 |
| Dock | B | 3 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 102 | M1 | -41 | 87 | Plate | 36 |
| Dock | C | 1 | 26.75 | 128 | 154.75 | 1 | 1 | 154.8 | 155 | 1 | 157 | 101 | M1 | -38 | 86 | Plate | 37 |
| Dock | C | 2 | 26.75 | 128 | 154.75 | 1 | 1 | 154.8 | 155 | 1 | 157 | 100 | M1 | -37 | 85 | Plate | 38 |
| Dock | C | 3 | 26.75 | 128 | 154.75 | 1 | 1 | 154.8 | 155 | 1 | 157 | 99 | M1 | -36 | 84 | Plate | 39 |
| Dock | A | 4 | 26.75 | 137 | 163.75 | 1 | 1 | 163.8 | 164 | 1 | 166 | 98 | M1 | -48 | 96 | Plate | 40 |
| Dock | B | 4 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 97 | M1 | -40 | 86 | Plate | 41 |
| Dock | B | 4 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 96 | M1 | -40 | 86 | Plate | 42 |
| Dock | A | 5 | 26.75 | 137 | 163.75 | 1 | 1 | 163.8 | 164 | 1 | 166 | 95 | M1 | -48 | 96 | Plate | 43 |
| Dock | B | 5 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 94 | M1 | -38 | 84 | Plate | 44 |
| Dock | B | 5 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 93 | M1 | -38 | 84 | Plate | 45 |
| Dock | A | 6 | 23.75 | 150 | 173.75 | 2 | 1.054 | 183.1 | 184 | 1 | 186 | 92 | M1 | -48 | 93 | Plate | 46 |
| Dock | A | 6 | 23.75 | 150 | 173.75 | 2 | 1.054 | 183.1 | 184 | 1 | 186 | 91 | M1 | -43 | 88 | Plate | 47 |
| Dock | B | 6 | 23.75 | 150 | 173.75 | 2 | 1.054 | 183.1 | 184 | 1 | 186 | 90 | M1 | -48 | 93 | Plate | 48 |
| Dock | B | 6 | 23.75 | 150 | 173.75 | 2 | 1.054 | 183.1 | 184 | 1 | 186 | 89 | M1 | -43 | 88 | Plate | 49 |
| Dock | B | 6 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 88 | M1 | -38 | 83 | Plate | 50 |
| Dock | B | 6 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 87 | M1 | -38 | 83 | Plate | 51 |
| Dock | A | 7 | 26.75 | 135 | 161.75 | 1 | 1 | 161.8 | 162 | 1 | 164 | 86 | M1 | -45 | 93 | Plate | 52 |
| Dock | B | 7 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 85 | M1 | -36 | 82 | Plate | 53 |
| Dock | B | 7 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 84 | M1 | -36 | 82 | Plate | 54 |
| Dock | A | 8 | 26.75 | 132 | 158.75 | 1 | 1 | 158.8 | 159 | 1 | 161 | 83 | M1 | -44 | 92 | Plate | 55 |
| Dock | B | 8 | 26.75 | 126 | 152.75 | 1 | 1 | 152.8 | 153 | 1 | 155 | 82 | M1 | -34 | 82 | Plate | 56 |
| Dock | A | 9 | 26.75 | 132 | 158.75 | 1 | 1 | 158.8 | 159 | 1 | 161 | 81 | M1 | -42 | 90 | Plate | 57 |
| Dock | B | 9 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 80 | M1 | -32 | 78 | Plate | 58 |
| Dock | B | 9 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 79 | M1 | -32 | 78 | Plate | 59 |
| Dock | A | 10 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 78 | M1 | -36 | 82 | Plate | 60 |
| Dock | A | 10 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 77 | M1 | -37 | 86 | Plate | 61 |
| Dock | A | 10 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 76 | M1 | -41 | 82 | Plate | 62 |
| Dock | A | 10 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 75 | M1 | -37 | 86 | Plate | 63 |
| Dock | B | 10 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 74 | M1 | -41 | 86 | Plate | 64 |
| Dock | B | 10 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 73 | M1 | -31 | 76 | Plate | 65 |
| Dock | A | 11 | 26.75 | 126 | 152.75 | 1 | 1 | 152.8 | 153 | 1 | 155 | 72 | M1 | -38 | 86 | Plate | 66 |

BARGE LOADOUT 6/3/2001 8:51 PM

2

EXHIBIT 12
PAGE 9 OF 15

| WORK LOCATION | ROW - E/W | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT - TIP TO CUTOFF FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA. | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPORT BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dock | B | 11 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 71 | M1 | -29 | 75 | Plate | 67 |
| Dock | B | 11 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 70 | M1 | -29 | 75 | Plate | 68 |
| Dock | A | 12 | 26.75 | 126 | 152.75 | 1 | 1 | 152.8 | 153 | 1 | 155 | 69 | M1 | -37 | 85 | Plate | 69 |
| Dock | B | 12 | 26.75 | 120 | 146.75 | 1 | 1 | 146.8 | 147 | 1 | 149 | 68 | M1 | -26 | 74 | Plate | 70 |
| Dock | A | 13 | 26.75 | 126 | 152.75 | 1 | 1 | 152.8 | 153 | 1 | 155 | 67 | M1 | -36 | 84 | Plate | 71 |
| Dock | B | 13 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 66 | M1 | -26 | 72 | Plate | 72 |
| Dock | B | 13 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 65 | M1 | -26 | 72 | Plate | 73 |
| Dock | A | 14 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 64 | M1 | -32 | 77 | Plate | 74 |
| Dock | A | 14 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 63 | M1 | -32 | 77 | Plate | 75 |
| Dock | A | 14 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 62 | M1 | -32 | 77 | Plate | 76 |
| Dock | B | 14 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 61 | M1 | -36 | 81 | Plate | 77 |
| Dock | B | 14 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 60 | M1 | -30 | 75 | Plate | 78 |
| Dock | B | 14 | 23.75 | 150 | 173.75 | 3 | 1.054 | 183.1 | 184 | 1 | 186 | 59 | M1 | -30 | 75 | Plate | 79 |
| Dock | A | 15 | 26.75 | 126 | 152.75 | 1 | 1 | 152.8 | 153 | 1 | 155 | 58 | M1 | -36 | 84 | Plate | 80 |
| Dock | B | 15 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 57 | M1 | -30 | 76 | Plate | 81 |
| Dock | B | 15 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 56 | M1 | -30 | 76 | Plate | 82 |
| Dock | A | 16 | 26.75 | 120 | 146.75 | 1 | 1 | 146.8 | 147 | 1 | 149 | 55 | M1 | -37 | 85 | Plate | 83 |
| Dock | B | 16 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 54 | M1 | -32 | 78 | Plate | 84 |
| Dock | B | 16 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 53 | M1 | -32 | 78 | Plate | 85 |
| Dock | A | 19 | 26.75 | 130 | 156.75 | 1 | 1 | 156.8 | 157 | 1 | 159 | 52 | M1 | -38 | 86 | Plate | 86 |
| Dock | A | 18 | 26.75 | 130 | 156.75 | 1 | 1 | 156.8 | 157 | 1 | 159 | 51 | M1 | -40 | 88 | Plate | 87 |
| Dock | A | 17 | 26.75 | 130 | 156.75 | 1 | 1 | 156.8 | 157 | 1 | 159 | 50 | M1 | -39 | 87 | Plate | 88 |
| Dock | B | 19 | 26.75 | 124 | 150.75 | 1 | 1 | 150.8 | 151 | 1 | 153 | 49 | M1 | -32 | 80 | Plate | 89 |
| Dock | B | 18 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 48 | M1 | -34 | 80 | Plate | 90 |
| Dock | B | 18 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 47 | M1 | -34 | 80 | Plate | 91 |
| Dock | B | 17 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 46 | M1 | -34 | 80 | Plate | 92 |
| Dock | B | 17 | 24.25 | 150 | 174.25 | 3 | 1.054 | 183.7 | 184 | 1 | 186 | 45 | M1 | -34 | 80 | Plate | 93 |
| Dock | C' | 19 | 26.75 | 118 | 144.75 | 1 | 1 | 144.8 | 145 | 1 | 147 | 44 | M1 | -36 | 84 | Plate | 94 |
| Dock | C' | 18 | 26.75 | 118 | 144.75 | 1 | 1 | 144.8 | 145 | 1 | 147 | 43 | M1 | -38 | 86 | Plate | 95 |
| Dock | C' | 17 | 26.75 | 118 | 144.75 | 1 | 1 | 144.8 | 145 | 1 | 147 | 42 | M1 | -38 | 86 | Plate | 96 |
| E. Trestle | D' | 1 | 26.74 | 116 | 142.74 | 1 | 1 | 142.7 | 143 | 1 | 145.0 | 41 | M1 | -22 | 70 | Plate | 97 |
| E. Trestle | D' | 2 | 26.74 | 116 | 142.74 | 1 | 1 | 142.7 | 143 | 1 | 145.0 | 40 | M1 | -24 | 72 | Plate | 98 |
| E. Trestle | E' | 1 | 26.57 | 108 | 134.57 | 1 | 1 | 134.6 | 135 | 1 | 137.0 | 39 | M1 | -16 | 64 | Plate | 99 |
| E. Trestle | E' | 2 | 24.07 | 125 | 149.07 | 3 | 1.054 | 157.1 | 158 | 1 | 160.0 | 38 | M1 | -18 | 64 | Plate | 100 |

BARGE LOADOUT 6/3/2001 8:51 PM

3

EXHIBIT 12
PAGE 10 OF 15

| WORK LOCATION | ROW - E/W | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT TIP TO CUTOFF FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA. | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPORT BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E. Trestle | E' | 2 | 24.07 | 125 | 149.07 | 3 | 1.054 | 157.1 | 158 | 1 | 160.0 | 37 | M1 | -18 | 64 | Plate | 101 |
| E. Trestle | G' | 1 | 26.40 | 98 | 124.4 | 1 | 1 | 124.4 | 125 | 1 | 127.0 | 36 | M1 | -8 | 56 | Plate | 102 |
| E. Trestle | G' | 2 | 23.90 | 115 | 138.9 | 3 | 1.054 | 146.4 | 147 | 1 | 149.0 | 35 | M1 | -10 | 55 | Plate | 103 |
| E. Trestle | G' | 2 | 23.90 | 115 | 138.9 | 3 | 1.054 | 146.4 | 147 | 1 | 149.0 | 34 | M1 | -10 | 55 | Plate | 104 |
| E. Trestle | H' | 1 | 26.23 | 93 | 119.23 | 1 | 1 | 119.2 | 120 | 1 | 122.0 | 33 | M1 | -2 | 50 | Plate | 105 |
| E. Trestle | H' | 2 | 23.73 | 110 | 133.73 | 3 | 1.054 | 141.0 | 141 | 1 | 143.0 | 32 | M1 | -3 | 48 | Plate | 106 |
| E. Trestle | H' | 2 | 23.73 | 110 | 133.73 | 3 | 1.054 | 141.0 | 141 | 1 | 143.0 | 31 | M1 | -3 | 48 | Plate | 107 |
| E. Trestle | I' | 1 | 26.06 | 90 | 116.06 | 1 | 1 | 116.1 | 117 | 1 | 119.0 | 30 | M1 | 0 | 48 | Plate | 108 |
| E. Trestle | I' | 2 | 26.06 | 90 | 116.06 | 1 | 1 | 116.1 | 117 | 1 | 119.0 | 29 | M1 | 0 | 48 | Plate | 109 |
| E. Trestle | K' | 1 | 25.89 | 88 | 113.89 | 1 | 1 | 113.9 | 114 | 1 | 116.0 | 28 | M1 | 2 | 45 | Plate | 110 |
| E. Trestle | K' | 2 | 25.89 | 88 | 113.89 | 1 | 1 | 113.9 | 114 | 1 | 116.0 | 27 | M1 | 2 | 45 | Plate | 111 |
| E. Trestle | L' | 1 | 25.72 | 85 | 110.72 | 1 | 1 | 110.7 | 111 | 1 | 113.0 | 26 | M1 | 5 | 42 | Plate | 112 |
| E. Trestle | L' | 2 | 25.72 | 85 | 110.72 | 1 | 1 | 110.7 | 111 | 1 | 113.0 | 25 | M1 | 5 | 42 | Plate | 113 |
| E. Trestle | M' | 1 | 25.55 | 77 | 102.55 | 2 | 1 | 102.6 | 103 | 1 | 105.0 | 24 | M1 | 8 | 39 | Cone-60 | 114 |
| E. Trestle | M' | 2 | 23.05 | 95 | 118.05 | 3 | 1.054 | 124.4 | 125 | 1 | 127.0 | 23 | M1 | 8 | 37 | Cone-60 | 115 |
| E. Trestle | M' | 2 | 23.05 | 95 | 118.05 | 3 | 1.054 | 124.4 | 125 | 1 | 127.0 | 22 | M1 | 8 | 37 | Cone-60 | 116 |
| E. Trestle | N' | 1 | 25.38 | 75 | 100.38 | 2 | 1 | 100.4 | 101 | 1 | 103.0 | 21 | M1 | 11 | 36 | Cone-60 | 117 |
| E. Trestle | N' | 2 | 25.38 | 75 | 100.38 | 2 | 1 | 100.4 | 101 | 1 | 103.0 | 20 | M1 | 11 | 36 | Cone-60 | 118 |
| E. Trestle | O' | 1 | 25.21 | 70 | 95.21 | 2 | 1 | 95.2 | 96 | 1 | 98.0 | 19 | M1 | 15 | 32 | Cone-60 | 119 |
| E. Trestle | O' | 2 | 22.71 | 80 | 102.71 | 3 | 1.054 | 108.3 | 109 | 1 | 111.0 | 18 | M1 | 15 | 29 | Cone-60 | 120 |
| E. Trestle | O' | 2 | 22.71 | 80 | 102.71 | 3 | 1.054 | 108.3 | 109 | 1 | 111.0 | 17 | M1 | 15 | 29 | Cone-60 | 121 |
| E. Trestle | P' | 1 | 25.04 | 65 | 90.04 | 2 | 1 | 90.0 | 91 | 1 | 93.0 | 16 | M1 | 19 | 28 | Cone-60 | 122 |
| E. Trestle | P' | 2 | 25.04 | 65 | 90.04 | 2 | 1 | 90.0 | 91 | 1 | 93.0 | 15 | M1 | 19 | 28 | Cone-60 | 123 |
| W. Trestle | D | 1 | 26.75 | 126 | 152.75 | 1 | 1 | 152.8 | 153 | 1 | 155 | 184 | M2 | -36 | 84 | Plate | 124 |
| W. Trestle | D | 1 | 24.25 | 126 | 150.25 | 3 | 1.054 | 158.4 | 159 | 1 | 161 | 183 | M2 | -36 | 82 | Plate | 125 |
| W. Trestle | D | 2 | 24.25 | 126 | 150.25 | 3 | 1.054 | 158.4 | 159 | 1 | 161 | 182 | M2 | -32 | 78 | Plate | 126 |
| W. Trestle | D | 2 | 24.25 | 126 | 150.25 | 3 | 1.054 | 158.4 | 159 | 1 | 161 | 181 | M2 | -32 | 78 | Plate | 127 |
| W. Trestle | E | 1 | 26.75 | 120 | 146.75 | 1 | 1 | 146.8 | 147 | 1 | 149 | 180 | M2 | -29 | 77 | Plate | 128 |
| W. Trestle | E | 1 | 26.75 | 120 | 146.75 | 1 | 1 | 146.8 | 147 | 1 | 149 | 179 | M2 | -29 | 77 | Plate | 129 |
| W. Trestle | E | 2 | 26.75 | 122 | 148.75 | 1 | 1 | 148.8 | 149 | 1 | 151 | 178 | M2 | -27 | 75 | Plate | 130 |
| W. Trestle | E | 2 | 26.75 | 122 | 148.75 | 1 | 1 | 148.8 | 149 | 1 | 151 | 177 | M2 | -27 | 75 | Plate | 131 |
| W. Trestle | E | 3 | 26.75 | 125 | 151.75 | 1 | 1 | 151.8 | 152 | 1 | 154 | 176 | M2 | -25 | 73 | Plate | 132 |
| W. Trestle | E | 3 | 26.75 | 125 | 151.75 | 1 | 1 | 151.8 | 152 | 1 | 154 | 175 | M2 | -25 | 73 | Plate | 133 |
| W. Trestle | G | 1 | 26.75 | 110 | 136.75 | 1 | 1 | 136.8 | 137 | 1 | 139 | 174 | M2 | -21 | 69 | Plate | 134 |

BARGE LOADOUT 6/3/2001 8:51 PM

4

EXHIBIT 12
PAGE 11 OF 15

| WORK LOCATION | ROW - E/W | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT - TIP TO CUTOFF FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPOR T BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W. Trestle | G | 2 | 24.25 | 115 | 139.25 | 3 | 1.054 | 146.8 | 147 | 1 | 149 | 173 | M2 | -16 | 62 | Plate | 135 |
| W. Trestle | G | 2 | 24.25 | 115 | 139.25 | 3 | 1.054 | 146.8 | 147 | 1 | 149 | 172 | M2 | -16 | 62 | Plate | 136 |
| W. Trestle | H | 1 | 26.75 | 105 | 131.75 | 1 | 1 | 131.8 | 132 | 1 | 134 | 171 | M2 | -16 | 64 | Plate | 137 |
| W. Trestle | H | 2 | 24.25 | 110 | 134.25 | 3 | 1.054 | 141.5 | 142 | 1 | 144 | 170 | M2 | -12 | 58 | Plate | 138 |
| W. Trestle | H | 2 | 24.25 | 110 | 134.25 | 3 | 1.054 | 141.5 | 142 | 1 | 144 | 169 | M2 | -12 | 58 | Plate | 139 |
| W. Trestle | I | 1 | 26.75 | 110 | 136.75 | 1 | 1 | 136.8 | 137 | 1 | 139 | 168 | M2 | -15 | 63 | Plate | 140 |
| W. Trestle | I | 2 | 24.25 | 105 | 129.25 | 3 | 1.054 | 136.2 | 137 | 1 | 139 | 167 | M2 | -10 | 56 | Plate | 141 |
| W. Trestle | I | 2 | 24.25 | 105 | 129.25 | 3 | 1.054 | 136.2 | 137 | 1 | 139 | 166 | M2 | -10 | 56 | Plate | 142 |
| W. Trestle | K | 1 | 26.75 | 105 | 131.75 | 1 | 1 | 131.8 | 132 | 1 | 134 | 165 | M2 | -12 | 60 | Plate | 143 |
| W. Trestle | K | 2 | 24.25 | 105 | 129.25 | 3 | 1.054 | 136.2 | 137 | 1 | 139 | 164 | M2 | -7 | 53 | Plate | 144 |
| W. Trestle | K | 2 | 24.25 | 105 | 129.25 | 3 | 1.054 | 136.2 | 137 | 1 | 139 | 163 | M2 | -7 | 53 | Plate | 145 |
| W. Trestle | L | 1 | 26.75 | 103 | 129.75 | 1 | 1 | 129.8 | 130 | 1 | 132 | 162 | M2 | -8 | 56 | Plate | 146 |
| W. Trestle | L | 1 | 26.75 | 103 | 129.75 | 1 | 1 | 129.8 | 130 | 1 | 132 | 161 | M2 | -8 | 56 | Plate | 147 |
| W. Trestle | L | 2 | 24.25 | 100 | 126.75 | 1 | 1 | 126.8 | 127 | 1 | 129 | 160 | M2 | -6 | 54 | Plate | 148 |
| W. Trestle | L | 2 | 24.25 | 100 | 126.75 | 1 | 1 | 126.8 | 127 | 1 | 129 | 159 | M2 | -6 | 54 | Plate | 149 |
| W. Trestle | L | 3 | 26.75 | 100 | 126.75 | 1 | 1 | 126.8 | 127 | 1 | 129 | 158 | M2 | -4 | 52 | Plate | 150 |
| W. Trestle | L | 3 | 26.75 | 100 | 126.75 | 1 | 1 | 126.8 | 127 | 1 | 129 | 157 | M2 | -4 | 52 | Plate | 151 |
| W. Trestle | M | 1 | 26.75 | 100 | 126.75 | 1 | 1 | 126.8 | 127 | 1 | 129 | 156 | M2 | -4 | 52 | Plate | 152 |
| W. Trestle | M | 2 | 24.25 | 100 | 124.25 | 3 | 1.054 | 131.0 | 131 | 1 | 133 | 155 | M2 | 0 | 46 | Plate | 153 |
| W. Trestle | M | 2 | 24.25 | 100 | 124.25 | 3 | 1.054 | 131.0 | 131 | 1 | 133 | 154 | M2 | 0 | 46 | Plate | 154 |
| W. Trestle | N | 1 | 26.75 | 82 | 108.75 | 1 | 1 | 108.8 | 109 | 1 | 111 | 153 | M2 | 2 | 46 | Plate | 155 |
| W. Trestle | N | 2 | 24.25 | 90 | 114.25 | 4 | 1.054 | 120.4 | 121 | 1 | 123 | 152 | M2 | 2 | 44 | Cone-60 | 156 |
| W. Trestle | N | 2 | 24.25 | 90 | 114.25 | 4 | 1.054 | 120.4 | 121 | 1 | 123 | 151 | M2 | 2 | 44 | Cone-60 | 157 |
| W. Trestle | O | 1 | 26.75 | 80 | 106.75 | 1 | 1 | 106.8 | 107 | 1 | 109 | 150 | M2 | 5 | 43 | Plate | 158 |
| W. Trestle | O | 2 | 24.25 | 90 | 114.25 | 4 | 1.054 | 120.4 | 121 | 1 | 123 | 149 | M2 | 6 | 40 | Cone-60 | 159 |
| W. Trestle | O | 2 | 24.25 | 90 | 114.25 | 4 | 1.054 | 120.4 | 121 | 1 | 123 | 148 | M2 | 6 | 40 | Cone-60 | 160 |
| W. Trestle | P | 1 | 26.75 | 77 | 103.75 | 2 | 1 | 103.8 | 104 | 1 | 106 | 147 | M2 | 8 | 40 | Cone-60 | 161 |
| W. Trestle | P | 2 | 24.25 | 77 | 103.75 | 2 | 1 | 103.8 | 104 | 1 | 106 | 146 | M2 | 8 | 40 | Cone-60 | 162 |
| W. Trestle | Q | 1 | 26.75 | 72 | 98.75 | 2 | 1 | 98.8 | 99 | 1 | 101 | 145 | M2 | 11 | 37 | Cone-60 | 163 |
| W. Trestle | Q | 2 | 24.25 | 80 | 104.25 | 4 | 1.054 | 109.9 | 110 | 1 | 112 | 144 | M2 | 11 | 35 | Cone-60 | 164 |
| W. Trestle | Q | 2 | 24.25 | 80 | 104.25 | 4 | 1.054 | 109.9 | 110 | 1 | 112 | 143 | M2 | 11 | 35 | Cone-60 | 165 |
| W. Trestle | R | 1 | 26.75 | 67 | 93.75 | 2 | 1 | 93.8 | 94 | 1 | 96 | 142 | M2 | 16 | 32 | Cone-60 | 166 |
| W. Trestle | R | 2 | 24.25 | 80 | 104.25 | 4 | 1.054 | 109.9 | 110 | 1 | 112 | 141 | M2 | 18 | 28 | Cone-60 | 167 |
| W. Trestle | R | 2 | 24.25 | 80 | 104.25 | 4 | 1.054 | 109.9 | 110 | 1 | 112 | 140 | M2 | 18 | 28 | Cone-60 | 168 |

BARGE LOADOUT 6/3/2001 8:51 PM

5

EXHIBIT 12
PAGE 12 OF 15

| WORK LOCATION | ROW - E/W | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT - TIP TO CUTOFF FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA. | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPORT BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W. Trestle | S | 1 | 26.75 | 60 | 86.75 | 2 | 1 | 86.8 | 87 | 1 | 89 | 139 | M2 | 22 | 26 | Cone-60 | 169 |
| W. Trestle | S | 2 | 26.75 | 60 | 86.75 | 2 | 1 | 86.8 | 87 | 1 | 89 | 138 | M2 | 24 | 24 | Cone-60 | 170 |
| W. Trestle | T | 1 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 137 | M2 | 30 | 20 | Cleat/Cone | 171 |
| W. Trestle | T | 1 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 136 | M2 | 30 | 20 | Cleat/Cone | 172 |
| W. Trestle | T | 2 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 135 | M2 | 30 | 20 | Cleat/Cone | 173 |
| W. Trestle | T | 2 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 134 | M2 | 30 | 20 | Cleat/Cone | 174 |
| W. Trestle | T | 3 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 133 | M2 | 30 | 20 | Cleat/Cone | 175 |
| W. Trestle | T | 3 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 132 | M2 | 30 | 20 | Cleat/Cone | 176 |
| W. Trestle | T | 4 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 131 | M2 | 32 | 20 | Cleat/Cone | 177 |
| W. Trestle | T | 4 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 130 | M2 | 32 | 20 | Cleat/Cone | 178 |
| W. Trestle | U | 1 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 129 | M2 | 32 | 20 | Cleat/Cone | 179 |
| W. Trestle | U | 1 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 128 | M2 | 32 | 20 | Cleat/Cone | 180 |
| W. Trestle | U | 2 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 127 | M2 | 32 | 20 | Cleat/Cone | 181 |
| W. Trestle | U | 2 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 126 | M2 | 32 | 20 | Cleat/Cone | 182 |
| W. Trestle | U | 3 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 125 | M2 | 32 | 20 | Cleat/Cone | 183 |
| W. Trestle | U | 3 | 26.75 | 65 | 91.75 | 4 | 1.054 | 96.7 | 97 | 1 | 99 | 124 | M2 | 32 | 20 | Cleat/Cone | 184 |
| TOTALS: | | | | | | | | Feet 26,130 | Feet 26,206 | Qty 184 | Feet 26,574 | | | | Feet 11,244 | | |

| | Feet | Feet | Count | Feet | Tons |
|---|---|---|---|---|---|
| New Dock | 10,709 | 10,739 | 68 | 10,875 | 856 |
| West Trestle | 10,524 | 10,557 | 72 | 10,701 | 843 |
| East Trestle | 4,606 | 4,619 | 41 | 4,701 | 370 |
| Dolpins | 290 | 291 | 3 | 297 | 23 |
| TOTALS: | 26,130 | 26,206 | 184 | 26,574 | 2,093 |

WEIGHTS IN LBS./LIN. FT.

| | | |
|---|---|---|
| Production Piles: | 30" | 157.5 |
| Fender Piles: | 24" | 126.8 |

BARGE LOADOUT  6/3/2001  8:51 PM

6

EXHIBIT 12
PAGE 13 OF 15

## FENDER PILE TAKEOFF

| WORK LOCATION | ROW - E/W | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT - TIP TO CUTOFF FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA. | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPORT BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North Face | D2 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 185 | M2 | -42 | 94 | None | 185 |
| North Face | D2 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 186 | M2 | -42 | 94 | None | 186 |
| North Face | D1 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 187 | M2 | -40 | 92 | None | 187 |
| North Face | D1 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 188 | M2 | -40 | 92 | None | 188 |
| North Face | 19 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 189 | M2 | -39 | 91 | None | 18. |
| North Face | 19 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 190 | M2 | -39 | 91 | None | 190 |
| North Face | 17 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 191 | M2 | -40 | 92 | None | 191 |
| North Face | 17 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 192 | M2 | -40 | 92 | None | 192 |
| North Face | 15 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 193 | M2 | -37 | 89 | None | 193 |
| North Face | 15 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 194 | M2 | -37 | 89 | None | 194 |
| North Face | 13 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 195 | M2 | -38 | 90 | None | 195 |
| North Face | 13 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 196 | M2 | -38 | 90 | None | 196 |
| North Face | 11 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 197 | M2 | -40 | 92 | None | 197 |
| North Face | 11 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 198 | M2 | -40 | 92 | None | 198 |
| North Face | 9 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 199 | M2 | -43 | 95 | None | 199 |
| North Face | 9 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 200 | M2 | -43 | 95 | None | 200 |
| North Face | 7 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 201 | M2 | -47 | 99 | None | 201 |
| North Face | 7 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 202 | M2 | -47 | 99 | None | 202 |
| North Face | 5 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 203 | M2 | -49 | 101 | None | 203 |
| North Face | 5 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 204 | M2 | -49 | 101 | None | 204 |
| North Face | 3 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 205 | M2 | -50 | 102 | None | 2C |
| North Face | 3 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 206 | M2 | -50 | 102 | None | 206 |
| North Face | 1 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 207 | M2 | -51 | 103 | None | 207 |
| North Face | 1 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 208 | M2 | -51 | 103 | None | 208 |
| East Face | 1 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 209 | M2 | -51 | 103 | None | 209 |
| East Face | 1 | A | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 210 | M2 | -44 | 96 | None | 210 |
| East Face | 1 | B | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 211 | M2 | -44 | 96 | None | 211 |
| East Face | 1 | B | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 212 | M2 | -44 | 96 | None | 212 |
| East Face | 1 | E | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 213 | M2 | -30 | 82 | None | 213 |
| East Face | 1 | E | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 214 | M2 | -30 | 82 | None | 214 |
| East Face | 1 | H | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 215 | M2 | -17 | 69 | None | 215 |
| East Face | 1 | H | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 216 | M2 | -17 | 69 | None | 216 |

BARGE LOADOUT 6/3/2001 8:51 PM

7

EXHIBIT 12
PAGE 14 OF 15

| WORK LOCATION | ROW - E.W. | BENT - N/S | CUTOFF ELEVATION FT. | TIP ELEVATION FT. | HEIGHT - TIP TO CUTOFF FT. | TYPE OF BATTER | DEGREE OF BATTER | ADJUSTED LENGTH FT. | ROUNDED LENGTH FT. | QUANTITY NEEDED EA. | ORDER LENGTH FT. | CONST SEQUENCE | TRANSPORT BARGE | MUDLINE ELEVATION FT. | COATING LENGTH FT. | DRIVING SHOE TYPE | DELIVERY SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Face | 1 | K | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 217 | M2 | -12 | 64 | None | 217 |
| East Face | 1 | K | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 218 | M2 | -12 | 64 | None | 218 |
| East Face | 1 | M | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 219 | M2 | -5 | 57 | None | 219 |
| East Face | 1 | M | 30.46 | 85 | 115.46 | - | 1 | 115.5 | 116 | 1 | 118 | 220 | M2 | -5 | 57 | None | 220 |

TOTALS:

| Feet | Feet | Qty | Feet | | | | Feet |
|---|---|---|---|---|---|---|---|
| 4,157 | 4,176 | 36 | 4,248 | | | | 3,222 |

| | Feet | Feet | Count | Feet | Tons |
|---|---|---|---|---|---|
| West Trestle | 4,157 | 4,176 | 36 | 4,248 | 269 |

TOTALS: 4,157 | 4,176 | 36 | 4,248 | 269

**WEIGHTS IN LBS./LIN. FT.**

| Fender Piles: | 24" | 126.8 |
|---|---|---|

BARGE LOADOUT 6/3/2001 8:51 PM

8

EXHIBIT 12
PAGE 15 OF 15