Sent By: HURLEN CONST;                    2067621854;        Feb-5-    7:13;          Page 5/5
                                                                                        P-4
    FEB 04 2002 5:38PM    HP LASERJET 3200
                                          2067621854;      Feb-4-02 17:14;      Page 2/2

nt By: HURLEN CONST;
    FEB-05-02 MON 02:22 PM    PUBLIC WORKS        FAX:9072353145        PAGE 1



# CITY OF HOMER

**PUBLIC WORKS**
3575 HEATH STREET        HOMER, AK 99603        TELEPHONE (907) 235-3170
                                                TELECOPIER (907) 235-3145

February 4, 2002

S. Scott McKellar, President
Hurlen Construction Company
700 S. Riverside Drive
Seattle, WA 98108

RE:    Kachemak Bay Multi-Purpose Ocean Dock
       Acknowledgement of Substantial Completion
       East Abutment to Bent L

Dear Mr. McKellar:

The City considers the dock to be substantially complete from the east abutment around to Bent L. The City will take beneficial occupancy of this portion of the dock as of February 5, 2002 per Article 5.33, of the General Conditions of the contract "Use of Completed or Uncompleted Portions".

Sincerely,

CITY OF HOMER

Carey S. Meyer, P.E.
Public Works Director

EXHIBIT 13
PAGE 1 OF 1