

4690 Homer Spit Rd. • Homer, AK 99603
Ph: (907) 235-1873 Fx: (907) 235-2146
www.hurlenconstruction.com

## FACSIMILE TRANSMITTAL

TO: HCC

ATTN: Scott

TELEPHONE: (206) 763-1230

FAX: (206) 762-1854

DATE: Monday, February 04, 2002

FROM: GRANT POOL, PROJECT MANAGER

TOTAL NO. PAGES (INCLUDING COVER SHEET): 3/4

COMMENTS:

Scott:

Per the request in your attached fax, I have looked at the work complete to date vs. the work to finish. The best way to at this is from the Schedule of Values we submit to the Owner with our monthly invoice. I calculated the percentage complete as follows:

- Total Contract Amount with Change Orders = $10,900,000
- Total Work Complete as of Feb. 5th (Date of Substantial Completion to Bent L) = $ 9,600,000
- Percent Complete as of Feb. 5th = 88%

Attached is a view of the project layout and I have depicted the areas that are either totally complete, substantially complete, and not substantially complete. The Coast Guard will permanently move to the West Berth of the new dock tomorrow, Feb. 5th. Their current access will be from the East Abutment and they will not be using the area from Bent L to the West Abutment where we are still working. HCC crews will be the only personnel allowed in this area until it is substantially complete. The only thing left to do before opening this area to traffic is to pour cast-in-place concrete at the cap closures and install the bull-rail. This should be a wrap by the end of February.

The remaining work items primarily involve work from the surface of the dock or on the uplands portion of the project. Current schedule shows this work to finish in late July or early August.

TRAVELERS **200144**

ACC/Hurlen v. Zurich & Travelers

EXHIBIT 14

PAGE 1 OF 3

HURLEN
CONSTRUCTION
COMPANY

P.O. Box 80945
700 S. Riverside Dr.
Seattle, WA 98108
(206) 763-1230
FAX (206) 762-1854

## FAX TRANSMITTAL

| Date: | 2/4/02 | Number of Pages Including this Sheet: | 2 |
|---|---|---|---|
| Deliver To: | Grant Pool | | |
| Company: | HCC Homer | | |
| Fax Number: | Auto — | | |

| From: | Scott McKellar |
|---|---|
| Company: | HURLEN CONSTRUCTION COMPANY |
| Fax Number: | 206-762-1854 |
| Subject: | Reduction in Bldr's Risk |

Message:

As discussed this PM, please analyze the % complete of #01-020 contract considering East abutment through bent L (see 2/4/02 letter from City of Homer attached). As you will be done with the 3 dolphins in a couple weeks and with the fender repairs at the existing dock, do not include these (nor future topside elect. & mechanical work on the accepted dock area). % remaining = ______ ??

Originals Will ☐ ~~Will Not ☐~~ Follow Under Separate Cover

TRAVELERS **200145**

ACC/Hurlen v. Zurich & Travelers
EXHIBIT 14
PAGE 2 OF 3



BERTH 4
HYDRANT PLATFORM
CORNER FENDER
WEST TRESTLE
EAST TRESTLE
EXISTING TIMBER DOCK
30' LIGHT POLE BASE
DOUBLE BIT BOLLARD
PORT UTILITY BUILDING
UTILITY TRESTLE
SHORE LINE
Dock 95% Complete & Substantially Complete @ Bent 4 to Bent L
Dock 100% Complete to Bent 4 with Exception of Electrical/Utility
Area Not Substantially Complete - No Traffic or Pedestrians until Early June - Piles & Precast Concrete Are in Place. Concrete Closures, Graded Joints And bull-Rail Are Pending based on weather
Dolphins will be Substantially Complete In Couple of weeks

TRAVELERS 200146

ACC/Hurlen v. Zurich & Travelers

Area comp

EXHIBIT 14
PAGE 3 OF 3