IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

RECEIVED
AUG 1 5 2003
OMR & B, Anch.

DOCKETED
Due Date 9-8-03
___ answer due
☐ NO ACTION

MRC HOLDINGS, INC., a Washington corporation, and AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., a foreign corporation,

Plaintiff,

v.

CITY OF HOMER, an Alaska municipal corporation, SHANNON & WILSON, INC., a foreign corporation, TRYCK NYMAN HAYES, INC., an Alaska corporation,

Defendant.

Case No. 3AN-03-9770 Civil

**ANSWER AND COUNTERCLAIM BY THE CITY OF HOMER**

Defendant City of Homer ("Answering Defendant") responds to Plaintiffs' Complaint as follows:

1. Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 and therefore denies these allegations.

2. Answering Defendant admits that Hurlen Construction Company ("Hurlen") and the City of Homer entered into a contract at issue in this lawsuit, wherein Hurlen agreed to do all the work and furnish all the materials necessary for the construction of the Kachemak Bay Multi-Purpose Ocean Dock. Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 2 and therefore denies these allegations.

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 1 of 8

[13126-1654/AA032230.006]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

EXHIBIT 16
PAGE 1 OF 8

P001607

3. Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 and therefore denies these allegations.

4. Answering Defendant admits the allegations contained in paragraph 4 of the complaint.

5. Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 and therefore denies these allegations.

6. Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 and therefore denies these allegations.

7. Answering Defendant admits the allegations contained in paragraph 7 of plaintiffs' Complaint.

8. Answering Defendant denies the allegations contained in paragraph 8 of Plaintiffs' Complaint.

9. Answering Defendant admits that the City of Homer and Hurlen entered into a contact, wherein Hurlen agreed to construct the Kachemak Bay Multi-Purpose Ocean Dock (the "Construction Contract"), and admits that the Construction Contract provided for substantial completion of Phase 1 by 12/31/01 and for completion of the Construction Contract in all respects by 10/15/02.

10. The Construction Contract between Hurlen and the City of Homer is the best evidence of the scope of work required of Hurlen therein. Plaintiffs' characterization of what the project included is therefore denied.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 2 of 8

[13126-1654/AA032230.006]

EXHIBIT 16
PAGE 2 OF 8
P001608

11. Answering Defendant admits that the City of Homer and Tryck Nyman Hayes, Inc. entered into a contract to provide professional services in connection with the Kachemak Bay Multi-Purpose Dock Project (the "Design Contract"). The Design Contract is the best evidence of Tryck Nyman Hayes, Inc.'s scope of work and accordingly Plaintiffs' allegations regarding the scope of that work are denied.

12. Answering Defendant admits that Shannon & Wilson, Inc. contracted with Tryck, Nyman and Hayes as a subconsultant. The contract between Tryck, Nyman and Hayes and Shannon and Wilson is the best evidence of its terms, and Answering Defendant therefore denies the remainder of Plaintiffs' allegations.

13. The City of Homer denies that the Construction Contract detailed the methods and means by which the contractor was to perform its work. In addition, the Construction Contract between Hurlen and the City of Homer identifies the contract documents and is the best evidence of its contents and sources of preparation. Accordingly, the remaining allegations in paragraph 13 of Plaintiffs' Complaint are also denied.

14. Answering Defendant denies that the work under the Construction Contract has been performed according to the Construction Contract documents and further denies that the project is complete but for "minor punchlist work." Hurlen failed to properly install corrosion protective coatings on the pilings supporting the dock and, despite notice and demand from the City of Homer, has failed to correct said defects in its performance. Further, Hurlen has failed to complete performance of other items of work, as identified in a letter and punchlist dated June 23, 2003, necessary to be completed for the Construction Contract.

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 3 of 8

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

[13126-1634/AA032230.006]

EXHIBIT 16
PAGE 3 OF 8          P001609

15. Answering Defendant denies the allegations contained in paragraph 15 of Plaintiffs' Complaint.

16. Answering Defendant denies the allegations contained in paragraph 16 of Plaintiffs' Complaint.

17. Answering Defendant denies the allegations contained in paragraph 17 of Plaintiffs' Complaint.

18. Answering Defendant denies the allegations contained in paragraph 18 of Plaintiffs' Complaint.

19. Hurlen's statement of belief in paragraph 19 is not an allegation to which a responsive statement is required and accordingly the averment in paragraph 19 is denied.

20. Answering Defendant denies the allegations contained in paragraph 20 of Plaintiffs' Complaint.

21. Answering Defendant denies the allegations contained in paragraph 21 of Plaintiffs' Complaint.

22. Answering Defendant admits that Hurlen made a verbal presentation to the City of Homer seeking an increase in the Construction Contract price, that Hurlen subsequently characterized its verbal presentation as a request under the Construction Contract for equitable adjustment, and admits that the City of Homer has denied Hurlen's request for equitable adjustment for the reason that said request is without merit.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 4 of 8

[13126-1654/AA032230.006]

EXHIBIT 16
PAGE 4 OF 8
P001610

23. Answering Defendant denies the allegations contained in paragraph 23 of Plaintiffs' Complaint. Hurlen has failed to correct material defects in its work and failed to complete the Construction Contract.

24. Answering Defendant hereby incorporates paragraphs 1-23 above as through fully set forth herein and further allege as follows.

25. Answering Defendant denies the allegations contained in paragraph 25 of Plaintiffs' Complaint.

26. Answering Defendant denies the allegations contained in paragraph 26 of Plaintiffs' Complaint.

27. Answering Defendant hereby incorporates paragraphs 1-27 above as through fully set forth herein and further allege as follows.

28. The allegations in plaintiffs' Complaint at paragraph 28-31 are directed to Defendant Tryck, Nyman Hayes, Inc., and according no responsive statement by the City of Homer is required. To the extent a response is required, the averments are denied.

29. See response to paragraph 28, above.

30. See response to paragraph 28, above.

31. See response to paragraph 28, above.

32. Answering Defendant hereby incorporates paragraphs 1-32 above as through fully set forth herein and further allege as follows.

33. Plaintiffs' averments in paragraphs 33-36 are directed to Defendant Shannon & Wilson, Inc., and accordingly, no responsive statement by the City of Homer is required. To the extent a response is required, the averments are denied.

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 5 of 8                                         [13126-1654/AA032230.006]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

P001611

EXHIBIT 16
PAGE 5 OF 8

34. See response to 33, above.

35. See response to 33, above.

36. See response to 33, above.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' allegations fail to state a claim upon which relief can be granted.

2. Plaintiffs MRC Holdings, Inc. and American Civil Constructors West Coast lack standing and/or capacity to bring suit or are not real parties in interest.

3. Plaintiffs' claims are barred by AS 08.18.151. Neither of the Plaintiffs was a licensed, registered contractor in Alaska at the time of contracting for the performance of the work.

4. Hurlen failed to give notice of its claims as required by the Construction Contract.

5. Plaintiffs' claims have been released by Hurlen.

6. Plaintiffs' claims fail for lack of consideration, in that Hurlen has failed to correct defective work and failed to complete its work under the Construction Contract.

7. Plaintiffs' claims are subject to offset for the City's costs of repairing Hurlen's defective work and completing the Construction Contract and for the loss of value due to the defective work.

8. The City of Homer reserves the right to amend its Answer to assert additional affirmative defenses as discovery may indicate.

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 6 of 8

[13126-1654/AA032230.006]

P001612


EXHIBIT 16
PAGE 6 OF 8

## COUNTERCLAIM AGAINST MRC HOLDINGS, INC., FORMERLY KNOWN AS HURLEN CONSTRUCTION COMPANY

1. On or about April 10, 2001, the City of Homer and Hurlen Construction Company ("Hurlen") entered into a contract for the performance of certain work related to the Kachemak Bay Multi-Purpose Ocean Dock.

2. The Construction Contract required Hurlen to perform all the work and furnish all the materials and machinery, in full compliance with the contract documents for the project.

3. Hurlen has failed to perform its contractual obligations in that:

    (a) Hurlen failed to properly perform corrosive coating protection work on the pilings supporting the dock; and

    (b) Hurlen failed to complete the Construction Contract work.

4. Despite demand, Hurlen has failed and refused to correct its defective performance of corrosive coating application and failed to complete the Construction Contract.

5. As a result of Hurlen's breaches of the Construction Contract as set forth above, the City of Homer has and will be damaged by the costs to correct and complete Hurlen's work and/or by the failure by Hurlen to provide a dock free from corrosion for the expected life cycle of the project.

WHEREFORE, Answering Defendant prays for relief as follows:

1. For judgment in favor of the City of Homer dismissing Plaintiffs' claims for relief;

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 7 of 8

[13126-1654/AA032230.006]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

P001613

EXHIBIT 16
PAGE 7 OF 8

2. For a judgment in favor of the City of Homer against MRC Holdings, Inc. on the City of Homer's counterclaim in the amount of damages to be proven at trial; and

3. For an award of interest, costs and attorneys' fees.

DATED at Anchorage, Alaska, this 14th day of August, 2003.

PERKINS COIE LLP
Attorneys for Defendant
City of Homer

By _____
Michael E. Kreger
Alaska Bar No. 8311170

I hereby certify that I have served by mail/fax/hand a true and correct copy of the foregoing on Christine Williams, Oles Morrison Rinker & Baker, LLP, 745 West 4th Avenue, Suite 502, Anchorage, Alaska 99501 (fax: 907-258-0106), Walter Garretson, 1068 Potlatch Circle, Anchorage, Alaska 99503 (fax: 907-222-2601), and David Schmid, 500 L Street, Suite 503, Anchorage, Alaska 99501 (fax: 907-278-1812) this 14th day of August, 2003.

_____
Joanne Kearse

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ANSWER AND COUNTERCLAIM
MRC Holdings, et al. v. City of Homer, et al.
3AN-03-9770 CIVIL
Page 8 of 8

[13126-1654/AA032230.006]

EXHIBIT 16
PAGE 8 OF 8
P001614