08111.0013

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MRC HOLDINGS, INC., a Washington corporation, and AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., a foreign corporation,<br>　　　　　　　　　　　　Plaintiffs,<br>vs.<br>CITY OF HOMER, an Alaska municipal corporation; SHANNON & WILSON, INC., a foreign corporation; TRYCK NYMAN HAYES, INC., an Alaska corporation,<br>　　　　　　　　　　　　Defendants.<br>CITY OF HOMER, an Alaska municipal corporation,<br>　　　　　　　　　Counterclaim Plaintiff,<br>vs.<br>MRC HOLDINGS, INC., a Washington corporation, and SAFECO INSURANCE COMPANY OF AMERICA,<br>　　　　　　　　Counterclaim Defendants. | **DOCKETED**<br>Due Date See<br>Pretrial Checklist<br>☐ NO ACTION NECESSARY<br><br>Case No. 3AN- 03-9770 CI |

### ROUTINE PRETRIAL ORDER

Pursuant to the Uniform Pretrial Order "UPO"; Administrative Order 3AO-03-04 this Court hereby issues the Routine Pretrial Order in this case.

### Trial Date

Trial will commence the week of:    January 9, 2006    .

### Trial Length/Division

The trial will last    7    trial days, divided between the parties as follows:

Plaintiff    3.5    trial days and Defendant    3.5    trial days. The trial day allocation includes each parties' jury selection, opening statement, witness examination (including cross-examination of other parties' witnesses) and closing statement.

### Jury

A jury trial    has    been timely requested by a party.

## Summary of Pretrial Deadlines

The following is a <u>summary</u> of the deadlines imposed by the Routine Pretrial Order. The parties and their attorneys are responsible for reading and following the Alaska Civil Rules and the UPO, which contain the detailed requirements associated with these deadlines. The dates listed are based on the foregoing trial date. These dates remain the same even if the actual trial date changes, unless otherwise ordered by this Court.

| | |
|---|---|
| Move to Amend RPO | May 8, 2005  [9] |
| Amend Pleadings and Join Parties without Motion | April 8, 2005 |
| Preliminary Witness Lists | August 8, 2005 |
| Retained Expert ID | August 8, 2005 |
| Supplemental Retained Expert ID | August 22, 2005 |
| Final Date to Serve Written Discovery | September 5, 2005  [6] |
| Other Expert Opinion Testimony Summary | August 8, 2005 |
| Retained Expert Reports | September 19, 2005 |
| Final Date to Depose Lay Witnesses | October 17, 2005 |
| Dispositive and Rule of Law Motions | October 17, 2005 |
| Motions Re Expert Opinion Evidence | October 17, 2005 |
| Final Date to Depose Expert Witnesses | October 17, 2005 |
| Discovery Motions | November 14, 2005 |

(handwritten annotations: "9" above May 8, 2005; "6" above September 5, 2005)

Routine Pretrial Order
Case No.    3AN-03-9770 CI
Page 2 of 3

EXHIBIT 18
PAGE 2 OF 3

03/15/2005 09:54 FAX 907258519    OMRB-AK    PNR    ☒004/008

| | |
|---|---|
| Deposition/Telephonic Designations | November 28, 2005 |
| Deposition Objections/ Counter - Designations | December 5, 2005 |
| Other Motions, including Motions in Limine | December 5, 2005 |
| Deposition Counter - Designation Objections | December 12, 2005 |
| Serve Jury Instructions/Exhibits | December 12, 2005 |
| Meet Re Jury Instructions/Exhibits | December 19, 2005 |
| Trial Briefs | December 19, 2005 |
| Objections Re Jury Instructions/Exhibits | December 19, 2005 |
| Plaintiff's Final Witness List | December 27, 2005 |
| Defendant's Final Witness List | December 30, 2005 |
| File Jury Instructions | January 2, 2006  3 |
| Pretrial Conference | December 13, 2005 at 2:00 pm |
| File Joint Exhibit List With Clerk | January 9, 2006 |

Dated at Anchorage, Alaska this ___9th___ day of ___March 2005___

_____
Morgan Christen
Superior Court Judge

I certify that on __3/10/05__ a copy of the above order was mailed to each of the following at their addresses of record: Williams; Geraghty; Kreger Garretson; Schmid; Stewart; Viergutz; Willard

_____
Administrative Assistant

Routine Pretrial Order
Case No.   3AN-03-9770 CI
Page 3 of 3

EXHIBIT 18
PAGE 3 OF 3