# ACORD GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

**DATE (MM/DD/YY):** 7-MAR-2005

**PRODUCER:** 00009182-01
Willis North America, Inc. - PN Regional Claims Ctr
201 N. Tatum Blvd.
Suite 300
Phoenix, AZ 85028

Ray Fritzinger

**CODE:** SUB CODE:

| | |
|---|---|
| X NOTICE OF OCCURRENCE | DATE/TIME OF OCCURRENCE: 01-JUN-2002 |
| NOTICE OF CLAIM | |
| DATE OF CLAIM: | PREVIOUSLY REPORTED: YES X NO |

| POLICY EFF. DATE | POLICY EXP. DATE | POLICY TYPE | RETROACTIVE DATE |
|---|---|---|---|
| 01-JUN-2001 | 01-JUN-2002 | X OCCURRENCE / CLAIMS MADE | |

**COMPANY:** 25666-001 Travelers Indemnity Company of America
**POLICY NUMBER:** DTCO348K1567TIA01
**PRODUCER PHONE:** 877-460-9740

## INSURED
**NAME & ADDRESS:** Hurlen Construction Company
P.O. Box 80945
Seattle, WA 98108

**PERSON TO CONTACT:** Scott
**CONTACT'S BUSINESS PHONE:** 509-670-0044

## OCCURRENCE
**LOCATION OF OCCURRENCE:** Homer, AK
**DESCRIPTION OF OCCURRENCE:** See Attached

## POLICY INFORMATION

| LIMITS | GEN. AGGR. | PROD./COMP-OPS. | PERS. & ADV. INJURY | OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE AMOUNT | TYPE |
|---|---|---|---|---|---|---|---|---|
| | $2,000,000 | $2,000,000 | $1,000,000 | $1,000,000 | $300,000 | $5,000 | $5,000 | X PD |

**UMBRELLA/EXCESS POLICY IN FORCE?** UMBRELLA / EXCESS

PER CLAIM X PER OCCUR

## PREMISES: INSURED IS
OWNER / TENANT / OTHER

## PRODUCTS: INSURED IS
MANUFACTURER / VENDOR / OTHER

## INJURED/PROPERTY DAMAGED
**NAME & ADDRESS:** City of Homer

## REMARKS
See Attached

**REPORTED BY:** Insured
**REPORTED TO:** Willis of Seattle

EXHIBIT 19
PAGE 1 OF 3

TRAVELERS 200041

ACC/Hurlen v. Zurich & Travelers

| Willis | GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM 00009182-01 | | | | | DATE (MM/DD/YY) 7-MAR-2005 | |
|---|---|---|---|---|---|---|---|
| **PRODUCER** Willis North America, Inc. - PN Regional Claims Ctr 2201 N. Tatum Blvd. Suite 300 Phoenix, AZ 85028 Ray Fritzinger | | X | NOTICE OF OCCURRENCE | DATE/TIME OF OCCURRENCE 01-JUN-2002 | AM PM | DATE OF CLAIM | PREVIOUSLY REPORTED YES X NO |
| | | | NOTICE OF CLAIM | | | | |
| | | POLICY EFF. DATE 01-JUN-2001 | | POLICY EXP. DATE 01-JUN-2002 | | POLICY TYPE X OCCURRENCE   CLAIMS MADE | RETROACTIVE DATE |
| | | COMPANY 25666-001 Travelers Indemnity Company of America | | | | POLICY NUMBER DTC0348K1567TIA01 | |
| CODE | SUB CODE | PRODUCER PHONE(A/C, No., Ext.) 877 460-9740 | | REFERENCE NUMBER | | MISC. INFO. (Site & Location) | |

**DESCRIPTION OF OCCURRENCE**

Hurlen Construction Company was purchased in 2002 by American Civil Constructors (ACC). ACC is involved in the litigation referenced in the letter from Zurich (attached). ACC has requested that we report this claim under your policies issued from 6/1/01 to 6/7/02 (DTC0348K1567TIA01 & DTC0348K1567TIA02). Hurlen's involvement appears to be with coated piles that failed during the above policy periods.
Please have the adjuster assigned contact the Zurich adjuster for more details

EXHIBIT 19
PAGE 2 OF 3

TRAVELERS 200042

*ACC/Hurlen v. Zurich & Travelers*

## Willis — GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE (MM/DD/YY): 7-MAR-2005

| PRODUCER | | |
|---|---|---|
| Willis North America, Inc. - PN Regional Claims Ctr | | |
| 1201 N. Tatum Blvd. | | |
| Suite 300 | | |
| Phoenix, AZ 85028 | | |
| Ray Fritzinger | | |

| | |
|---|---|
| X NOTICE OF OCCURRENCE | DATE/TIME OF OCCURRENCE: 01-JUN-2002 |
| NOTICE OF CLAIM | DATE OF CLAIM: |
| | PREVIOUSLY REPORTED: YES X NO |

| POLICY EFF. DATE | POLICY EXP. DATE | POLICY TYPE | RETROACTIVE DATE |
|---|---|---|---|
| 01-JUN-2001 | 01-JUN-2002 | X OCCURRENCE / CLAIMS MADE | |

COMPANY: 25666-001 — Travelers Indemnity Company of America
POLICY NUMBER: DTCO348K1567TIA01
PRODUCER PHONE: 877-460-9740

**REMARKS:**
The insured feels that the Engineer specified the wrong coating to be used on the piles. They feel that that part of the claim should be tendered to the engineer if it has not already been done.

EXHIBIT 19
PAGE 3 OF 3

TRAVELERS 200043
ACC/Hurlen v. Zurich & Travelers