



| | |
|---|---|
| 215 Lennon Lane<br>Walnut Creek, CA 94598<br>Mailing Address:<br>P.O. Box 8106<br>Walnut Creek, CA 94596-8106 | Deveney B. Totten<br>Senior Technical Specialist<br>Construction Defect Claims Unit<br>Phone: 925-945-4336<br>Fax: 925-945-4216 |

Certified Mail- Return Receipt Requested

March 10, 2005

Hurlen Construction Company
PO Box 80945
Seattle WA  98108

Scott McKellar
Hurlen Construction Company
119 Water Street
Chelan, Washington 98816

| | | |
|---|---|---|
| Insured: | Hurlen Construction Company | |
| Claimant: | MCR Holdings Inc. | |
| Claim No.: | 594 ER B5W2606 E | |
| Policy Nos. | DT-CO 348K1567-TIA-00 | 06/01/00-06/01/01 |
| | DT-CO-348K1567-TIA-01 | 06/01/01-06/01/02 |
| | DT-CO-348K1567-TIA-02 | 06/01/02-06/07/02 |

Dear Mr. McKellar:

This will acknowledge receipt of the above captioned claim that was submitted to The Travelers Indemnity Company of America, (hereinafter "St. Paul Travelers"). The claim was submitted to St. Paul Travelers on March 7, 2005 by Ray Fritzinger of Willis North America. We will investigate this claim along with the applicable insurance contract to determine whether coverage is afforded to Hurlen Construction Company Inc. (hereinafter "Hurlen") under its contracts of insurance with St. Paul Travelers.

St. Paul Travelers is currently researching the existence of any potentially applicable policies issued to Hurlen. Upon completion of our coverage investigation, we will advise you of the extent of St. Paul Travelers defense and/or indemnity obligations, if any, to Hurlen. Until such time as our coverage research is complete, Hurlen should take whatever steps it deems appropriate to protect its interests in this matter.



EXHIBIT 20
PAGE 1 OF 3

COPY   TRAVELERS 200166

*ACC/Hurlen v. Zurich & Travelers*

03/21/05
Page 2

We are reserving our rights, but we are not suggesting that the allegations set forth in the claim have any factual basis or legal merit. We recognize that they are unsubstantiated, however we are required to apply all of the allegations stated in the lawsuit, to the terms of Hurlen's Insurance contracts for purposes of our coverage analysis and discussion with you. This is a necessary part of the process. By establishing a claim file and conducting a coverage investigation into this matter, St. Paul Travelers does not waive any of the rights or defenses available to St. Paul Travelers, including but not limited to those rights and defenses under the contracts of insurance, nor does it expand the duties owed by St. Paul Travelers under the contracts of insurance issued to Hurlen.

Since we are unable to determine the actual date of loss, we have set up a file under policy number DTHCO 348K1567, for administrative purposes only. Please put all other carriers who may have an exposure to this loss on notice immediately, and copy us with their responses.

Copies of the following documents are needed for our investigation and assessment of this claim:

1. A complete copy of the construction contract, addendums etc. between Hurlen and the City of Homer and any construction contracts between MRC Holdings and/or American Civil Constructors West Coast, Inc. and the City of Homer or Hurlen
2. Sub-contracts between Hurlen, MRC Holdings or ACC and any subcontractors or suppliers
3. All invoices and work orders involving Hurlen work done by or for Hurlen, MRC or ACC
4. Certificates of Insurance or additional insured endorsements issued to Hurlen MRC or ACC involving this project
5. Certificates of Insurance or additional insured endorsements issued by Hurlen MRC or ACC's insurance carriers or brokers involving this project
5. Subsequent complaints and any correspondence with the City of Homer and/or the engineers, or experts concerning the project
6. Appropriate component manufacturers, distributors, product literature and warranties and any correspondence with the manufacturers or distributors concerning the product or its failure.
7. Copies of any testing results or expert reports generated by the City of Homer or any other party's experts.
8. Copies of any agreements between Hurlen and American Civil Constructions or MRC Holdings concerning the purchase of Hurlen and/or the assumption of assets or liability of Hurlen.
9. Any certificates of completion or documents showing that the job was completed.

We realize this will be a large quantity of documents. We will reimburse you for the reasonable cost of photocopying if you provide us with a bill upon completion.

TRAVELERS **200167**

ACC/Hurlen v. Zurich & Travelers

EXHIBIT 20
PAGE 2 OF 3

03/21/05
Page 3

Your claim has been assigned to the undersigned. Please send the above information to me as soon as possible. If you have any questions or would like to discuss your claim, you can contact me at (925) 945-4336.

Sincerely,


Deveney Totten
Senior Technical Specialist
Construction Defect Technical Services
The Travelers Indemnity of America

cc:   Willis (via email)
      Ken Claassen (via email)


TRAVELERS  **200168**

*ACC/Hurlen v. Zurich & Travelers*

EXHIBIT  20
PAGE 3 OF 3