

**ST PAUL TRAVELERS**

DEVENEY TOTTEN
*Sr. Technical Specialist
Construction Defect,
215 Lennon Lane
Walnut Creek, CA 94598*
(925) 945-4336
(925) 945-4216 (fax)
Deveney.B.Totten@travelers.com

Δ EXHIBIT 12
Deponent_____
Date_____Rptr.____
WWW.DEPOBOOK.COM

April 4, 2005

VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

Hurlen Construction Company
PO Box 80945
Seattle WA 98108

Scott McKellar
Hurlen Construction Company
119 Water Street
Chelan, Washington 98816

| | |
|---|---|
| Re: | MRC Holdings, Inc. v. City of Homer, Anchorage Superior Court Case # 3AN-03-9770 |
| Insured: | Hurlen Construction Company |
| Claimant: | MCR Holdings Inc. |
| Claim No.: | 594 ER B5W2606 E |
| Policy Nos. | DT-CO 348K1567-TIA-00   06/01/00-06/01/01 |
| | DT-CO-348K1567-TIA-01   06/01/01-06/01/02 |
| | DT-CO-348K1567-TIA-02   06/01/02-06/07/02 |

Dear Mr. McKellar:

We are in receipt and have reviewed the box of documents forwarded from the Oles Morrison firm along with the pleadings. To date, Hurlen Construction Company is not a party in the City of Homer action apparently due to the assignment of the contract between the City of Homer and Hurlen Construction Company to American Civil Constructors who completed the project. Hurlen Construction Company is not a defendant in this case at this time. If Hurlen Construction Company is contacted or notified of a claim or suit, please contact the undersigned so that we can evaluate whether or not the Travelers Indemnity Company of America policies would provide coverage.

If you have any questions or concerns, please contact me at (925) 945-4336.

TRAVELERS **200029**

*ACC/Hurlen v. Zurich & Travelers*



EXHIBIT  21
PAGE  1  OF  2

Very truly yours,

Deveney Totten
Sr. Technical Specialist
Travelers Indemnity Company of America

cc:   Ray Fritzinger
      Willis North America North American
      11201 N. Tatum Blvd. Suite 310
      Phoenix AZ 85028

      Ken Claassen
      1700 One Convention Place
      701 Pike Street
      Seattle, CA 98101-3930

TRAVELERS 200030
ACC/Hurlen v. Zurich & Travelers