

**HURLEN CONSTRUCTION COMPANY**

700 South Riverside Drive • Seattle, WA 98108
Ph: (206) 763-1230   Fx: (206) 762-1854
www.hurlenconstruction.com

## KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK
### City of Homer

# TRANSMITTAL

**TO:** TRYCK NYMAN HAYES, INC.
26088 IOWA STREET
KINGSTON, WA 98346

**ATTN:** Mr. Michael Shoemaker, P.E.

**DATE:** May 9, 2001

**RE:** Shop Drwgs for Pile Tips, Cleats, & Splice
Weld procedures, welder Certs, galv.

**PROJECT:** Kachemak Bay Muli-Purpose Ocean Dock

**WE ARE SENDING YOU:**   [ X ] Herewith   [  ] Under Separate Cover   [  ] _____

☒ Submittal   ☒ Shop Drawings   ☐ Cert's   ☐ Other

| QUANTITY | DESCRIPTION |
|---|---|
| 6 EA | Shop Drawings for Steel Pile Tips |
| 6 EA | Shop Drawings for Steel Pile Cleats |
| 6 EA | Shop Drawings for Steel Pile Splice |
| 6 EA | Weld Procedures for Steel Pile Tips |
| 6 EA | Weld Procedure for Pipe Pile Shop Splices |
| 6 EA | Weld Procedure for Welding on Pile Cleats |
| 6 EA | Certification of personnel performing welds for Shop Splices, Pile Cleats and Pile Tips |
| 6 EA | Galvanizing Repair Procedure for Fender Piles |
| 6 EA | Product Data Sheet for Flame Spray Galv. |
| 6 EA | Product Data Sheet for Cold Galv. Spray |
|  | **(Submittal No. 012-01)** 0 each copies sent to City of Homer |

**THESE ITEMS ARE TRANSMITTED AS CHECKED BELOW:**

☒ For Approval. Please return ___2___ copies with approval and any correction notations.
○ Revised & for Final Approval. Return_____copies.
○ For you to submit a Proposal on work indicated as being revised. Please submit an "Add", "Deduct", or "No Change" proposed adjustment to your contract amount and indicate if the revision affects the schedule of your work.
○ For pricing only. Do not proceed with construction until notified.
○ For construction use, proceed immediately.
○ Change Order to your contract will follow incorporating these documents.
○ For your use as requested.          ○ For your general information.          ○ For your review and comments.
○ For your signature and return.      ○ Approved as Submitted (AAS).        ○ Approved as Noted (AAN).
○ Returned for Corrections (RFC).    ○ Resubmit___Copy of Calcs For Approval.   ○ _For Testing_____

**REMARKS:**

Copy To: _ Project File #01-020 _____

Sincerely,
**HURLEN CONSTRUCTION CO.**

Grant Pool

*Theriault Industries Inc.*

**PIPE & PILING FABRICATION**
**19929-10th DR. S.E., BOTHELL, WA 98012**
425/(206) 481-3380
fax 360/668-9534

Shop:    20433 Broadway Ave.
         Maltby, WA

TO:  Hurlen Construction Co.                    DATE  5/8/01

FROM:  Marilyn Theriault

RE:   City of Homer

      KACHEMAK BAY MULTI-PURPOSE OCEAN DOCK

As required by AWS 5.30 all welders are AWS/WABO Certified and
are consistently welding to the process qualified.
         (per AWS D1.1 Section 4.1.3)

Shop Drawing - PILE DETAILS        PILE SPLICE

                                   PILE TIP DETAIL

                                   PILE CLEAT DETAIL

Welding Procedure 001              PILE SPLICE

Welding Procedure 001B             PILE TIP

Welding Procedure 020              PILE CLEAT

Galvanizing Repair Procedure       FLAME SPRAY UTP

Galvanizing Repair Procedure       GALVOVER ROD/COLD GALVANIZING COMPOUND

NO EXCEPTION TAKEN ☑         MAKE CORRECTIONS NOTED ☐
REJECTED ☐                   REVISE AND RESUBMIT ☐
              SUBMIT SPECIFIED ITEM ☐

CHECKING IS ONLY FOR GENERAL CONFORMANCE WITH THE
DESIGN CONCEPT OF THE PROJECT AND GENERAL COMPLIANCE
WITH THE INFORMATION GIVEN IN THE CONTRACT DOCUMENTS.
ANY ACTION SHOWN IS SUBJECT TO THE REQUIREMENTS OF THE
PLANS AND SPECIFICATIONS  CONTRACTOR IS RESPONSIBLE
FOR: DIMENSIONS WHICH SHALL BE CONFIRMED AND
CORRELATED AT THE JOB SITE  FABRICATION PROCESSES AND
TECHNIQUES OF CONSTRUCTION  COORDINATION OF HIS WORK
WITH THAT OF ALL OTHER TRADES AND THE SATISFACTORY
PERFORMANCE OF HIS WORK.

DATE 5/16/01    BY _____

TRYCK, NYMAN, & HAYES

EXHIBIT 24
PAGE 2 OF 24

PILE/CLEAT SECTION



60° CONICAL
PILE TIP

PILE CLEAT DETAIL

TYPICAL PILE SPLICE

30°∅ PILE TYP.

F.P. TYP.

2'-6"

1"

70' TO MUDLINE MIN.

ℓ 1"

30°

ℓ 1" CLEAT TYP.

30"x½" PILE
TYP.

PILE TIP DETAIL



30°∅ PILE TYP.

TYPICAL PILE TIP DETAIL



ℓ 1½"x30°∅ MIN.

30°∅ PILE TYP.

THERIAULT INDUSTRIES INC.

City of Homer
KACHEMAK BAY MULTI-PURPOSE OCEAN
DOCK

PILE DETAILS

132 Piles w/end plates
52 Piles w/conical tips
(28 Piles w/cleats)

dt 5/7/01

EXHIBIT 24
PAGE 3 OF 24

# Theriault Industries Inc.

ASTM A252

**PIPE & PILING FABRICATION**
19929-10th DR. S.E., BOTHELL, WA 98012
(425) 481-3380

PILE SPLICE

WELDING PROCEDURE:    001

WELDING PROCESS:      GMAW/SAW

| DATE | REVIEWED BY | REVISION | COMMENTS |
|---|---|---|---|
| 2/19/88 | Dave Theriault | 0 | |
| 2/20/89 | Dave T. Theriault | 1 | change flux |
| 2/7/91 | Dave T. Theriault | 2 | update/correct format |
| 1/12/93 | M. Theriault | 3 | editorial |
| 2/3/95 | M. Theriault | 4 | requalify procedure/welder |
| 10/30/96 | D. Theriault | 5 | add PQR API 5L X-42 & others |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3

EXHIBIT 24
PAGE 4 OF 24

QUALIFIED JOINT WELDING PROCEDURE
PROCEDURE SPECIFICATION

| | |
|---|---|
| Material specification | ASTM A252 Grade 2 or 3; ASTM A139 Grade B; ASTM A53 Grade B; API 5L X-42 X-46 X-52 X-56 X-60 |
| Welding process | GMAW/SAW |
| Manual or machine | GMAW: manual / SAW: machine |
| Position of welding | 1G rolled |
| Filler metal specification | GMAW: A5.18 / SAW: A5.17 |
| Filler metal classification | GMAW: ER70S-7 / SAW: F7A2-EM12K |
| Flux | SAW: 980 |
| Shielding gas | GMAW: argon 80% $CO_2$ 20% Flow rate 35 CFH |
| Single or multiple pass | multiple |
| Single or multiple arc | single |
| Welding current | DC |
| Polarity | EP |
| Welding progression | flat - rolled |
| Root treatment | remove slag, grind, wire brush - as required |
| Preheat and interpass temperature | 100° minimum + D1.1 Table 4.3 |
| Postheat treatment | N/A |

WELDING PROCEDURE

| | Pass no. | Electrode size | Welding current | | Travel speed | Joint detail |
|---|---|---|---|---|---|---|
| | | | Amperes | Volts | | |
| GMAW: | 1 | .035 | 202-248 | 28-32 | 19-31 IPM | |
| SAW: | 2+ remainder | 3/32 | 261-499 | 26-37 | 5-14 IPM | |



This procedure may vary due to fabrication sequence, fit-up, pass size, etc., within the limitation of variables given in 4B, C, or D and 5.1.2 of AWS D1.1 ( 1996 ) Structural Welding Code.
year

| | | | |
|---|---|---|---|
| Procedure no. | 001 | Manufacturer or contractor | Theriault Ind., Inc. |
| Revision no. | 5 | Authorized by | M. Theriault |
| Form E-1 | | Date | 10/30/96 |

EXHIBIT 24
PAGE 5 OF 24

## WELDING PROCEDURE QUALIFICATION TEST RECORD

### PROCEDURE SPECIFICATION

Material specification __ASTM A53 Grade B__
Welding process __GMAW/SAW__
Manual or machine __GMAW: manual / SAW: machine__
Position of welding __1G rolled__
Filler metal specification __GMAW: A5.18 / SAW: A5.17__
Filler metal classification __GMAW: ER70S-7 / SAW: F7A2-EM12K__
Weld metal grade*

GMAW:
Shielding gas __argon 80%__ Flow rate __35 CFH__
__CO_2 20%__
Single or multiple pass __multiple__
Single or multiple arc __single__
Welding current __DC__
Welding progression __flat - rolled__
Preheat temperature __200°__
Postheat treatment __N/A__
Welder's name __Dave G. Theriault__

*Applicable when filler metal has no AWS classification.

### VISUAL INSPECTION (9.25.1)

Appearance __good__
Undercut __none__
Piping porosity __none__

Test date __2/19/88__
Witnessed by __M. Jans__

### GROOVE WELD TEST RESULTS

Tensile strength, psi
T-1 __71,380__
T-2 __72,610__

Guided-bend tests (2 root-, 2 face-, or 4 side-bend)

| | Root | | Face |
|---|---|---|---|
| 1. | satisfactory | 1. | satisfactory |
| 2. | satisfactory | 2. | satisfactory |

Radiographic-ultrasonic examination __712-80111__
RI report no __PSI Report No. 0001__
UT report no. _____

### FILLET WELD TEST RESULTS

Minimum size multiple pass Macroetch
1. _____   3. _____
2. _____

Maximum size single pass Macroetch
1. _____   3. _____
2 _____

All-weld-metal tension test

Tensile strength, psi _____
Yield point/strength, psi _____
Elongation in 2 in., % _____
Laboratory test no. _____

## WELDING PROCEDURE

| Pass no. | Electrode size | Welding current | | Speed of travel | Joint detail |
|---|---|---|---|---|---|
| | | Amperes | Volts | | |
| GMAW: 1 | .035 | 225 | 30 | 22 IPM | |
| SAW: 2 | 3/32 | 300 | 28 | 12 IPM | |
| 3 | 3/32 | 450 | 30 | 9 IPM | |
| 4 | 3/32 | 350 | 30 | 6 IPM | |

Joint detail: 60°, SAW remainder, GMAW .25 (± .125), ½", ± .25/.125, .125 x 1"

We, the undersigned, certify that the statements in this record are correct and that the test welds were prepared, welded, and tested in accordance with the requirements of 5B of AWS D1.1. (__1988__) Stuctural Welding Code.
year

Procedure no. __001__
Revision no. __0__

Form E-2

Manufacturer or contractor __Theriault Ind., Inc.__
Authorized by __M. Jans__ _Marilyn J Jans_
Date __2/19/88__

EXHIBIT 24
PAGE 6 OF 24

*Sample Welding Forms/215*

## WELDING PROCEDURE QUALIFICATION TEST RECORD
### PROCEDURE SPECIFICATION ASTM A139 Gr. B GROOVE WELD TEST RESULTS

Material specification __API 5L X-42 X-46 X-52 X-56 X-60__
Tensile strength, psi

Welding process __GMAW/SAW__
1. __76,600__

Manual or machine __GMAW: manual/SAW: machine__  __80,100__

Position of welding __1G rolled__

Filler metal specification __GMAW: A5.18/SAW: A5.1__ Guided-bend tests (2 root-, 2 face-, or 4 side-bend)

Filler metal classification __GMAW: ER70S-7/SAW:__  xxxxx 4 side-bend xxxxx

Weld metal grade __F7A2-EM12K__

GMAW:    Shielding gas  Argon 80%  
CO_2  20%  Flow rate __35 CFH__

1. __pass__    1  __pass__
2. __pass__    2  __pass__

Single or multiple pass __multiple__

Single or multiple arc __single__    Radiographic-ultrasonic examination

Welding current __DC__    RT report no _____

Welding progression __flat-rolled__    UT report no. __Mayes Testing 10/30/96__

Preheat temperature __220__

Postheat treatment __N/A__    FILLET WELD TEST RESULTS

Welder's name __Donald E. Belgum__
Minimum size multiple pass    Maximum size single pass

*Applicable when filler metal has no    Macroetch    Macroetch
AWS classification.

1. _____ 3 _____    1. _____ 3 _____

VISUAL INSPECTION (9.25.1)    2 _____    2 _____

Appearance __good__    All-weld-metal tension test

Undercut __none__    Tensile strength, psi _____

Piping porosity __none__    Yield point/strength, psi _____

Elongation in 2 in., % _____

Test date __10/30/96__    Laboratory test no. __E 69828__

Witnessed by __Mayes Testing-B. Belleveau__    __Northwest Laboratories__

### WELDING PROCEDURE

| Pass no. | Electrode size | Welding current | | Speed of travel | 18 OD x .562  ht 377227 |
|---|---|---|---|---|---|
| | | Amperes | Volts | | Joint detail |
| GMAW: 1 | .035 | 225 | 30 | 28 IPM | |
| SAW: 2 | 3/32 | 325 | 29 | 13 IPM | |
| 3 | 3/32 | 410 | 31 | 10 IPM | |
| 4 | 3/32 | 450 | 35 | 7 IPM | |

60°
SAW remainder
GMAW .25
+ .125
.562
+ .25
- .125
.25
+ .125
.125 x 1"

We, the undersigned, certify that the statements in this record are correct and that the test welds were prepared, welded, and tested in accordance with the requirements of 5B of AWS D1.1, ( __1996__ ) Stuctural Welding Code.
year

Procedure no. __001__    Manufacturer or contractor __Theriault Ind. Inc.__

Revision no. __5__    Authorized by __D. Theriault__

Form E-2    Date __10/30/96__

EXHIBIT __24__
PAGE 7 OF 24

*Sample Welding Forms/215*

### WELDING PROCEDURE QUALIFICATION TEST RECORD
### PROCEDURE SPECIFICATION ASTM A139 Gr. B GROOVE WELD TEST RESULTS

Material specification __API 5L, X-42 X-46 X-52__ Tensile strength, psi

Welding process __GMAW/SAW__ 1 __70,400__

Manual or machine __GMAW: manual/SAW: machine__ __72,700__

Position of welding __1G rolled__

Filler metal specification __GMAW: A5.18/SAW: A5.1__ Guided-bend tests (2 root-, 2 face-, or 4 side-bend)

Filler metal classification __GMAW: ER70S-7/SAW:__ ~~xxxxx~~ 4 side-bend ~~xxxxx~~

Weld metal grade __argon-80%__ __F7A2-EM12K__

**GMAW:** Shielding gas __CO-20%__ Flow rate __35 CFH__   1. __pass__   1. __pass__

Single or multiple pass __multiple__   2. __pass__   2. __pass__

Single or multiple arc __single__   Radiographic-ultrasonic examination

Welding current __DC__   RT report no _____

Welding progression __flat-rolled__   UT report no __Mayes Testing 10/30/96__

Preheat temperature __175°__

Postheat treatment __N/A__   ### FILLET WELD TEST RESULTS

Welder's name __Donald E. Belgum__

*Applicable when filler metal has no   Minimum size multiple pass    Maximum size single pass

 AWS classification.   Macroetch    Macroetch

#### VISUAL INSPECTION (9.25.1)

Appearance __good__   1. ____   3. ____   1. ____   3. ____

Undercut __none__   2. ____   2. ____

Piping porosity __none__   **All-weld-metal tension test**

Tensile strength, psi ____

Yield point/strength, psi ____

Test date __10/30/96__   Elongation in 2 in., % ____

Witnessed by __Mayes Testing-B. Belleveau__   Laboratory test no. __E 69828__

**Northwest Laboratories**

### WELDING PROCEDURE

| Pass no. | Electrode size | Welding current | | Speed of travel | 30 OD x .812   ht 328927 |
|---|---|---|---|---|---|
| | | Amperes | Volts | | Joint detail |
| **GMAW:** 1 | .035 | 225 | 30 | 23 IPM | |
| **SAW:** 2 | 3/32 | 290 | 30 | 12 IPM | |
| 3 | 3/32 | 445 | 31 | 12 IPM | |
| 4 | 3/32 | 445 | 31 | 12 IPM | |
| 5 | 3/32 | 470 | 31 | 10 IPM | |
| 6 | 3/32 | 470 | 31 | 10 IPM | |
| 7 | 3/32 | 450 | 35 | 7 IPM | |
| 8 | 3/32 | 440 | 36 | 7 IPM | |

Joint detail: 60°, SAW remainder, GMAW .25 ±.125, .812, ±.25 ±.125, ±.25 ±.125, .125 x 1"

We, the undersigned, certify that the statements in this record are correct and that the test welds were prepared, welded, and tested in accordance with the requirements of 5B of AWS D1.1, ( __1996__ ) Stuctural Welding Code.

year

Procedure no. __001__   Manufacturer or contractor __Theriault Ind. Inc.__

Revision no. __5__   Authorized by __D. Theriault__

Form E-2   Date __10/30/96__

EXHIBIT 24
PAGE 8 OF 24

*Sample Welding Forms*/217

**WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD**

Welder or welding operator's name __Dave G. Theriault__    Identification no. __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__
Welding process __GMAW/SAW__   Manual __GMAW__   Semiautomatic _____   Machine __SAW__
Position __1G rolled__
(Flat, horizontal, overhead or vertical — if vertical, state whether upward or downward)
In accordance with procedure specification no __001__
Material specification __ASTM A53 Grade B__
Diameter and wall thickness (if pipe) — otherwise, joint thickness __8-5/8 OD x .500__
Thickess range this qualifies __.187 - unlimited__

          GMAW:A5.18          **FILLER METAL** GMAW:ER70S-7
Specification no. __SAW: A5.17__    Classification __SAW:__    F no __F7A2-EM12K__
Describe filler metal (if not covered by AWS specification ) _____

Is backing strip used? __yes__
Filler metal diameter and trade name _____          Flux for submerged arc or gas for gas metal arc or flux
GMAW: .035 L-TEC                                         cored arc welding    GMAW: argon 80%  CO_2  20%
SAW:  3/32 L-61 Lincoln                                                       SAW:  860 flux
                        **VISUAL INSPECTION (9.25.1)**
Appearance ___good___    Undercut ___none___    Piping porosity ___none___

**Guided Bent Test Results**

| Type | Result | Type | Result |
|------|--------|------|--------|
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |

Test conducted by _____          Laboratory test no. _____
          per _____              Test date _____

**Fillet Test Results**

Appearance _____          Fillet size _____
Fracture test root penetration _____          Marcoetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____          Laboratory test no. _____
          per _____              Test date _____

**RADIOGRAPHIC TEST RESULTS**

| Film identification | Results | Remarks | Film identification | Results | Remarks |
|------|--------|---------|------|--------|---------|
| PSI/PTL Report 712-80111 Report No. 0001 | | | | | |
|      |        |         |      |        |         |

Test witnessed by __M. Jans__
          per __AWS D1.1__          Test no __1__

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in accordance with the requirements of 5C or D of AWS D1.1. (___1988___) Structural Welding Code.
                                                          year
                        Manufacturer or contractor __Theriault Ind., Inc.__
                        Authorized by __M. Jans__  *Marilyn J. Jans*
Form E-4                Date __2/19/88__

EXHIBIT 24
PAGE 9 OF 24

*Sample Welding Forms/217*

## WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD

Welder or welding operator's name __Jeffrey A. Theriault__   Identification no. __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__
Welding process __GMAW/SAW__ Manual __GMAW__ Semiautomatic _____ Machine __SAW__
Position __1G rolled__
(Flat, horizontal, overhead or vertical — if vertical, state whether upward or downward)
In accordance with procedure specification no. __001__
Material specification __ASTM A53 Grade B__
Diameter and wall thickness (if pipe) — otherwise, joint thickness __8-5/8 OD x .500__
Thickess range this qualifies __.187 - unlimited__

|  | | FILLER METAL | GMAW: ER70S-7 | |
|---|---|---|---|---|
| GMAW: A5.18 | | | | |
| SAW: A5.17 | | | SAW: | F7A2-EM12K |

Specification no. _____ Classification _____ F no _____
Describe filler metal (if not covered by AWS specification )

Is backing strip used? __yes__
Filler metal diameter and trade name _____      Flux for submerged arc or gas for gas metal arc or flux
__GMAW: .035 L-TEC__                        cored arc welding __GMAW: argon 80% CO$_2$ 20%__
__SAW: 3/32 L-61 Lincoln__ VISUAL INSPECTION (9.25.1)    SAW: 980 flux

Appearance __good__        Undercut __none__        Piping porosity __none__

### Guided Bent Test Results

| Type | Result | Type | Result |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Test conducted by _____        Laboratory test no. _____
                per _____        Test date _____

### Fillet Test Results

Appearance _____        Fillet size _____
Fracture test root penetration _____        Marcoetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____        Laboratory test no. _____
                per _____        Test date _____

### RADIOGRAPHIC TEST RESULTS

| Film identifi-cation | Results | Remarks | Film identifi-cation | Results | Remarks |
|---|---|---|---|---|---|
| PSI/PTL Report 715-28017-0001 | | | | | |

Test witnessed by __D. Theriault__        Test no __1__
           per __AWS D1.1__

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in
accordance with the requirements of 5C or D of AWS D1.1, (__1990__) Structural Welding Code.
                                              year
Manufacturer or contractor __Theriault Ind. Inc__
Authorized by __D. Theriault__ _D. Theriault_
Date __2/10/92__

Form E-4

EXHIBIT __24__
PAGE __10__ OF __24__

Appendix E/317

**WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD**

Welder or welding operator's name __Donald E. Belgum_____ Identification no. __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__
Welding process __GMAW/SAW__ Manual __GMAW__ Semiautomatic _____ Machine __SAW__
Position __1G rolled_____
(Flat, horizontal, overhead or vertical — If vertical, state whether upward or downward)
In accordance with procedure specification no __001_____
Material specification __ASTM A53 Grade B_____
Diameter and wall thickness (if pipe) — otherwise, joint thickness __8-5/8 OD x .500__
Thickness range this qualifies __.187 - unlimited__

|  | GMAW: A5.18 | **FILLER METAL** | GMAW: ER70S-7 |  |
| --- | --- | --- | --- | --- |

Specification no. __SAW: A5.17__ Classification __SAW: F no. F7A2-EM12K__
Describe filler metal (if not covered by AWS specification ) _____

Is backing strip used? __yes__
Filler metal diameter and trade name _____
GMAW: .035 L-TEC                                 Flux for submerged arc or gas for gas metal arc or flux
SAW: 3/32 L-61 Lincoln                       cored arc welding __GMAW: argon 80% $CO_2$ 20%__
                                                                              SAW: 980 flux
**VISUAL INSPECTION (9.25.1)**

Appearance __good__ Undercut __none__ Piping porosity __none__

**Guided Bend Test Results**

| Type | Result | Type | Result |
| --- | --- | --- | --- |
| __Northwest Laboratories Report E-66844__ | | | |

Test conducted by __Northwest Laboratories__ Laboratory test no. __E-66844__
per __Jon Grasher__ Test date __2/6/95__

**Fillet Test Results**

Appearance _____ Fillet size _____
Fracture test root penetration _____ Macroetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____ Laboratory test no. _____
per _____ Test date _____

**RADIOGRAPHIC TEST RESULTS**

| Film identification | Results | Remarks | Film identification | Results | Remarks |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Test witnessed by __WSDOT Jim Vickstrom__ Test no. __1__
per __AWS D1.1__

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in accordance with the requirements of section 5, Part C or D of ANSI/AWS D1.1, ( __1992__ ) Structural Welding Code-Steel.
                                                                                                                            year
                                                                     Manufacturer or contractor __Theriault Ind. Inc.__
                                                                     Authorized by __D. Theriault__
Form E-4                                                     Date __2/3/95__

EXHIBIT __24__
PAGE __11__ OF __24__

Appendix E/317

## WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD

Welder or welding operator's name __David G. Theriault, Jr.__ Identification no. __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__
Welding process __GMAW/SAW__ Manual __GMAW__ Semiautomatic _____ Machine __SAW__
Position __1G rolled__
(Flat, horizontal, overhead or vertical — if vertical, state whether upward or downward)
In accordance with procedure specification no __001__
Material specification __ASTM A252 Grade 3__
Diameter and wall thickness (if pipe) — otherwise, joint thickness __16 OD x .500__
Thickness range this qualifies __.187 - unlimited__

|  | GMAW: A5.18 | FILLER METAL | GMAW: ER70S-7 |
| --- | --- | --- | --- |

Specification no. __SAW: A5.17__ Classification __SAW: F no. F7A2-EM12K__
Describe filler metal (if not covered by AWS specification ) _____

Is backing strip used? __yes__
Filler metal diameter and trade name _____
__GMAW: .035 L-TEC__ Flux for submerged arc or gas for gas metal arc or flux
__SAW: 3/32 L-61 Lincoln__ cored arc welding __GMAW: argon 80% $CO_2$ 20%__
__SAW: 980 flux__

### VISUAL INSPECTION (9.25.1)

Appearance __good__ Undercut __none__ Piping porosity __none__

### Guided Bend Test Results

| Type | Result | Type | Result |
| --- | --- | --- | --- |
| Northwest Laboratories Report | | side | pass |
| | | side | pass |

Test conducted by __Northwest Laboratories__ Laboratory test no. __E 70408__
per __Michael Covello__ Test date __5/2/97__

### Fillet Test Results

Appearance _____ Fillet size _____
Fracture test root penetration _____ Macroetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____ Laboratory test no. _____
per _____ Test date _____

### RADIOGRAPHIC TEST RESULTS

| Film identi-fication | Results | Remarks | Film identi-fication | Results | Remarks |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |

Test witnessed by __Mayes Testing-W.J. Belleveau__ Test no. __1__
per __AWS D1.1__

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in accordance with the requirements of section 5, Part C or D of ANSI/AWS D1.1, ( __1996__ ) Structural Welding Code-Steel.

Manufacturer or contractor __Theriault Ind. Inc.__
Authorized by __D. Theriault__
Form E-4                                        Date __4/28/97__

EXHIBIT 24
PAGE 12 OF 24

*Bill*

Appendix E/317

## WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD

Welder or welding operator's name __Jason E. Williams__    Identification no. __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__
Welding process __GMAW/SAW__ Manual __GMAW__ Semiautomatic _____ Machine __SAW__
Position __1G rolled__
(Flat, horizontal, overhead or vertical — if vertical, state whether upward or downward)
In accordance with procedure specification no __001__
Material specification __ASTM A252 Grade 3__
Diameter and wall thickness (if pipe) — otherwise, joint thickness __16 OD x .500__
Thickness range this qualifies __.187 - unlimited__

### FILLER METAL
GMAW: A5.18                GMAW: ER70S-7
Specification no. SAW: A5.17    Classification    SAW: F no. __F7A2-EM12K__
Describe filler metal (if not covered by AWS specification) _____

Is backing strip used? __yes__
Filler metal diameter and trade name _____    Flux for submerged arc or gas for gas metal arc or flux
                                             cored arc welding

### VISUAL INSPECTION (9.25.1)
Appearance *Good*    Undercut *None*    Piping porosity *None*

### Guided Bend Test Results

| Type | Result | Type | Result |
|------|--------|------|--------|
| *Side bend #1* | | | |
| *Side bend #2* | | | |

Test conducted by _____    Laboratory test no. _____
         per _____    Test date _____

### Fillet Test Results
Appearance _____    Fillet size _____
Fracture test root penetration _____    Macroetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____    Laboratory test no. _____
         per _____    Test date _____

### RADIOGRAPHIC TEST RESULTS

| Film identification | Results | Remarks | Film identification | Results | Remarks |
|---------------------|---------|---------|---------------------|---------|---------|
| | | | | | |

Test witnessed by __Mayes Testing-W.J. Belleveau__ Test no. __1__
         per __AWS D1.1__

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in accordance with the requirements of section 5, Part C or D of ANSI/AWS D1.1, ( __1998__ ) Structural Welding Code-Steel.                  year

Manufacturer or contractor __Theriault Ind. Inc.__
Authorized by __D. Theriault__
Date __7/16/98__

Form E-4

EXHIBIT __24__
PAGE __13__ OF __24__

**WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD**

Welder or welding operator's name _Cyrus J. Williams_    Identification no. _536-74-19_56
Welding process _GMAW/SAW_ Manual _GMAW_ Semiautomatic _____ Machine _SAW_
Position _1G rolled_
(Flat, horizontal, overhead or vertical — if vertical, state whether upward or downward)
In accordance with procedure specification no _001_
Material specification _ASTM A252 Grade 3_
Diameter and wall thickness (if pipe) — otherwise, joint thickness _16 OD x .500_
Thickness range this qualifies _.187 - unlimited_

|  | | FILLER METAL | |
| --- | --- | --- | --- |
| | GMAW: A5.18 | | GMAW: ER70S-7 |
| Specification no. | SAW: A5.17 | Classification | SAW: F no. F7A2-EM12K |

Describe filler metal (if not covered by AWS specification ) _____

Is backing strip used? _yes_
Filler metal diameter and trade name _____    Flux for submerged arc or gas for gas metal arc or flux cored arc welding _____

**VISUAL INSPECTION (9.25.1)**

Appearance _good_    Undercut _NONE_    Piping porosity _NONE_

**Guided Bend Test Results**

| Type | Result | Type | Result |
| --- | --- | --- | --- |
| SIDE | SATISFACTORY | | |
| SIDE | SATISFACTORY | | |

Test conducted by _Mayes Testing, Jim R Kay_    Laboratory test no. _____
per _AWS D1.1-98_    Test date _9-10-99_

**Fillet Test Results**

Appearance _____
Fracture test root penetration _____ Fillet size _____
_____ Macroetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____
per _____    Laboratory test no. _____
Test date _____

**RADIOGRAPHIC TEST RESULTS**

| Film identifi-cation | Results | Remarks | Film identifi-cation | Results | Remarks |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |

Test witnessed by _Mayes Testing_    Test no. _1_
per _AWS D1.1_

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in accordance with the requirements of section 5, Part C or D of ANSI/AWS D1.1. (_1998_) Structural Welding Code-Steel.
                                               year

Manufacturer or contractor _Theriault Ind. Inc._
Form E-4        Authorized by _D. Theriault_
Date _9/10/99_

EXHIBIT 24
PAGE 14 OF 24

# *Theriault Industries Inc.*

**PIPE & PILING FABRICATION**
**19929-10th DR. S.E., BOTHELL, WA 98012**
(425)481-3380

*PILE TIP*

*PLATE*
*CONICAL POINT*

WELDING PROCEDURE:   001B

WELDING PROCESS:      GMAW/SAW

| DATE | REVIEWED BY | REVISION | COMMENTS |
|------|-------------|----------|----------|
| 10/1/95 | D. Theriault | 0 | |
| 10/30/96 | M. Theriault | 1 | update |
| 9/10/99 | D. Theriault | 2 | update |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT 24
PAGE 15 OF 24

## PREQUALIFIED JOINT WELDING PROCEDURE
### PROCEDURE SPECIFICATION
ASTM A572 Gr 50; ASTM A36

Material specification   ASTM A252 Grade 2 or 3; API 5L X-Grades; ASTM A139

Welding process   GMAW/SAW

Manual or machine   GMAW: manual / SAW: machine

Position of welding   1G rolled

Filler metal specification   GMAW: A5.18 / SAW: A5.17

Filler metal classification   GRAW: ER70S-7 / SAW: F7A2-EM12K

Flux   SAW: 980

Shielding gas   GMAW: argon 80% $CO_2$ 20%   Flow rate   35 CFH

Single or multiple pass   multiple

Single or multiple arc   single

Welding current   DC

Polarity   EP

Welding progression   flat - rolled

Root treatment   remove slag, grind, wire brush - as required

Preheat and interpass temperature   100 minimum + D1.1 Table 4.3

Postheat treatment   N/A

### WELDING PROCEDURE

| | Pass no | Electrode size | Welding current | | Travel speed | Joint detail |
| | | | Amperes | Volts | | |
|---|---|---|---|---|---|---|
| GMAW: | 1 | .035 | 202-248 | 28-32 | 19-31 IPM | |
| SAW: | 2+ remainder | 3/32 | 261-499 | 26-37 | 5-14 IPM | |

Joint detail: standard mill bev. 30°; Pipe Pile; Pile Tip; 1/8 min.; 1/4 min.; 1/4 min.

This procedure may vary due to fabrication sequence, fit-up, pass size, etc., within the limitation of variables given in 4B, C, or D and 5.1.2 of AWS D1.1. ( 1998 ) Structural Welding Code
year

Procedure no   001B

Revision no   2

Form E-1

Manufacturer or contractor   Theriault Ind., Inc.

Authorized by   M. Theriault

Date   9/10/99

EXHIBIT 24
PAGE 16 OF 24

# Theriault Industries Inc.

**PIPE & PILING FABRICATION**
**19929-10th DR. S.E., BOTHELL, WA 98012**
**(425) 481-3380  fax (360) 668-9534**

shop:  20433 - 91st Ave. S.E.
       Maltby, WA

*PILE CLEATS*

WELDING PROCEDURE:  020

WELDING PROCESS:    FCAW

| DATE | REVIEWED BY | REVISION | COMMENTS |
|------|-------------|----------|----------|
| 4/24/92 | MCT | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT 24
PAGE 17 OF 24

318/Appendix E

## WELDING PROCEDURE SPECIFICATION (WPS)  Yes ( X )
## PREQUALIFIED ___X___  QUALIFIED BY TESTING _____
## or PROCEDURE QUALIFICATION RECORD (PQR)  Yes ( )

Identification # __020__
Revision __0__ Date _4/24/92_ By _MT_

Company Name _Theriault Industries Inc._ Authorized by _M. Theriault_ Date _4/24/92_
Welding Process(es) __FCAW__ Type - Manual (X) Semi-Automatic ( )
Supporting PQR No.(s) _____ Machine ( ) Automatic ( )

**JOINT DESIGN USED**
Type __T-Joint__
Single (X)  Double Weld ( )
Backing  Yes ( )  No (X)
  Backing Material _N/A_
Root Opening __Ø__  Root Face Dimension _N/A_
Groove Angle _N/A_  Radius (J-U) _N/A_
Back Gouging: Yes ( )  No (X)  Method _____

**POSITION**
Position of Groove _____ Fillet _1G_
Vertical Progression: Up ( )  Down ( )

**ELECTRICAL CHARACTERISTICS**
Transfer Mode (GMAW)  Short-Circuiting ( )
  Globular ( )  Spray ( )
Current: AC ( )  DCEP ( )  DCEN ( )  Pulsed ( )
Other _____

**BASE METALS** _A53 A252 A328_
Material Spec. _ASTM A36 A572/50_
Type or Grade _____
Thickness  Groove _____  Fillet _____
Diameter (Pipe) _____

**TECHNIQUE**
Stringer or Weave Bead __stringer__
Multi-pass or Single Pass (per side) __single__
Number of electrodes __one__
Electrode Spacing  Longitudinal _N/A_
  Lateral _____
  Angle _____

**FILLER METALS**
AWS Specification _AWS A5.20_
AWS Classification _E70T-7_

**SHIELDING**
Flux _N/A_  Gas _____
  Composition _____
Electrode-Flux (Class) _____  Flow Rate _____
  Gas Cup Size _____

Contact Tube to Work Distance _1¼ - 1½_
Peening __N/A__
Interpass Cleaning: __N/A__

**PREHEAT**
Preheat Temp., Min. _AWS Table 4.3_
Interpass Temp., Min _____  Max _____

**POSTWELD HEAT TREATMENT**
Temp. __none__
Time _____

### WELDING PROCEDURE

| Pass or Weld Layer(s) | Process | Filler Metals | | Current | | | | Joint Details |
| | | Class | Diam. | Type & Polarity | Amps or Wire Feed Speed | Volts | Travel Speed | |
|---|---|---|---|---|---|---|---|---|
| all | FCAW | E70T-7 | 7/64 | DCEN | 350-450 | 28-35 | 15-30 IPM | |

Form E-I (Front)

EXHIBIT _24_
PAGE _18_ OF _24_

# Theriault Industries Inc.

**PIPE & PILING FABRICATION**
19929-10th DR. S.E., BOTHELL, WA 98012
(206) 481-3380

## FLAME SPRAY GALVANIZING REPAIR PROCEDURE

1.  Surface to be repaired will be prepared prior to welding.

2.  Clean all areas to be free of oil, grease, dust, mill scale, and prior galvanizing by grinding.

3.  Chip all slag from welds, wire brush or grind loose scale or galvanizing.

4.  Apply UTP Exobond 1025 zinc powder with UTP Uni-Spray-Jet per manufacturers recommendations to required thickness.

EXHIBIT 24
PAGE 19 OF 24

# UTP.

# Flame spray powder

„Cold" process
Flame spraying:  UNI-SPRAY-JET
MINI-SPRAY-JET

## UTP EXOBOND 1025

„Anti corrosion coating"
Zinc

## Application fields
EXOBOND 1025 is a Zinc powder of high purity to provide first class corrosion resistant layers on all ferrous metals.

## Propertis
The extremely dense deposit is, concerning its purity, superior to any galvanised deposit. Depending on the agressiveness of the environmental conditions, the thickness of the deposited layer may vary from 0,1 mm to 0,3 mm. A layer of 0,3 mm is giving a 100 % protection against seawater attack.

## Technical data

(0.004 to  (0.012")
0.012")

| | | |
|---|---|---|
| Chemical composition | : | Zn > 99.5 % |
| Particle shape | : | coarse |
| Grain size range | : | — 63 µm + 10 µm |
| Apparent density (ASTM B329-81) (g/cm³) typical | : | 3.0 |
| Hall flow (s/50g) typical (ASTM B213-77) | : | 5.5 |
| Hardness approx. | : | 227 HB |
| Recommended coating thickness | : | 0,3 mm  (0.012") |
| Melting point approx. | : | 419°C  (786°F) |
| Powder consumption per 0,1 mm coat thickness approx. | : | 0,63 kg/m²  (0.004") |

0.001" coat thickness approx.

(0.129 lb./ft^2)
(0.032 lb./ft^2)

## Surface Preparation
The surface to be covered must be metallic clean and free of oil, grease and dust; sand-blasting with electro corundum, silicon carbide, or grinding with vitrified bonded grinding wheels.

## Spraying parameters

| | | |
|---|---|---|
| Oxygen pressure | : | 2,5 bar  (36 PSI) |
| Acetylene pressure | : | 0,5 bar  (7 PSI) |
| Compressed air pressure | : | 5 — 6 bar |
| Flame adjustment knob „A" | : | Pos. „N" = neutral |
| Powder module head | : | standard (71113) |
| Powder measuring side valve | : | back position |
| Spray nozzle | : | USJ-L/T (80730) |
| Ring nozzle | : | ISJ-B/R (80740) |
| Powder pressure injector | : | N (0,45) |
| Spray distance | : | 180 — 220 mm |

(7–8.7")

| TO: LEON WOLF | FROM: JOHN HOWELL | DATE:03 /15/ 93 |
|---|---|---|
| CENTRAL WELDING | UTP WELDING MATERIALS | PAGES INCLUDING THIS PAGE: |
| FAX #: 206-771-4336 | FAX #: 713-499-434/ PHONE #:713-499-1212 | 5 |

EXHIBIT 24
PAGE 20 OF 24

# Theriault Industries Inc.

**PIPE & PILING FABRICATION**
**19929-10th DR. S.E., BOTHELL, WA 98012**

### GALVANIZING REPAIR PROCEDURE

1. Chip all slag from welds, wire brush loose scale from areas to be coated.

2. While metal is hot, run Galvover Rod over the hot surface. (If metal has cooled below $600^\circ F$, additional heat may be added with torch.)

3. Spread the alloy over the surface to be repaired with a wire brush.

4. After Galvover repair is complete, cold galvanizing compound is then brush applied over the Galvover.

The above procedure is per manufacturer's recommendations.

EXHIBIT 24
PAGE 2 OF 24

### All-State Galvover

**Low Temperature Galvanizing Rod**
**All Heating Sources**

**General Characteristics**
A special low temperature alloy developed for restoring the original corrosion resistant properties of previously galvanized metals. It goes on fast, smooth and bonds firmly

**Typical Applications**
Primarily used to re-galvanize areas of sheet metal, angle iron, pipes and other structures that have been welded, brazed or cut with an oxy-acetylene torch. A favorite for use in the field to protect previously ungalvanized parts as well as to protect structures that are too large or too costly to disassemble and dip in galvanizing tanks.

**Qualities**
Working temperature—600°F (316°C)
Corrosion resistance—excellent

**Procedures**
Chip all slag from welds and wire brush loose scale, rust, paint, grease, dirt and other contaminants from surface to be protected. Bring base metal temperature to 600°F (316°C) and rub Galvover® Rod over this area. No flux is needed. Spread the alloy by using a wire brush, cloth or paddle. Do not direct flame on the Galvover® Rod but rather let the heat from the base metal melt the alloy. Keep the base metal from overheating

**Sizes**
1/4" sq. (6.4mm sq.) x 14" (350mm)

**Identification**
All-State Galvover® printed on package

**Packaging**
1/4" sq. (6.4mm sq.) in 10-lb (4.54 kg) tubes. Six tubes per shipping carton.

## All-State
### welding products

EXHIBIT 24
PAGE 22 OF 24

# TECHNICAL BULLETIN

**DATE INITIATED :** October, 1995
**SUPERSEDES   :** Not Applicable

**PRODUCT:** Cold Galvanizing Compound - #7007 - *ARDOSAC*
*7008 1ST PACKAGE*
*SAME MATERIAL DW W__ 8/31/99*

## GENERAL DESCRIPTION:

Provides corrosion protection to ferrous metal surfaces first, as a long-lived coating of practically pure Zinc comparable to that obtained by galvanization and second, through sacrificial anodization. This protection becomes effective when the surface is scratched, broken or corrupted. With the presence of moisture the Zinc coating will corrode while continuing to protect the metal it covers.

## APPLICATIONS:

Welded joints, guard rails, bridges, metal chain fences, pipes, TV towers, refinery piping, heavy equipment, corrugated metal buildings, etc.

Ideal for industrial type application. (e.g., Aviation, Marine, Manufacturing, Petroleum)

## OUTSTANDING PROPERTIES:

Meets the requirements of:
MIL-P-46105(MR) - para. 3.2, 3.3.1, 3.5.8, 4.4.5
MIP-P-21035 (Ships) - para. 3.3.1, 3.3.2, 3.3.3
DOD-P-21035A(Navy) - para. 3.1, 3.2, 3.5.3, 3.5.6, 4.4.3, 6.1, 6.5, 353

Withstands up to 2000 hours of 5% salt spray (ASTM B-117-64)

Authorized by USDA for use in federally inspected meat and poultry plants as a coating for application to structural surfaces or surfaces where there is a possibility of incidental food contact. This category does *not* authorize use of the coating on any surface where there is direct or prolonged contact with food. Before appplying the coating to equipment which will subsequently be installed in an official plant, you must obtain clearance from the Equipment Standards and Review Branch, Science and Technology Branch, Washington DC 20250.

Meets VOC requirement of California Air Resources Board.

FAXED

EXHIBIT 24
PAGE 23 OF 24

#7007 & 7008

## DIRECTIONS FOR USE:

Wire brush off any loose rust, or sandblast heavy rust or mill scale. Remove grease and oil from surface with a thinner or petroleum solvent. Remove old paint with paint remover and clean with thinner.

For best results use between temperatures of 64 to 86°F (18 to 30°C.)

This product is designed for use only in a well-ventilated area. Use only in areas where fumes from this product will not come in contact with food or food products.

Shake the can vigorously for 30 seconds after the mixing ball is loose. Spray in even strokes from a distance of 10 to 12" (25 to 30 cm.) Spray no closer than 10 to 12 inches from surface. Spray light coats with smooth sweeping motion to avoid runs and sags.

Coating sets to touch in 3-5 minutes. Drying may be accelerated by applying heat, blown hot air or baking oven.

One coat will be satisfactory. A second coat may be applied within 1 hour or after 48 hours to maximize the protection.

After use, turn aerosol can upside down and depress valve button for several seconds to clear valve and prevent clogging.

## PHYSICAL CHARACTERISTICS:

| | |
|---|---|
| COLOR | Matte gray |
| ODOR | Aromatic |
| SPECIFIC GRAVITY (@70°F) | >2 |
| VISCOSITY (ZAHN CUP #1, @ 70°F) | NA |
| PH (@ 25C) | Not Applicable |
| VOC Content (weight by weight) | 37.2% w/w |
| VAPOR PRESSURE (@ 70°F) | 48-58 psig |
| SPRAY PATTERN (@ 70°F) | Conical |
| SPRAY RATE (@ 70°F) | 2.4 g/sec |

## FILM CHARACTERISTICS:

COVERAGE: (Aerosol) .................................. 28 to 32 sq.ft./can at 3 MIL thickness

HEAT RESISTANCE: Softens at: ................................................... 150° F

DRYING TIME: Set-to-Touch Dry (0.5 to 1.0 mil @ 77°F) ........................ 3-5 min
                        Hard Dry (0.5 to 1.0 mil @ 77°F) ........................ 48 hrs

## WAREHOUSE STORAGE DATA:

Aerosol: ............................................ NFPA Code: 30B   Classification: Level I

EXHIBIT 24
PAGE 24 OF 24