Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendants. | Case No. A05-153 CV (TMB) |

## NOTICE OF SUBMISSION OF PROPOSED ORDER

COME NOW the plaintiffs in the above-referenced action and hereby submit a Proposed Order Granting Motion For Partial Summary Judgment filed with this Court under separate cover on this date.

Notice of Submission of Proposed Order
Page 1                                                                         lf.bc.acc.pleadings.arb.Notice of Submission of Order.20070330f

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Dated this 30th day of March, 2007.

> s/ Brooks Chandler
> Boyd, Chandler & Falconer, LLP
> 911 W. 8th Avenue, Suite 302
> Anchorage, AK 99501
> State Bar No. 9811063
> Telephone (907) 272-8401
> Facsimile  (907) 274-3698
> E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Notice of Submission of Proposed Order
Page 2                    lf.bc.acc.pleadings.arb.Notice of Submission of Order.20070330f