Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendants. | Case No. A05-153 CV (TMB) |

## (PROPOSED) ORDER GRANTING PARTIAL SUMMARY JUDGMENT

After consideration of the motion for partial summary judgment filed by plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction Company ("Hurlen"), and American Civil Constructors West Coast, Inc. and the pleadings, memoranda and exhibits of the parties relating thereto, it is hereby ordered that the motion is **GRANTED.** The court finds and declares that Travelers Indemnity Company of America ("Travelers") owes

(PROPOSED) ORDER GRANTING PARTIAL SUMMARY JUDGMENT
lf.bc.acc.pldgs.PMSJ.ORD.033007

1

a duty to defend Hurlen from the claims asserted against Hurlen by the City of Homer in Case No. 3AN-03-9770 Civil.

Dated this ____ day of _____, 2007.

_____
TIMOTHY M. BURGESS
U. S. District Court Judge

(PROPOSED) ORDER GRANTING PARTIAL SUMMARY JUDGMENT
If.bc.acc.pldgs.PMSJ.ORD.033007

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698