Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Travelers Indemnity
Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　Defendants. | Case No. 3:05-cv-153-TMB<br><br>**OPPOSITION/RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT FILED 3/30/07** |

Plaintiffs have resubmitted their Motion for Partial Summary Judgment originally filed November 7, 2005 (Dkt. 16).  This motion was only partially briefed then.  Defendant Travelers Indemnity Company opposed the motion and cross-moved (Dkt. 31, filed December 22, 2005).  Plaintiffs filed their Memorandum in Opposition to the Cross Motion for Summary Judgment and in reply

to Travelers' opposition (Dkt. 66, filed June 1, 2006). The only brief left to be submitted at that time was Travelers' reply to Plaintiffs' Opposition to Travelers' Cross Motion for Partial Summary Judgment.

The briefing was not completed because the court, on June 9, 2006, denied the motions and cross-motions without prejudice, saying "counsel may renew these motions after arbitration if there are issues that remain to be resolved by the court." Order, dated June 9, 2006, at Dkt. 73.

The arbitration has not yet occurred. It is currently scheduled for April 17-21, 2007 at the offices of the arbitrator, William Bankston. The arbitrator has issued several orders governing the arbitration, only one of which plaintiffs have submitted to this court (Arbitrator's Order No. 2). For completeness of the record and to explain to the court the nature of the matters to be arbitrated, Travelers submits the remaining arbitrator's orders as well as a copy of the Exhibit List which the parties have already filed with the arbitrator. <u>See</u> attached Exh. 1, 2, 3, 4, and 5.

Plaintiffs' Motion for Partial Summary Judgment should not be decided at this time for several reasons.

Firstly, the briefing is not complete. Defendant Travelers is still entitled to file a reply memorandum. Because of the timing of plaintiffs' recent submission and the timing of the arbitration, if the court decides to take up this summary judgment at this time, Travelers respectfully requests that the court permit Travelers to file a reply memorandum after the arbitration is concluded.

Secondly, it is clearly inappropriate given this court's prior order to take up this motion for summary judgment until the arbitration is concluded and the arbitrator has ruled. One of the outcomes of the arbitration is that Travelers would owe nothing to the plaintiffs, in which case there would be no need to determine the partial summary judgment motion.

Thirdly, the timing of plaintiffs' resubmission of this Motion for Partial Summary Judgment is, regrettably, suspect. It was submitted two weeks before the arbitration is to commence. Plaintiffs must have known this would be the most intense time for work done to prepare for the arbitration. It would be inappropriate to require briefing on this motion at this time, especially since there is no compelling reason for the court to take this matter up now. There is every likelihood the outcome

of the arbitration will mean there will be no reason for the court even to decide the matter.

Nevertheless, should the court decide that it is appropriate to consider plaintiffs' Motion for Partial Summary Judgment, defendant Travelers Indemnity Company requests that it be permitted an extension of time to some reasonable day beyond the conclusion of the arbitration to submit its reply memorandum in support of its Cross-motion for Partial Summary Judgment.

DATED this 10th day of April, 2007, in Anchorage, Alaska.

                                  DELANEY WILES, INC.
                                  Attorneys for Defendant
                                  Travelers Indemnity Company of
                                  America

                                  _s/Clay A. Young_____
                                  1007 W. 3rd Ave., Ste. 400
                                  Anchorage, AK  99501
                                  (907)279-3581
                                  (907)277-1331 fax
                                  cay@delaneywiles.com
                                  Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of April, 2007, a true and accurate copy of the foregoing was served electronically to the following:

Brooks W. Chandler
Boyd Chandler & Falconer, LLP
911 W. 8th Ave., #302
Anchorage, AK  99501
bcf@bcf.us.com


s/Clay A. Young_____
129375

OPPOSITION/RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT FILED 3/30/07
American Civil Constructors W. Coast, Inc., et al. v. Zurich American Ins. Co., et al., Case No. 3:05-cv-153-TMB)