William M. Bankston, Arbitrator
Bankston Gronning O'Hara, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907-276-1711 tel.
907-279-5358 fax
Ak Bar No. 7111024
wbankston@bankston.to



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY CO. OF AMERICA,<br><br>Defendants. | Arbitrator William M. Bankston<br><br>**ARBITRATOR'S ORDER NO. 1** |

The arbitrator has received the Submission of Travelers Indemnity Company of America In Response To Submission of Plaintiff MRC Holdings, Inc. Motion For Summary Judgment dated July 28, 2006. The certificate of service indicates that the submission was mailed on August 22, 2006.

EXHIBIT 1
Page 1 of 2

MRC Holdings will have until September 5, 2006, to reply within five days of MRC's filing.[1] There will be no reply by Travelers Indemnity Company of America.

DATED this 28th day of August, 2006.

_____
William M. Bankston, Arbitrator

I HEREBY CERTIFY that a true and correct copy of the
foregoing (typed in Times New Roman 13) was mailed
to the following attorneys on the 28th day of August, 2006:

Brooks W. Chandler, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue
Anchorage, Alaska 99501

David W. Pease, Esq.
Burr, Pease & Kurtz, P.C.
810 N Street
Anchorage, Alaska 99501

Clay A. Young, Esq.
Delaney Wiles Hayes Gerety Ellis & Young, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501

_____
Charlene Vozar

EXHIBIT 1
Page 2 of 2

---

[1] Calculated according to the Federal Rules of Civil Procedure.

ARBITRATOR'S ORDER NO. 1
*American Civil Constructors, et.al. v. Zurich American Insurance, et.al.*, Case No. A05-153 CV (JWS)
M3792\22\ORDER 1                                                Page 2 of 2