William M. Bankston, Arbitrator
Bankston Gronning O'Hara, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907-276-1711 tel.
907-279-5358 fax
Ak Bar No. 7111024
wbankston@bankston.to



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS ) <br> WEST COAST, INC. and MRC ) <br> HOLDINGS, INC. f/k/a HURLEN ) <br> CONSTRUCTION COMPANY, ) <br>                                  ) <br>                  Plaintiffs,  ) <br> v.                               ) <br>                                  ) <br> ZURICH AMERICAN INSURANCE ) <br> COMPANY and TRAVELERS     ) <br> INDEMNITY CO. OF AMERICA,  ) <br>                                  ) <br>                  Defendants.  ) <br> _____) | Arbitrator William M. Bankston <br><br><br><br> **ARBITRATOR'S ORDER NO. 3** |

The telephonic prehearing conference was held on October 3, 2006. In attendance were Brooks Chandler David Pease and Clay Young. After discussion by the parties and determining the prehearing matters to resolved, the arbitrator enters the following order.[1]

1. The preliminary witness list will be due October 17, 2006.[2]

2. The supplementary witness list will be due December 6, 2006.

3. Discovery in this matter will close on January 19, 2007.

---

[1] This order will encompass the previous order entered July 19, 2006.
[2] The parties will file all witness lists with the arbitrator.

ARBITRATOR'S ORDER NO. 3
*American Civil Constructors, et.al. v. Zurich American Insurance, et.al.*, Case No. A05-153 CV (JWS)
M3792\22\ORDER 2

EXHIBIT 2
Page 1 of 3

4. All motions will be filed by February 16, 2007, with the normal response time according to the Federal Civil Rules.

5. Nothing in this order prohibits motions from being filed earlier.

6. Final witness lists will be due March 16, 2007. No witnesses will be listed on the final witness list who were not on the preliminary witness list and supplementary witness list unless by agreement of the parties or upon motion and a decision by the arbitrator with good cause being shown for the omission.

7. The parties will make a joint submission of exhibits and file them with the arbitrator on or before April 3, 2007.

8. On April 10, 2007 the parties will have a simultaneous submission of prearbitration briefs. The briefs will be limited to ten pages plus any exhibits.

9. The hearing is set for April 17, 2007, for four (4) days, and, if necessary, on April 21st (Saturday). The hearing will commence at 9:00 a.m. and will be held in the offices of Bankston Gronning O'Hara.

10  The parties may file electronically or on paper, at their option.

DATED this 3rd day of October, 2006.

_____
William M. Bankston, Arbitrator

I HEREBY CERTIFY that a true and correct copy of the foregoing (typed in Times New Roman 13) was mailed to the following attorneys on the 3rd day of October, 2006:

Brooks W. Chandler, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue
Anchorage, Alaska 99501

EXHIBIT 2
Page 2 of 3

ARBITRATOR'S ORDER NO. 3
*American Civil Constructors, et.al. v. Zurich American Insurance, et.al.*, Case No. A05-153 CV (JWS)
M3792\22\ORDER 2
Page 2 of 3

David W. Pease, Esq.
Burr, Pease & Kurtz, P.C.
810 N Street
Anchorage, Alaska 99501

Clay A. Young, Esq.
Delaney Wiles Hayes Gerety Ellis & Young, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501

*/s/ Gwendolyn McAda*
Gwendolyn McAda

EXHIBIT 2
Page 3 of 3

ARBITRATOR'S ORDER NO. 3
*American Civil Constructors, et.al. v. Zurich American Insurance, et.al.*, Case No. A05-153 CV (JWS)
M3792\22\ORDER 2
Page 3 of 3