# EXHIBIT LIST

Court Case No.: A05-153 CI (TMB)                                  ☑ Arbitration
Arbitration of ACC/MRC v. Zurich/Travelers
Name of Party: ACC and Travelers
Party's Attorney: Brooks Chandler (Plaintiffs) and Clay A. Young (Travelers)

| Exhibit No. Marked | BRIEF DESCRIPTION OF EXHIBIT | FOR ARBITER USE ONLY ||||
|---|---|---|---|---|---|
| | | ID by Wit. | Offered | Admitted | Withdrawn Date |
| 1 | Traveler's Insurance Policy | | | | |
| 2 | Zurich 2000 Policy | | | | |
| 3 | Zurich 2001 Policy | | | | |
| 4 | Zurich 2002 Policy | | | | |
| 5 | Homer Counterclaim | | | | |
| 6 | Homer Amended Counterclaim | | | | |
| 7 | Homer 2nd Amended Counterclaim | | | | |
| 8 | Third Party Complaint Pleadings/Cross Claim Pleadings | | | | |
| 9 | Third Party Litigant's Motion for Separate Trial | | | | |
| 10 | Tender of defense to Travelers | | | | |
| 11 | Travelers denial letter - first | | | | |
| 12 | Hurlen response | | | | |
| 13 | Travelers denial letter - second | | | | |
| 14 | Complaint for Declaratory Judgment | | | | |
| 15 | Zurich reservation of rights letter | | | | |
| 16 | Expert Reports | | | | |
| 17 | Oles Morrison Pleadings Index | | | | |
| 18 | Oles Morrison Bills | | | | |
| 19 | Spreadsheet form of Oles Morrison Bills regarding Amount of Claim | | | | |
| 20 | ACC Checks paying legal fees | | | | |
| 21 | ACC Checks paying expenses | | | | |
| 22 | Expense Invoices | | | | |
| 23 | MRC/Hurlen/RMC checks and bank statements | | | | |
| 24 | Partial Settlement Agreement | | | | |
| 25 | ACC-MRC Agreement in division of proceeds | | | | |
| 26 | Proof of MRC payment from funds received for hard pile-driving claim | | | | |

Page 1 of 6
TF-200 ANCH (1/00)(cs)
EXHIBIT LIST

EXHIBIT 5
Page 1 of 6

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

| # | Description | | | | |
|---|---|---|---|---|---|
| 27 | Discovery Responses of Travelers | | | | |
| 28 | Discovery Responses of Zurich | | | | |
| 29 | Homer's Acceptance of Dock for Occupancy | | | | |
| 30 | Poster Board with Components of Claim | | | | |
| 31 | Longacre Invoice Spreadsheet, Time Detail, and backup invoices | | | | |
| 32 | Carney Badley (Hopp) Invoice Spreadsheet, Time Detail, and backup invoices | | | | |
| 33 | Summary of Deleted Invoice Entries | | | | |
| 34 | Martindale Hubbell Profiles for Steven Hopp and Peter Ralston | | | | |
| 35 | Correspondence between Longacre & George regarding Cross-Claims | | | | |
| 36 | Confidentiality Agreement | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| A | Contract between City of Homer and Hurlen Construction Company, dated 4/10/01 | | | | |
| B | Consent to Assignment of Contract, unsigned, dated 6/02 | | | | |
| C | Asset Purchase Agreement, dated 6/1/02 | | | | |
| D | Consent of Directors and Shareholders in Lieu of a Special meeting of Hurlen Construction Company, dated 6/1/02 | | | | |
| E | Memo from Scott McKellar, Wil Clark and Eric Reichelt to Carey Meyers, dated 6/7/02 | | | | |
| F | Holdback Escrow Agreement, dated 6/7/02 | | | | |
| G | Letter from Carey Meyer to American Civil Constructors - West Coast, Inc., dated 11/18/02 | | | | |
| H | Letter from Roy Longacre to MRC Holdings, Inc., dated 5/10/03 | | | | |
| I | Redacted e-mail from Mike Mansfield to Brian Shelton with attached agreements, dated 5/11/03 | | | | |

Page 2 of 6
TF-200 ANCH (1/00)(cs)
EXHIBIT LIST

EXHIBIT 5
Page 2 of 6

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

| | | | | | |
|---|---|---|---|---|---|
| J | Assignment and Assumption Agreement, dated 5/19/03 | | | | |
| K | Answer and Counterclaim by the City of Homer, <u>MRC Holdings, Inc., et al. v. City of Homer, et al.</u>, dated 8/14/03 | | | | |
| L | First Amendment to Asset Purchase Agreement, dated 11/19/03 | | | | |
| M | First Amendment to Employment Agreement between ACC and Eric Reichelt, dated 11/19/03 | | | | |
| N | First Amendment to Employment Agreement between ACC and Wilbur Clark, dated 11/19/03 | | | | |
| O | Share Purchase Agreement, dated 11/19/03 | | | | |
| P | Release between ACC and Wil Clark, dated 12/3/03 | | | | |
| Q | Release between ACC and Eric Reichelt, dated 12/3/03 | | | | |
| R | Agreement and Release between ACC and Scott McKellar, dated 12/3/03 | | | | |
| S | Letter from S. Scott McKellar to Carey Meyer, dated 5/12/04 | | | | |
| T | Deposition of S. Scott McKellar, <u>MRC Holdings, Inc. et al. v. City of Homer, et al.</u>, dated 5/17/04 | | | | |
| U | Deposition of Wil Clark, <u>MRC Holdings, Inc., et al. v. City of Homer, et al.</u>, dated 5/20/04 | | | | |
| V | Letter from Wil Clark to Marilyn Theriault, dated 9/16/04 | | | | |
| W | Letter from Grant Pool to Carey Meyer, dated 10/13/04 | | | | |
| X | Settlement Agreement between MRC, ACC, COH, S&W, and TNH, dated 10/26/04 | | | | |
| Y | Letter from Tom Dunkin, II to Grant Pool, dated 11/8/04 | | | | |
| Z | Release re TNH, dated 11/19/04 | | | | |
| AA | Letter from Sarah Kinnick Hilty to Christine Bartholdt, dated 11/29/04 | | | | |
| AB | Letter from Steven J. Hopp to Christine Bartholdt, dated 12/6/04 | | | | |

Page 3 of 6
TF-200 ANCH (1/00)(cs)
EXHIBIT LIST

EXHIBIT 5
Page 3 of 6

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

| | | | | | |
|---|---|---|---|---|---|
| AC | Stipulation to Add American Civil Constructors West Coast, inc. and to Stay Pretrial Deadlines, <u>MRC Holdings, Inc., et al. v. City of Homer, et al.</u>, dated 12/7/04 | | | | |
| AD | City of Homer's Discovery Requests to Safeco Insurance Company of America and Supplemental Responses Thereto, <u>MRC Holdings, Inc., et al. v. City of Homer, et al.</u>, dated 12/15/04 | | | | |
| AE | Fax First Notice from Jim Colford at Gallagher Construction Services to Zurich North America Claims, dated 12/29/04 | | | | |
| AF | Letter from John Spencer Stewart to Steven J. Hopp, dated 1/5/05 | | | | |
| AG | Letter from Grant Pool to Jim Colford, dated 1/6/05 | | | | |
| AH | ACORD General Liability Notice of Occurrence/Claim, dated 3/7/05 | | | | |
| AI | Notice of New Case - Sandberg, Wuestenfeld & Corey, dated 6/15/05 | | | | |
| AJ | Letters between Roy Longacre and Jeffrey George | | | | |
| AK | Tolling Agreement draft, dated 7/12/05 | | | | |
| AL | Letter from Roy Longacre to MRC Holdings, Inc., dated 8/19/05 | | | | |
| AM | E-mail string between Tom Krider, Scott McKeller, and Steve Hopp, last dated 9/12/05 | | | | |
| AN | E-mail from Tom Krider to Bill Yearsley, Scott McKeller, and Wil Clark, dated 9/24/05, with Memo from TRK to ACC and MRC dated 9/26/05 | | | | |
| AO | Safeco Third-Party Defendants RMC, LLC, Steven Scott-McKeller, Conna. McKeller, Eric F. Reichelt, Marian A. Reichelt, Wilber L. Clark and Jill K. Clark Mediation Memoranda, dated 9/29/05 | | | | |
| AP | Waiver of Potential Conflict between MRC Holdings, Inc. and ACC West Coast, dated 10/4/05 | | | | |
| AQ | Deposition of Wilber Clark, <u>RMC, LLC, et al. v. City of Homer, et al.</u>, dated 10/14/05 | | | | |

Page 4 of 6
TF-200 ANCH (1/00)(cs)
EXHIBIT LIST

EXHIBIT 5
Page 4 of 6

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

| | | | | | | |
|---|---|---|---|---|---|---|
| AR | Deposition of Deveney Totten, dated 10/24/05 | | | | | |
| AS | Deposition of Jack Hilbert, dated 10/25/05 | | | | | |
| AT | Letter from Roy Longacre to Thomas A. Larkin, dated 11/4/05 | | | | | |
| AU | Deposition of Grant Pool, dated 12/14/05 | | | | | |
| AV | Deposition of Scott McKellar, dated 12/14/05 | | | | | |
| AW | Deposition of Scott McKellar, Vol. 2, dated 12/15/05 | | | | | |
| AX | Various e-mails from Tom Krider to BCF | | | | | |
| AY | Settlement Agreement between ACC and Dunkin & Bush, dated 1/10/06 | | | | | |
| AZ | Exhibit A, Release, dated 2/8/06 | | | | | |
| BA | Release Agreement between RMC/ACC and Zurich/Travelers, dated 3/14/06 | | | | | |
| BB | Deposition of Roy L. Longacre, dated 10/2/06 | | | | | |
| BC | Exhibit 4 to Longacre deposition, dated 10/2/06 | | | | | |
| BD | Exhibit 5 to Longacre deposition, dated 10/2/06 | | | | | |
| BE | Miscellaneous e-mails | | | | | |
| BF | Deposition of William M. Wuestenfeld, dated 10/4/06 | | | | | |
| BG | Deposition of Peter N. Ralston, dated 11/2/06 | | | | | |
| BH | Computerized billing summary sheet, Ralston deposition Exhibit 10 | | | | | |
| BI | Deposition of Thomas R. Krider, dated 11/3/06 | | | | | |
| BJ | E-mails between Jeffrey George and Tom Krider | | | | | |
| BK | Plaintiff's MCR Holdings Response to Travelers Discovery Requests, dated 11/17/06 | | | | | |
| BL | Deposition of William Yearsley, RMC LLC et al. v. City of Homer, et al., dated 11/29/05 | | | | | |
| BM | Web site printout of Management Team of American Civil Constructors | | | | | |
| BN | Lawyer Profile of Peter N. Ralston from Martindale-Hubbell web site | | | | | |

Page 5 of 6
TF-200 ANCH (1/00)(cs)
EXHIBIT LIST

EXHIBIT 5
Page 5 of 6

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page 6 of 6
TF-200 ANCH (1/00)(cs)
EXHIBIT LIST

EXHIBIT  5
Page  6  of  6

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9