Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Travelers Indemnity
Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA, <br><br> Defendants. | Case No. 3:05-cv-00153-TMB <br><br> **(PROPOSED) ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE** |

After consideration of plaintiffs' Motion for Partial Summary Judgment, re-filed March 30, 2007, and Travelers' Response, this court adheres to its position stated in its order of June 9, 2006 and denies the motions without prejudice. Counsel may renew these motions after the arbitration hearing is concluded and the arbitrator has issued his decision, if there

are issues that remain to be resolved by the court.

_____    _____
Date                                Timothy M. Burgess
                                    U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of April, 2007, a true and accurate copy of the foregoing was electronically served to the following:

Brooks W. Chandler
Boyd Chandler & Falconer, LLP
825 W. 8th Ave., #200
Anchorage, AK  99501
bcf@bcf.us.com

s/Clay A. Young
129381