Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Travelers Indemnity
Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA, <br><br> Defendants. | Case No. 3:05-cv-153-TMB <br><br> **NOTICE TO COURT OF PENDING SETTLEMENT** |

Defendant Travelers Indemnity Company, through counsel, hereby notifies the court that the parties have reached tentative settlements of all matters in this litigation, including but not limited to those pending in this court, those referred to arbitration, and any potentially remaining after the arbitration was to be concluded.  Some matters remain to be completed in

order to make the settlements final, and thus, the parties request that the court simply stay the proceedings for the time being, pending the conclusion of the settlement details and submission of appropriate closing documents to the court. It is submitted that no more than 30 days should be required for this process.

DATED this 17th day of April, 2007, in Anchorage, Alaska.

    DELANEY WILES, INC.
    Attorneys for Defendant
    Travelers Indemnity Company of
    America

    _s/Clay A. Young_____
    1007 W. 3rd Ave., Ste. 400
    Anchorage, AK  99501
    (907)279-3581
    (907)277-1331 fax
    cay@delaneywiles.com
    Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2007, a true and accurate copy of the foregoing was served electronically to the following:

Brooks W. Chandler
Boyd Chandler & Falconer, LLP
911 W. 8th Ave., #302
Anchorage, AK  99501
bcf@bcf.us.com

s/Clay A. Young_____
129689

NOTICE TO COURT OF PENDING SETTLEMENT
American Civil Constructors W. Coast, Inc., et al. v. Zurich American Ins. Co., et al., Case No. 3:05-cv-153-TMB