Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 9th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>　　　　　　　　　Defendants. | Case No. A05-153 CV (TMB) |

**STIPULATION FOR DISMISSAL**

COME NOW Plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction Company ("Hurlen"), and American Civil Constructors West Coast, Inc. ("ACC")

Stipulation for Dismissal of Claims
If.bc.acc.pldgs.Stip.Dismissal.Zurich.042607

1

and Defendant Zurich American Insurance Company by and through their respective counsel of record and hereby agree as follows:

1. All claims asserted or which could have been asserted by Plaintiffs and Zurich against each other in the above-captioned action are hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this 26th day of April, 2007.

BOYD, CHANDLER & FALCONER, LLP

BY: _____
BROOKS CHANDLER
Alaska Bar No. 8310109
Attorneys for Plaintiffs

Dated this 26 day of April, 2007.

Dated this 26 day of April, 2007.

BURR, PEASE & KURTZ, PC

BY: _____
David W. Pease, Esq.
Alaska Bar No. 8706041
Attorneys for Defendant
Zurich Insurance Company

Stipulation for Dismissal of Claims
lf.bc.acc.pldgs.Stip.Dismissal.Zurich.042607

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698