Brooks W. Chandler, Esq.
State Bar No. 8310109
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>            Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>            Defendants. | Case No. A05-153 CV (TMB) |

### PROPOSED ORDER

After consideration of the Stipulation of Dismissal signed by Plaintiffs and Zurich American Insurance Company ("Zurich"), **IT IS HEREBY ORDERED** that all claims of Plaintiffs and Zurich asserted or which could have been asserted against each other are hereby dismissed with prejudice each party to bear its own costs and fees.

ORDER OF DISMISSAL
lf.bc.acc.pldgs.dis.ord.Zurich.042607

1

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Dated this ____ day of _____, 2007.

_____
HON. TIMOTHY M. BURGESS
U. S. District Court Judge

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

ORDER OF DISMISSAL
lf.bc.acc.pldgs.dis.ord.Zurich.042607