Brooks W. Chandler, Esq.
State Bar No. 8310109
Brent Edwards, Esq.
State Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 9th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendants. | Case No. A05-153 CV (TMB) |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiffs MRC Holdings, Inc, f/k/a Hurlen Construction Company ("Hurlen"), and American Civil Constructors West Coast, Inc. ("ACC")

Stipulation for Dismissal of Claims
lf.bc.acc.pldgs.Stip.Dismissal.Travelers.053107

1

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

and Defendant Travelers Indemnity Company of America by and through their respective counsel of record and hereby agree as follows:

1. All claims asserted or which could have been asserted by Plaintiffs and Travelers against each other in the above-captioned action are hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this 25th day of May, 2007.

    s/ Brooks Chandler **(CONSENT)**
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Avenue, Suite 302
    Anchorage, AK 99501
    State Bar No. 9811063
    Telephone (907) 272-8401
    Facsimile (907) 274-3698
    E-Mail: bcf@bcf.us.com; bchandler@bcf.us.com
    Attorneys for Plainitffs

Dated this 25th day of May, 2007.

    s/Clay A. Young, Esq. **(CONSENT)**
    Delaney Wiles, Inc.
    1007 W. 3rd Avenue, Suite 400
    Anchorage, AK 99501
    State Bar No. 7410117
    Telephone (907) 279-3581
    Facsimile (907) 277-1331
    Attorneys for Defendant
    Travelers Indemnity Co. Of America
    E-Mail: cay@delaneywiles.com

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Stipulation for Dismissal of Claims
lf.bc.acc.pldgs.Stip.Dismissal.Travelers.053107

2