IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC. and MRC HOLDINGS, INC. f/k/a HURLEN CONSTRUCTION COMPANY<br><br>      Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>      Defendants. | Case No. 3:05-cv-153 TMB |

## ORDER

After consideration of the Stipulation of Dismissal signed by Plaintiffs and Travelers Indemnity Company of America ("Travelers"), **IT IS HEREBY ORDERED** that all claims of Plaintiffs and Travelers asserted or which could have been asserted against each other are hereby dismissed with prejudice each party to bear its own costs and fees.

Dated this 1st day of June, 2007.

      /s/ Timothy M. Burgess
      HON. TIMOTHY M. BURGESS
      U. S. District Court Judge